Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Marianas Properties, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA Pacific Star Resort & Spa** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **66-0729263** |

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **627B Pale San Vitores Road**<br>**Tumon, GU 96913**<br>Number, Street, City, State & ZIP Code | **272E Harmon Industrial Park Road**<br>**Unit 201**<br>**Tamuning, GU 96913**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Guam**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Marianas Properties, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____7211_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor | _____ |
| District | _____ When _____ |

| | |
|---|---|
| Relationship | _____ |
| Case number, if known | _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
■ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

■ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  **627B Pale San Vitores Road**
**Tumon, GU, 96913-0000**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
■ Yes.  Insurance agency  **AM Insurance**

Contact name  **Rod Rankin**

Phone  **671-777-2660**

---

### Statistical and administrative information

**13.** **Debtor's estimation of available funds**  .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.**  **Estimated liabilities**

☐ $0 - $50,000                    ☐ $1,000,001 - $10 million              ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000              ☑ $10,000,001 - $50 million             ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000             ☐ $50,000,001 - $100 million            ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million           ☐ More than $50 billion

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 12, 2024**
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

**Ajay Pothen**
Printed name

Title **President**

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date **September 12, 2024**
MM / DD / YYYY

**Minakshi V. Hemlani**
Printed name

**Law Offices of Minakshi V. Hemlani, P.C.**
Firm name

**285 Farenholt Ave, Suite C-312**
**Tamuning, GU 96913**
Number, Street, City, State & ZIP Code

Contact phone **671-588-2030**      Email address **mvhemlani@mvhlaw.net**

**Guam Bar No. 06099**
Bar number and State

| | |
|---|---|
| Debtor name | **Marianas Properties, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF GUAM |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 12, 2024**    X _~~Ajay Pothen~~_
                                       Signature of individual signing on behalf of debtor

                                       **Ajay Pothen**
                                       Printed name

                                       **President**
                                       Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Marianas Properties, LLC**

United States Bankruptcy Court for the: **DISTRICT OF GUAM**

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.  ***

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Agoda Company PTE**<br>**1 Wallich Street**<br>**Singapore**<br>**07888-1000** | **Nasiraa Fattah**<br><br>**Nasiraa.Fattah@agoda.com** | **Travel Agent Commission** | | | | $56,065.07 |
| **First Hawaiian Bank**<br>**Hwy 400 8 400 Suite 101**<br>**Mongmong-Toto-Maite, GU 96910** | **(888) 844-4444** | **Credit Card Charges** | | | | $7,569.00 |
| **Guam Power Authority**<br>**PO Box 2977**<br>**HAGATNA, GU 96932** | **Ms. E.B. Mendiola**<br><br>**ebmendiola@gpagwa.com**<br>**671-647-5787** | **Utilities - Power** | | | | $356,831.75 |
| **Guam Waterworks Authority**<br>**P.O. Box 3010**<br>**TAMUNING, GU 96913** | **Ms. E.B. Mendiola**<br><br>**ebmendiola@gpagwa.com**<br>**671-300-6853** | **Utilties- Water** | | | | $471,845.69 |
| **IT&E**<br>**PO Box 24881**<br>**BARRIGADA, GU 96921** | **marketing@itehq.net**<br>**671-922-4483** | **Internet/Cell Phone** | | | | $8,040.86 |
| **Pacific Laundry & Textile**<br>**PO Box 24366**<br>**BARRIGADA, GU 96921** | **Becky Aguon**<br><br>**Operations Manager**<br>**b.aguon@pacificlaundryguam.com**<br>**671-646-2491** | **Laundry Service** | | | | $471,380.86 |
| **Raymond F.A. Camacho**<br>**184 Whidbey Avenue**<br>**Oak Harbor, WA 98277** | | **Lessor Payment** | | | | $1,651.86 |

*** The Debtor's evaluation of claims is not complete.  All rights reserved.

Case 24-00013   Document 1   Filed 09/12/24   Page 7 of 22

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Small Business Administration 409 3rd Street Washington, DC 20416** | **COVIDEIDLServicing@sba.gov** | **COVID Loan** | | | | **$166,551.37** |
| **Take Care Insurance Company, Inc. PO Box 6578 TAMUNING, GU 96913** | **customerservice@takecareasia.com 671-646-6956** | **Health Insurance** | | | | **$5,650.00** |
| **Teresita Norris 927 Rancher Drive Fountain, CO 80817** | | **Lessor Payment** | | | | **$503.02** |
| **The Estate of Mary Jane T. Guerrero 3169 Emerald Creek Drive Las Vegas, NV 89156** | | **Lessor Payment** | | | | **$3,401.55** |
| **Treasurer of Guam PO BOX 230607 Barrigada, GU 96921** | **671 635 1836** | **Tax** | | | | **$804,655.97** |
| **Treasurer of Guam PO Box 230607 Barrigada, GU 96921** | **671-475-1101** | **Property Tax** | | | | **$230,345.01** |

# MARIANAS PROPERTIES, LLC

## CONSENT OF MEMBERS

Dated as of September 11, 2024

Pursuant to that certain Operating Agreement of Marianas Properties, LLC, the undersigned, being the sole member (the "Member") of Marianas Properties, LLC (the "Company"), hereby consents to the taking of, and hereby takes, the following action, without holding a meeting, such action being stated in the form of, and to be as fully effective as if taken by, resolution or resolutions of the Member of the Company at a meeting thereof duly called and held on the date hereof, consistent with Section 5.02 of the Operating Agreement:

**RESOLVED:** That in the judgment of the Member of the Company, it is desirable and in the best interests of the Company, its creditors, and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and to pursue debtor-in-possession financing, a sale of all or a portion of its assets, or a reorganization of its assets and liabilities, each as appropriate under the circumstances of a chapter 11 case; and further,

**RESOLVED:** That the Company be and hereby is authorized and empowered to execute and verify or certify a petition under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the District Court of Guam, Territory of Guam, Bankruptcy Division or any other appropriate bankruptcy court (the "Bankruptcy Court") at such time as the Company shall determine; and further,

**RESOLVED:** That the Company be and hereby is authorized and empowered to enter into a debtor in possession credit facility (the "DIP Credit Facility") by and among Mathews Pothen, as lender (the "Lender"), and the Company, and any other parties thereto, and any related documents or instruments, each on terms and conditions agreed to by the Company and the Lender and such other terms as are customary for similar debtor-in-possession facilities and to cause the Company to grant a security interest in substantially all of its assets in connection therewith, and to undertake any and all related transactions contemplated thereby; and further

**RESOLVED:** That Ajay Pothen, who is currently president of the Company, acting singly, be and hereby is authorized and empowered in the name of and on behalf of the Company, to execute and file any and all petitions, bankruptcy schedules, motions, lists, applications, pleadings, and any other paper; to take any and all such other and further actions which the Company or its legal counsel may deem necessary or appropriate to file a voluntary petition for relief under chapter 11 of the Bankruptcy Code, and to take and perform any and all further acts and deeds which one or any of them deem necessary,

proper, and desirable in connection with a chapter 11 case for the Company with a view to the successful prosecution of such case, including, without limitation, seeking authority to borrow funds and grant liens or other security therefor, to the extent necessary and in connection with the DIP Credit Facility, and to file and prosecute a plan of reorganization and/or to pursue and consummate a sale of the assets of the Company; and further,

**RESOLVED:**     That Ajay Pothen, shall be and hereby is authorized and directed to take such actions and to make, sign, execute, acknowledge, and deliver (and record in a relevant office of the county clerk, if necessary) any and all such documents listed above (including exhibits thereto), including any and all affidavits, orders, directions, certificates, requests, receipts, financing statements, or other instruments as may be reasonably required to give effect to these resolutions, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to fully perform the terms and provisions thereof; and further,

**RESOLVED:**     That the Company be and hereby is authorized to retain the following professionals in connection with the chapter 11 case at such time as the Company files a voluntary petition for relief: (i) Dentons as its general bankruptcy counsel; (ii) Minakshi V. Hemlani, P.C. ("Minakshi V. Hemlani") as its local Guam counsel; and (iii) Gibbins Advisors, LLC ("Gibbins" and, together with Dentons and Minakshi V. Hemlani, the "Professionals") as financial advisor; and further

**RESOLVED:**     The Company be and hereby is authorized to pay the Professionals at their standard hourly rates in connection with their representation of the Company and to provide each Professionals with a retainer in an amount to be agreed upon by the Company and such Professionals, with such retainer to be held as security for obligations of the Company to the Professional, and to reimburse the Professionals for any actual expenses incurred in connection with its employment by the Company, and that Ajay Pothen, is authorized to confirm and engage the Professionals in connection with the reorganization of the Company and execute any documents necessary therefor.

[SIGNATURE ON FOLLOWING PAGE]

**CLASS A AND SOLE MEMBER:**

September 11, 2024

_____
Mathews Pothen (Member)

**MINAKSHI V. HEMLANI**
**LAW OFFICES OF MINAKSHI V. HEMLANI, P.C.**
285 FARENHOLT AVE., SUITE C-312
TAMUNING, GUAM 96913
TELEPHONE: (671) 588-2030
EMAIL: mvhemlani@mvhlaw.net

**ANDREW C. HELMAN** (*pro hac vice pending*)
**DENTONS BINGHAM GREENEBAUM LLP**
ONE CITY CENTER, SUITE 11100
PORTLAND, ME 04101
TELEPHONE: (207) 619-0919
EMAIL: andrew.helman@dentons.com

*Proposed Counsel for the Debtor*

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## BANKRUPTCY DIVISION

| | |
|---|---|
| In re | Case No. 24-_____ |
| MARIANAS PROPERTIES, LLC, [1] | Chapter 11 |
| Debtor. | **CORPORATE OWNERSHIP** |
| | **STATEMENT** |

Pursuant to Rules 1007 and 7007.1 of the Federal Rules of Bankruptcy Procedure, Marianas Properties, LLC. (the "Debtor") discloses that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

---

[1] The last four digits of the taxpayer identification number of Marianas Properties, LLC, are 9263. The principal office of Marianas Properties, LLC, is located at 627b Pale San Vitores Road, Tumon, Guam 96913.

24148951.v1

Dated: September 12 2024

Respectfully submitted,

**LAW OFFICES OF MINAKSHI V. HEMLANI, P.C.**

_/s/ Minakshi V. Hemlani_
**MINAKSHI V. HEMLANI**

**DENTONS BINGHAM GREENEBAUM LLP**

_/s/ Andrew C. Helman_
**ANDREW C. HELMAN**

_Proposed Counsel for the Debtor_

2

**MINAKSHI V. HEMLANI**
**LAW OFFICES OF MINAKSHI V. HEMLANI, P.C.**
285 FARENHOLT AVE., SUITE C-312
TAMUNING, GUAM 96913
TELEPHONE: (671) 588-2030
EMAIL: mvhemlani@mvhlaw.net

**ANDREW C. HELMAN** (*pro hac vice pending*)
**DENTONS BINGHAM GREENEBAUM LLP**
ONE CITY CENTER, SUITE 11100
PORTLAND, ME 04101
TELEPHONE: (207) 619-0919
EMAIL: andrew.helman@dentons.com

*Proposed Counsel for the Debtor*

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## BANKRUPTCY DIVISION

| | |
|---|---|
| In re | Case No. 24-_____ |
| MARIANAS PROPERTIES, LLC, [1] | Chapter 11 |
| Debtor. | **LIST OF EQUITY SECURITY HOLDERS** |

Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, Marianas Properties, LLC (the "Debtor") discloses that its list of equity security holders, as follows:

| Name | Position with the Debtor | Ownership Percentage (of Non-Treasury Stock) |
|---|---|---|
| Mathews Pothen | Sole Member | 100% |

---

[1]     The last four digits of the taxpayer identification number of Marianas Properties, LLC, are 9263. The principal office of Marianas Properties, LLC, is located at 627b Pale San Vitores Road, Tumon, Guam 96913.

24148906.v1

Dated: September 12, 2024                    Respectfully submitted,

**LAW OFFICES OF MINAKSHI V. HEMLANI, P.C.**

_/s/ Minakshi V. Hemlani_
**MINAKSHI V. HEMLANI**

**DENTONS BINGHAM GREENEBAUM LLP**

_/s/ Andrew C. Helman_
**ANDREW C. HELMAN**

_Proposed Counsel for the Debtor_

# United States Bankruptcy Court
## District of Guam

In re    **Marianas Properties, LLC** _____    Case No. _____

_____ Debtor(s)    Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **September 12, 2024** _____

**Ajay Pothen/President** _____
Signer/Title

GUB 1007-2d (08/2013)

| FILER'S NAME, ADDRESS, PHONE, FAX, EMAIL:<br>**MINAKSHI V. HEMLANI**<br>**LAW OFFICES OF MINAKSHI V. HEMLANI, P.C.**<br>285 FARENHOLT AVE., SUITE C-312<br>TAMUNING, GUAM 96913<br>TELEPHONE: (671) 588-2030<br>EMAIL: mvhemlani@mvhlaw.net |  | District Court of Guam<br>520 W Soledad Ave Fl 4<br>Hagåtña, Guam 96910 |
| --- | --- | --- |
| Debtor: In re Marianas Properties, LLC | | Case No.: |
| Joint Debtor:<br>(if any) | | Chapter: 11 |

### DEBTOR'S VERIFICATION OF CREDITOR MATRIX

The undersigned debtor certifies under penalty of perjury that <u>all entities included or to be included</u> in schedules D, E, F, G and H have been listed in the creditor list submitted with this verification. This includes all my creditors, parties to leases and executory contracts, and co-debtors.***

I also certify that the names and addresses of the listed entities are true and correct to the best of my knowledge.

I understand that I must file an amended creditor list and pay an amendment fee if there are creditors or parties listed in my schedules who have not been included in this list.

\*\*\* This certification is made to the best of the undersigned's knowledge, information, and belief. The Debtor has not yet completed Schedules D, E, F, or G, and additional or different parties may be listed in such schedules, in which case the Debtor shall update or amend the Matrix.

/s/ _____     /s/ _____

Dated: 09/11/2024     Dated: _____

Agoda Company PTE
1 Wallich Street
Singapore 07888-1000


Alik, Robert R.
PO Box 668
Dededo, GU 96929


Arenas, Hermie Mendoza
188 Mil Flores Lane
Latte Heights
Mangilao, GU 96913


BANK OF GUAM
111 WEST CHALAN SANTO PAPA
HAGATNA, GU 96910


BANK OF GUAM - FICA
P.O. BOX BW
HAGATNA, GU 96932


Camacho, Jack SA
House #236 Herman Deleon St.
Sinajana, GU 96910


Chan, Hoi-Yin Jessica
1270 N. Marine Corps Drive, Ste. 10
Tamuning, GU 96913


Curtis Ching, Ass. Attorney General
Prince Kuhio Federal Building
300 Ala Moana Blvd
Honolulu, HI 96850-0001


De Leon Guerrero, Brian
P. O. BOX 11747
Yigo, GU 96929

Eliou, Techuo
P.O. Box 9981
Tamuning, GU 96913


Feng, Leland Ying Yi
PO BOX 10225
Tamuning, GU 96913


First Hawaiian Bank
Hwy 400 8 400 Suite 101
Mongmong-Toto-Maite, GU 96910


Garcia, Ken Dumpit
P. O. Box 25729
Barrigada, GU 96921


Guam Attorney General Office
Attn: Douglas B. Moylan
590 S. Marine Corp Dr. Ste 901
Barrigada, GU 96913


Guam Power Authority
PO Box 2977
HAGATNA, GU 96932


Guam Shipyard
272 E. HARMON INDUSTRIAL PARK RD
STE. 201
TAMUNING, GU 96913


Guam Waterworks Authority
P.O. Box 3010
TAMUNING, GU 96913


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

```
IT&E
PO Box 24881
BARRIGADA, GU 96921


Kettenacker Jr., Kenneth Fred
162 Western Boulevard Apt. 111
Tamuning, GU 96913


Lorenzo, Rolando Domingo
225 CALLE JL BLAS
Dedeo, GU 96929


Mansanao, Eduardo Joya
P.O. BOX 24802
Barrigada, GU 96921


Mathews Pothen
272 E. Harmon Industrial Park Road
Unit 201
Tamuning, GU 96913


Neil J. Verbrugge
DOJ-UST
300 Ala Moana Boulevard
Honolulu, HI 96850


Pacific Laundry & Textile
PO Box 24366
BARRIGADA, GU 96921


Palaganas, Erlindo Cerezo
PO Box 26903
Barrigada, GU 96921


Park, Kwang Woo
1270 North Marine Corps Drive
PMB-129,
Tamuning, GU 96913
```

Pothen, Ajay
P. O. BOX 13024
Santa Rita, GU 96915


Raymond F.A. Camacho
184 Whidbey Avenue
Oak Harbor, WA 98277


Reyes, Gus A
267 CHALAN SIBUKAO
Dededo, GU 96929


Roberto, Kayla Nicole
HCR 18088
Umatac, GU 96915


Sangalang, Rodel Salalila
PO BOX 326331
Hagatna, GU 96932


Sevilla, Teodoric Malic
4219 AAFB
Yigo Beach, GU 96929


Small Business Administration
409 3rd Street
Washington, DC 20416


Take Care Insurance Company, Inc.
PO Box 6578
TAMUNING, GU 96913


Teresita Norris
927 Rancher Drive
Fountain, CO 80817

The Estate of Mary Jane T. Guerrero
3169 Emerald Creek Drive
Las Vegas, NV 89156


Treasurer of Guam
PO BOX 230607
Barrigada, GU 96921