**MINAKSHI V. HEMLANI**
**LAW OFFICES OF MINAKSHI V. HEMLANI, P.C.**
285 FARENHOLT AVE., SUITE C-312
TAMUNING, GUAM 96913
TELEPHONE: (671) 588-2030
EMAIL: mvhemlani@mvhlaw.net

**ANDREW C. HELMAN** (*pro hac vice pending*)
**DENTONS BINGHAM GREENEBAUM LLP**
ONE CITY CENTER, SUITE 11100
PORTLAND, ME 04101
TELEPHONE: (207) 619-0919
EMAIL: andrew.helman@dentons.com

*Proposed Counsel for the Debtor*

**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**BANKRUPTCY DIVISION**

| | |
|---|---|
| In re<br><br>MARIANAS PROPERTIES, LLC,[1]<br><br>    Debtor. | Case No. 24-0013<br><br>Chapter 11<br><br>**NOTICE OF EMERGENCY HEARING ON FIRST DAY MOTIONS**<br><br>Date:  September 16, 2024<br>Time:  2:30p.m.<br>Place:  District Court of Guam, 4th floor |

      **NOTICE IS HEREBY GIVEN** that Marianas Properties, LLC, (the "Debtor"), the debtor and debtor in possession in the above-captioned chapter 11 case, filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on September 12, 2024 (the "Petition Date"). Also on the Petition Date, the Debtor filed the motions listed below (collectively, the "First Day Motions"). The Court has set hearings on the First Day Motions for **Monday, September 16, 2024 at 2:30 p.m. (ChST)** at the District Court of Guam, 4th Floor, U.S. Courthouse. **The Court has set an objection deadline of Saturday, September 14, 2024 at 12:00 p.m. (ChST) and a reply deadline of Sunday, September 15, 2024 at 12:00 p.m. (ChST)**.

- *Debtor's Motion for Entry of an Order Authorizing Payment of Certain Pre-Petition Wages, Salaries, and Other Compensation; (II) Reimbursable Employee Expenses, and (III) Employee Benefits and (IV) Related Costs* [ECF No. 3] (the

---

[1]     The last four digits of the taxpayer identification number of Marianas Properties, LLC, are 9263. The principal office of Marianas Properties, LLC, is located at 627b Pale San Vitores Road, Tumon, Guam 96913.

"Payroll Motion"): The Payroll Motion seeks permission to pay employees outstanding payroll as of the Petition Date and, among other things, to maintain employee benefit programs.

- *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Continue Using its Cash Management System, and (B) Maintain Existing Bank Accounts and Business Forms and Books and Records, and (II) Granting Related Relief* [ECF No. 4] (the "Cash Management Motion"): The Cash Management Motion seeks entry of an order, among other things, authorizing the Debtor to maintain certain pre-petition accounts for a limited period of time while transitioning such accounts to debtor-in-possession accounts and to continue to use existing business forms.

- *Debtor's Motion for Entry of an Order on an Interim and then Final Basis (I) Authorizing the Debtor to Obtain Post-Petition Financing; (II) Granting Liens and Superpriority Claim; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing and (V) for Related Relief* [ECF No. 5] (the "DIP Motion"). The DIP Motion seeks an interim and then final order, among other things, authorizing the Debtor to enter into a loan agreement to obtain postpetition financing.

- *Application to Employ Dentons as Counsel for the Debtor and Debtor in Possession* [ECF No. 9] (the "Dentons Retention Application"): The Dentons Retention Application seeks permission for the Debtor to retain Dentons as its bankruptcy counsel effective as of September 12, 2024.

- *Application to Employ the Law Offices of Minakshi V. Hemlani, P.C. as Local Counsel for the Debtor and Debtor in Possession* [ECF 11] (the "Hemlani Retention Application"): The Hemlani Retention Application seeks permission for the Debtor to retain the Law Offices of Minakshi V. Hemlani, P.C. as local bankruptcy counsel effective as of September 12, 2024.

- *Application to Employ Gibbins Advisors, LLC as Financial Advisor for the Debtor and Debtor in Possession* [ECF No. 14] (the "Gibbins Retention Application"). The Gibbins Retention Application seeks permission for the Debtor to retain the Gibbins Advisors, LLC as its financial advisor effective as of September 12, 2024.

**Your rights may be affected. You should read the First Day Motions and accompanying papers carefully and discuss them with your attorney if you have one in this bankruptcy case or proceeding. If you do not have an attorney, you may wish to consult one.**

If you do not want the court to grant the relief sought any one of the First Day Motions, or if you want the court to consider your views regarding any of the First Day Motions, then you or your attorney must file a statement explaining your position before the objection deadline set forth above. Statements must be filed with the court at:

District Court of Guam
Bankruptcy Division
4th Floor, US Courthouse
520 West Soledad Avenue
Hagatna, GU 96910

If you mail your response to the Court, then you must mail it early enough so the Court will receive it on or before the objection deadline. The Court may disregard any response that is untimely.

You must also mail or transmit a copy of your objection to the moving party at:

| | |
|---|---|
| Minakshi V. Hemlani<br>LAW OFFICES OF MINAKSHI V. HEMLANI, P.C.<br>285 Farenholt Ave, Suite C-312<br>Tamuning, Guam 96913<br>mvhemlani@mvhlaw.net | Andrew C. Helman<br>DENTONS BINGHAM GREENEBAUM LLP<br>One City Center, Suite 11100<br>Portland, ME 04101<br>andrew.helman@dentons.com |

If you or your attorney do not take these steps, then the Court may decide that you do not oppose the relief sought in the First Day Motions and may enter an order granting the relief requested. Further, the Court may also grant any First Day Motion as to which no objection is filed AND may cancel any related hearing (although certain types of motions will remain on the court's calendar).

Dated: September 12, 2024

Respectfully submitted,

**LAW OFFICES OF MINAKSHI V. HEMLANI, P.C.**

 */s/ Minankshi Hemlani*
 **MINAKSHI V. HEMLANI**


**DENTONS BINGHAM GREENEBAUM LLP**

 */s/ Andrew C. Helman*
 **ANDREW C. HELMAN**

*Proposed Counsel for the Debtor*

## CERTIFICATE OF SERVICE

      This is to certify that I have on September 12, 2024, I caused a copy of the foregoing document to be filed with the electronic case filing system for the United States District Court for the Territory of Guam, Bankruptcy Division, thereby serving all parties in interest receiving service in this case through the Court's electronic filing system.

                                   **LAW OFFICES OF MINAKSHI V. HEMLANI, P.C.**

                                   */s/ Minakshi Hemlani*
                                   **MINAKSHI V. HEMLANI**