**MINAKSHI V. HEMLANI**
**LAW OFFICES OF MINAKSHI V. HEMLANI, P.C.**
285 FARENHOLT AVE., SUITE C-312
TAMUNING, GUAM 96913
TELEPHONE: (671) 588-2030
EMAIL: mvhemlani@mvhlaw.net

**ANDREW C. HELMAN** (admitted *pro hac vice*)
**DENTONS BINGHAM GREENEBAUM LLP**
ONE CITY CENTER, SUITE 11100
PORTLAND, ME 04101
TELEPHONE: (207) 619-0919
EMAIL: andrew.helman@dentons.com

*Proposed Counsel for the Debtor*

**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**BANKRUPTCY DIVISION**

| | |
|---|---|
| In re<br><br>MARIANAS PROPERTIES, LLC,[1]<br><br>    Debtor. | Case No. 24-00013<br><br>Chapter 11<br><br>**DEBTOR'S CERTIFICATE OF SERVICE REGARDING FIRST DAY DOCUMENTS** |

    I, Minakshi V. Hemlani, hereby certify that on September 12, 2024 I caused the following list of documents (the "First Day Documents") to be electronically filed with the United States District Court for the Territory of Guam, Bankruptcy Division, and thereby caused all parties in interest receiving notice in the above-captioned case through the Court's electronic case filing system to be served with copies of the First Day Documents:

    1.    ECF No. 1: Chapter 11 Voluntary Petition Non-Individual;

    2.    ECF No. 3: Debtor's Motion for Entry of an Order Authorizing Payment of Certain Pre-Petition (I) Wages, Salaries, and Other Compensation; (II) Reimbursable Employee Expenses; (III) Employee Benefits; and (IV) Related Costs;

---

[1]     The last four digits of the taxpayer identification number of Marians Properties, LLC, are 9263. The principal office of Marianas Properties, LLC, is located at 627B Pale San Vitores Road, Tumon, Guam 96913.

24185488.v1

3. ECF No. 4: Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing The Debtor To (A) Continue Using Its Cash Management System, and (B) Maintain Existing Bank Accounts and Business Form and Books and Records, and (II) Granting Related Relief;

4. ECF No. 5: Debtor's Motion for Entry of an Order on an Interim and Then Final Basis; (I) Authorizing the Debtor to Obtain Postpetition Financing; (II) Granting Liens and a Superpriority Claim; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) For Related Relief;

5. ECF No. 6: Declaration of Ajay Pothen in Support of Chapter 11 Petition and First Day Motions;

6. ECF No. 7: Application to Appear Pro Hac Vice (Andrew C. Helman);

7. ECF No. 8: Application to Appear Pro Hac Vice (Kyle D. Smith);

8. ECF No. 9: Application to Employ Dentons as Counsel for the Debtor and Debtor in Possession;

9. ECF No. 10: Notice of Compensation of Attorney for Debtor (Dentons);

10. ECF No. 11: Application To Employ The Law Offices of Minakshi V. Hemlani, P.C. As Local Counsel For The Debtor and Debtor in Possession;

11. ECF No. 12: Disclosure of Compensation for Attorney for Debtor (Law Offices of Minakshi V. Hemlani P.C.);

12. ECF No. 13: Motion to Appear by Video, or in the Alternative, By Telephone;

13. ECF No. 14: Application to Employ Gibbins Advisors, LLC as Financial Advisor For The Debtor and Debtor in Possession; and

14. ECF No. 15: Notice of Hearing.

I further certify that on September 12, 2024, the Notice of Hearing [ECF No. 15] was served upon parties identified on the attached hereto as **Exhibit A** by electronic mail.

I further certify that on September 12, 2024, the Notice of Hearing [ECF No. 15] was served upon the parties identified on the attached **Exhibit B** via first class U.S. Mail.

I further certify that on September 13, 2024 copies of the First Day Documents were served upon the parties identified on the attached **Exhibit C** via UPS or FedEx overnight delivery.

Dated: September 14, 2024                    Respectfully submitted,

**LAW OFFICES OF MINAKSHI V. HEMLANI, P.C.**

　*/s/ Minakshi V. Hemlani*
**MINAKSHI V. HEMLANI**

**DENTONS BINGHAM GREENEBAUM LLP**

　*/s/ Andrew C. Helman*
**ANDREW C. HELMAN**

# EXHIBIT A
# (VIA ELECTRONIC MAIL)

**Office of the US Trustee:**

Neil Verbrugge: neil.verbrugge@usdoj.gov

**20 Largest Creditors**

Agoda Company - Nasiraa.Fattah@agoda.com; biz@agoda.com

Guam Power/Guam Water: ebmendiola@gpagwa.com

IT&E: marketing@itehq.net

Pacific Laundry & Textile: b.aguon@pacificlaundryguam.com

Take Care Insurance Company: customerservice@takecareasia.com

Treasurer of Guam: jerome.aguon@revtax.guam.gov; benedict.atoigue@revtax.guam.gov

Bank of Guam: wbrennan@arriolafirm.com; jnakama@arriolafirm.com

Guam Department of Revenue and Taxation: pinadmin@revtax.guam.gov

# EXHIBIT B
## (VIA FIRST CLASS U.S. MAIL)

Agoda Company PTE
1 Wallich Street
Singapore 07888-1000

Alik, Robert R.
PO Box 668
Dededo, GU 96929

Arenas, Hermie Mendoza
188 Mil Flores Lane
Latte Heights
Mangilao, GU 96913

BANK OF GUAM
111 WEST CHALAN SANTO PAPA
HAGATNA, GU 96910

BANK OF GUAM - FICA
P.O. BOX BW
HAGATNA, GU 96932

Camacho, Jack SA
House #236 Herman Deleon St.
Sinajana, GU 96910

Chan, Hoi-Yin Jessica
1270 N. Marine Corps Drive, Ste. 10
Tamuning, GU 96913

Curtis Ching, Ass. Attorney General
Prince Kuhio Federal Building
300 Ala Moana Blvd
Honolulu, HI 96850-0001

De Leon Guerrero, Brian
P. O. BOX 11747
Yigo, GU 96929

Eliou, Techuo
P.O. Box 9981
Tamuning, GU 96913

Feng, Leland Ying Yi
PO BOX 10225
Tamuning, GU 96913

First Hawaiian Bank
Hwy 400 8 400 Suite 101
Mongmong-Toto-Maite, GU 96910

Garcia, Ken Dumpit
P. O. Box 25729
Barrigada, GU 96921

Guam Attorney General Office
Attn: Douglas B. Moylan
590 S. Marine Corp Dr. Ste 901
Barrigada, GU 96913

Guam Power Authority
PO Box 2977
HAGATNA, GU 96932

Guam Shipyard
272 E. HARMON INDUSTRIAL PARK RD
STE. 201
TAMUNING, GU 96913

Guam Waterworks Authority
P.O. Box 3010
TAMUNING, GU 96913

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

IT&E
PO Box 24881
BARRIGADA, GU 96921

Kettenacker Jr., Kenneth Fred
162 Western Boulevard Apt. 111
Tamuning, GU 96913

Lorenzo, Rolando Domingo
225 CALLE JL BLAS
Dedeo, GU 96929

Mansanao, Eduardo Joya
P.O. BOX 24802
Barrigada, GU 96921

Mary Jane T. Guerrero
3169 Emerald Creek Drive
Las Vegas, NV 89156

Neil J. Verbrugge
DOJ-UST
300 Ala Moana Boulevard
Honolulu, HI 96850

Pacific Laundry & Textile
PO Box 24366
BARRIGADA, GU 96921

Palaganas, Erlindo Cerezo
PO Box 26903
Barrigada, GU 96921

Park, Kwang Woo
1270 North Marine Corps Drive
PMB-129,
Tamuning, GU 96913

Pothen, Ajay
P. O. BOX 13024
Santa Rita, GU 96915

Raymond F.A. Camacho
184 Whidbey Avenue
Oak Harbor, WA 98277

Reyes, Gus A
267 CHALAN SIBUKAO
Dededo, GU 96929

24185488.v1

# EXHIBIT C
## (VIA OVERNIGHT DELIVERY)

Agoda Company PTE
1 Wallich Street
Singapore 07888-1000

Alik, Robert R.
PO Box 668
Dededo, GU 96929

Arenas, Hermie Mendoza
188 Mil Flores Lane
Latte Heights
Mangilao, GU 96913

BANK OF GUAM
111 WEST CHALAN SANTO PAPA
HAGATNA, GU 96910

BANK OF GUAM - FICA
P.O. BOX BW
HAGATNA, GU 96932

Camacho, Jack SA
House #236 Herman Deleon St.
Sinajana, GU 96910

Chan, Hoi-Yin Jessica
1270 N. Marine Corps Drive, Ste. 10
Tamuning, GU 96913

Curtis Ching, Ass. Attorney General
Prince Kuhio Federal Building
300 Ala Moana Blvd
Honolulu, HI 96850-0001

De Leon Guerrero, Brian
P. O. BOX 11747
Yigo, GU 96929

Eliou, Techuo
P.O. Box 9981
Tamuning, GU 96913

Feng, Leland Ying Yi
PO BOX 10225
Tamuning, GU 96913

First Hawaiian Bank
Hwy 400 8 400 Suite 101
Mongmong-Toto-Maite, GU 96910

Garcia, Ken Dumpit
P. O. Box 25729
Barrigada, GU 96921

Guam Attorney General Office
Attn: Douglas B. Moylan
590 S. Marine Corp Dr. Ste 901
Barrigada, GU 96913

Guam Power Authority
PO Box 2977
HAGATNA, GU 96932

Guam Shipyard
272 E. HARMON INDUSTRIAL PARK RD
STE. 201
TAMUNING, GU 96913

Guam Waterworks Authority
P.O. Box 3010
TAMUNING, GU 96913

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

IT&E
PO Box 24881
BARRIGADA, GU 96921

Kettenacker Jr., Kenneth Fred
162 Western Boulevard Apt. 111
Tamuning, GU 96913

Lorenzo, Rolando Domingo
225 CALLE JL BLAS
Dedeo, GU 96929

Mansanao, Eduardo Joya
P.O. BOX 24802
Barrigada, GU 96921

Mary Jane T. Guerrero
3169 Emerald Creek Drive
Las Vegas, NV 89156

Neil J. Verbrugge
DOJ-UST
300 Ala Moana Boulevard
Honolulu, HI 96850

| | | |
|---|---|---|
| Pacific Laundry & Textile<br>PO Box 24366<br>BARRIGADA, GU 96921 | Palaganas, Erlindo Cerezo<br>PO Box 26903<br>Barrigada, GU 96921 | Park, Kwang Woo<br>1270 North Marine Corps Drive<br>PMB-129,<br>Tamuning, GU 96913 |
| Pothen, Ajay<br>P. O. BOX 13024<br>Santa Rita, GU 96915 | Raymond F.A. Camacho<br>184 Whidbey Avenue<br>Oak Harbor, WA 98277 | Reyes, Gus A<br>267 CHALAN SIBUKAO<br>Dededo, GU 96929 |