GUB 9073-1 (08/2013)

| FILER'S NAME, ADDRESS, PHONE, FAX, EMAIL:<br>ANITA P. ARRIOLA, ESQ. / WILLIAM B. BRENNAN, ESQ.<br>259 Martyr Street, Suite 201, Hagatna, GU 96910<br>Tel: (671) 477-9730<br>aarriola@arriolafirm.com / wbrennan@arriolafirm.com |  | District Court of Guam<br>520 W Soledad Ave FL 4<br>Hagåtña, Guam 96910 |
|---|---|---|
| Debtor: Marianas Properties, LLC. |  | Case No.: 24-00013 |
| Joint Debtor:<br>(if any) |  | Chapter:     Click here to choose a chapter |
| [If Adversary Proceeding, complete information below. Use "et al" if multiple parties.]<br><br>Plaintiff(s):<br>vs.<br>Defendant(s): |  | Adversary Proceeding No. (if applicable): |
| **NOTICE OF HEARING**<br>**4th Floor Courtroom,**<br>**520 West Soledad Avenue**<br>**Hagatna, Guam 96910** |  | **Hearing Date: 35T**<br>**Time:          35T**<br>**Objections Due: 35T** |
| Matter Being Heard: | Motion for Relief From Stay or In the Alternative for SARE Debtor Designation | Related Dkt No.: |
| Moving Party: | Bank of Guam | |

**NOTICE IS HEREBY GIVEN** that this matter is set for hearing at the date and time above. The relief being requested consists of the following. [*Briefly describe the relief sought, **including pertinent details**.*]

**Your rights may be affected.** **You should read the motion or application and the accompanying papers carefully and discuss them with your attorney if you have one in this bankruptcy case or proceeding. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in this motion, or if you want the court to consider your views on the motion, then you or your attorney must file a statement explaining your position not later than the date below

**35T**

Statements must be filed with the court at:

> District Court of Guam
> Bankruptcy Division
> 4th Floor, US Courthouse
> 520 West Soledad Avenue
> Hagatna, GU 96910

If you mail your response to the court, you must mail it early enough so the court will **receive** it on or before the deadline stated above. The court may disregard any response filed untimely.

You must also mail or transmit a copy to the moving party at:

| Responses to be sent to: |
|---|
|  |

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or application and may enter an order granting that relief.

If no objection to the relief being sought is filed by the deadline stated above, the court may grant the requested relief AND cancel the hearing (although certain types of motions will remain on the court's calendar).

Dated: _____    /s/_____
                                    for Movant        (Print name also if original signature)

2