**ANITA P. ARRIOLA, ESQ.**
**WILLIAM B. BRENNAN, ESQ.**
**ARRIOLA LAW FIRM, LLC**
259 MARTYR STREET, SUITE 201
HAGÅTÑA, GUAM 96910
TEL: (671) 477-9730/33
aarriola@arriolafirm.com
wbrennan@arriolafirm.com

Counsel for Secured Creditor
Bank of Guam

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## BANKRUPTCY DIVISION

| | |
|---|---|
| **In re**<br><br>**MARIANAS PROPERTIES, LLC,**<br><br>Debtor. | CASE NO.: 24-00013<br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

    I, William B. Brennan, hereby certify that on October 7, 2024, I caused the following documents:

1. ECF No. 66: Secured Creditor Bank of Guam's Motion to Seal Appraisal of Debtor's Single Asset Real Estate

2. ECF No. 66-1: Memorandum of Points and Authorities in Support of Secured Creditor Bank of Guam's Motion to Seal Appraisal of Debtor's Single Asset Real Estate

to be electronically filed with the United States District Court for the Territory of Guam, Bankruptcy Division through the Court's electronic case filing system, and

    A.    Thereby caused the parties listed in **Exhibit A** to be served with copies of the same.

B. I further certify that on October 8, 2024, copies of the documents were served upon the parties identified on the Attached **Exhibit B** via FedEx Express Mail.

C. I further certify that on October 8, 2024, copies of the documents were served upon the parties identified on the Attached **Exhibit C** via USPS Certified Mail.

Dated at Hagåtña, Guam: October 8, 2024.

**ARRIOLA LAW FIRM, LLC**
Counsel for Secured Creditor

_____
**WILLIAM B. BRENNAN**

ARRIOLA LAW FIRM HAGÅTÑA, GUAM 96910

# EXHIBIT A

David K Boydstun, Jr on behalf of Debtor Marianas Properties, LLC
david.boydstun@dentons.com

Curtis Ching
USTPRegion15.HI.ECF@usdoj.gov

Chuck C Choi on behalf of Creditor Mathews Pothen
cchoi@hibklaw.com; jczerwinski@hibklaw.com; csouza@hibklaw.com

Andrew C. Helman on behalf of Debtor Marianas Properties, LLC
andrew.helman@dentons.com; samantha.hayes@dentons.com; kyle.d.smith@dentons.com; david.boydstun@dentons.com

Minakshi V. Hemlani on behalf of Debtor Marianas Properties, LLC
mvhemlani@mvhlaw.net; admin@mvhlaw.net; mvhemlani@gmail.com

Kyle D Smith on behalf of Debtor Marianas Properties, LLC
kyle.d.smith@dentons.com

Neil J. Verbrugge on behalf of U.S. Trustee Neil Verbrugge
neil.verbrugge@usdoj.gov

Louie J. Yanza on behalf of Creditor Mathews Pothen
lyanza@jurisguam.com; admin@jurisguam.com

# EXHIBIT B
**(VIA FEDEX EXPRESS MAIL)**

Agoda Company PTE
1 Wallich Street
Singapore, 07888-1000

# EXHIBIT C
## (VIA USPS CERTIFIED MAIL)

First Hawaiian Bank
Hwy 400 8 400 Suite 101
Mongmong-Toto-Maite, GU 96910

Guam Power Authority
P.O. Box 2977
Hagatna, GU 96932

Guam Waterworks Authority
P.O. Box 3010
Tamuning, GU 96913

IT&E
P.O. Box 24881
Barrigada, GU 96921

Pacific Laundry & Textile
P.O. Box 24366
Barrigada, Guam 96921

Raymond F. A. Camacho
184 Whidbey Avenue
Oak Harbor, WA 98277

Small Business Administration
409 3rd Street
Washington, DC 20416

Take Care Insurance Company, Inc.
P.O. Box 6578
Tamuning, GU 96913

Teresita Norris
927 Rancher Drive
Fountain, CO 80817

The Estate of Mary Jane T. Guerrero
3169 Emerald Creek Drive
Las Vegas, NV 89156

Treasurer of Guam
P.O. Box 230607
Barrigada, GU 96921

Treasurer of Guam
P.O. Box 230607
Barrigada, GU 96921