| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Marianas Properties, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF GUAM |
| Case number (if known) | 24-00013 |

☐ Check if this is an amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals 12/15

## Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................... $ Unknown [1]

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................. $ 3,932,716.42

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................................... $ 3,932,716.42

## Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................. $ 28,631,106.63 [1]

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ 38,222.69

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$ 14,301,222.88

4. **Total liabilities** ........................................................................................................................... $ 42,970,552.20 [1]
   Lines 2 + 3a + 3b

[1] Totals disclosed above do not account for unknown values of scheduled assets or claims.