| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Marianas Properties, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF GUAM** |
| Case number (if known) | **24-00013** |

☐ Check if this is an amended filing

# Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Bank of Guam**<br>Creditor's Name<br><br>**111 West Chalan Santo Papa**<br>**Hagatna, GU 96910**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**03/31/2016**<br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Bank of Guam**<br>**2. Treasurer of Guam** | **Describe debtor's property that is subject to a lien**<br>**Pacific Star Resort and Spa, 627B Pale San Vitores Road, Tamuning, GU 96913**<br><br>**Subtantially all of the Debtor's property**<br><br>**Describe the lien**<br>**Mortgage and unperfected security interest**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$28,623,537.63** | **Unknown** |
| **2.2** **First Hawaiian Bank**<br>Creditor's Name<br><br>**Highway 400 8 400 Suite 101**<br>**Mongmong-Toto-Maite, GU 96910**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>Last 4 digits of account number | **Describe debtor's property that is subject to a lien**<br>**First Hawaiian Bank - Certificate of Deposit - Acct# 2281**<br><br>**Describe the lien**<br>**Security Agreement**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$7,569.00** | **$51,466.93** |

Official Form 206D                     Schedule D: Creditors Who Have Claims Secured by Property                     page 1 of 2

| | | | |
|---|---|---|---|
| 3863 | | | |
| Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

| | | | |
|---|---|---|---|
| 2.3 | **Treasurer of Guam**<br>Creditor's Name<br><br>P.O. Box 230607<br>Barrigada, GU 96921<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property?<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | Describe debtor's property that is subject to a lien<br>**Pacific Star Resort and Spa, 627B Pale San Vitores Road, Tamuning, GU 96913**<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed | Unknown | Unknown |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $28,631,106.63 [1]

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Anita Arriola, Esq.<br>259 Martyr Street<br>Suite 201<br>Hagatna, GU 96910 | Line 2.1 | |
| William Brennan, Esq.<br>259 Martyr Street<br>Suite 201<br>Hagatna, GU 96910 | Line 2.1 | |

[1] Totals disclosed above do not account for unknown values of scheduled assets or claims.