Debtor name: **Marianas Properties, LLC**

United States Bankruptcy Court for the: **DISTRICT OF GUAM**

Case number (if known): **24-00013**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     |     | Total claim | Priority amount |
|-----|-----|-----|-------------|-----------------|

**2.1** Priority creditor's name and mailing address
**Aggregate Employee Wage Claims**
**See attached Exhibit E/F 2.1**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$38,222.69**   Priority amount: **$38,222.69**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**)

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.2** Priority creditor's name and mailing address
**Ajay Pothen**
**134 Lagoon Drive**
**Tamuning, GU 96913**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$0.00**   Priority amount: **$0.00**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**)

Basis for the claim:
**For Notification Purposes Only**

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.3 | Priority creditor's name and mailing address<br>**Brian De Leon Guerrero**<br>**P.O. Box 11747**<br>**Yigo, GU 96913** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**For Notification Purposes Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.4 | Priority creditor's name and mailing address<br>**Eduardo Joya Mansanao**<br>**P.O. Box 24802**<br>**Barrigada, GU 96921** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**For Notification Purposes Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.5 | Priority creditor's name and mailing address<br>**Erlindo Cerezo Palaganas**<br>**P.O. Box 26903**<br>**Barrigada, GU 96921** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**For Notification Purposes Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.6 | Priority creditor's name and mailing address<br>**Gus A Reyes**<br>**267 Chalan Sibukao**<br>**Dededo, GU 96929** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**For Notification Purposes Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### 2.7

**Priority creditor's name and mailing address**
**Hermie Mendoa Arenas**
**188 Mil Flores Lane**
**Latte Heights**
**Mangilao, GU 96913**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**For Notification Purposes Only**

Is the claim subject to offset?
■ No
☐ Yes

$0.00    $0.00

### 2.8

**Priority creditor's name and mailing address**
**Hoi-Yin Jessica Chan**
**1270 N. Marine Corps Drive**
**Suite 101, PMB 710**
**Tamuning, GU 96913**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**For Notification Purposes Only**

Is the claim subject to offset?
■ No
☐ Yes

$0.00    $0.00

### 2.9

**Priority creditor's name and mailing address**
**Jack SA Camacho**
**House #236 Herman Deleon Street**
**Sinajana, GU 96910**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**For Notification Purposes Only**

Is the claim subject to offset?
■ No
☐ Yes

$0.00    $0.00

### 2.10

**Priority creditor's name and mailing address**
**Kayla Nicole Roberto**
**HCR 18088**
**Umatac, GU 96915**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**For Notification Purposes Only**

Is the claim subject to offset?
■ No
☐ Yes

$0.00    $0.00

| 2.11 | Priority creditor's name and mailing address<br>**Ken Dumpit Garcia**<br>**P.O. Box 25729**<br>**Barrigada, GU 96921** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**For Notification Purposes Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address<br>**Kenneth Fred Kettenacker Jr.**<br>**162 Western Boulevard, Apt. 111**<br>**Tamuning, GU 96913** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**For Notification Purposes Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address<br>**Kwang Woo Park**<br>**1270 North Marine Crops Drive**<br>**PMB-129**<br>**Tamuning, GU 96913** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**For Notification Purposes Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address<br>**Leland Ying Yi Feng**<br>**P.O. Box 10225**<br>**Tamuning, GU 96913** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**For Notification Purposes Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Marianas Properties, LLC** | Case number (if known) | **24-00013** |

### 2.15 Priority creditor's name and mailing address
**Robert R. Alik**
**P.O. Box 12108**
**Yigo, GU 96929**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00     $0.00

Date or dates debt was incurred

Basis for the claim:
**For Notification Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

### 2.16 Priority creditor's name and mailing address
**Rodel Salalila Sangalang**
**P.O. Box 326331**
**Hagatna, GU 96932**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00     $0.00

Date or dates debt was incurred

Basis for the claim:
**For Notification Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

### 2.17 Priority creditor's name and mailing address
**Rolando Domingo Lorenzo**
**225 Calle JL Blas**
**Dedeo, GU 96929**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00     $0.00

Date or dates debt was incurred

Basis for the claim:
**For Notification Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

### 2.18 Priority creditor's name and mailing address
**Techuo Eliou**
**P.O. Box 9981**
**Tamuning, GU 96913**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00     $0.00

Date or dates debt was incurred

Basis for the claim:
**For Notification Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.19 | Priority creditor's name and mailing address<br>**Teodoric Malic Sevilla**<br>**4219 AAFB**<br>**Yigo, GU 96929** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**For Notification Purposes Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address<br>**Agoda Company PTE**<br>**1 Wallich Street**<br>**Singapore   07888-1000** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $56,065.07 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **Travel Agent Commission**<br>Is the claim subject to offset?   ■ No   ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address<br>**Bernice Guerrero Cepeda**<br>**7712 Buckhorn Avenue**<br>**Las Vegas, NV 89113-6621** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $755.90 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Rent**<br>Is the claim subject to offset?   ■ No   ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address<br>**Estate of Mary Jane T. Guerrero**<br>**3169 Emerald Creek Drive**<br>**Las Vegas, NV 89156** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,779.50 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Rent**<br>Is the claim subject to offset?   ■ No   ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address<br>**Estate of Soledad Lujan**<br>**c/o Superior Court**<br>**P.O. Box 1145**<br>**Hagatna, GU 96910** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,023.72 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Rent**<br>Is the claim subject to offset?   ■ No   ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address<br>**Fuji Real Estate Co.**<br>**c/o Paul Ulloa**<br>**135 Murray Boulevard, Suite 203**<br>**Hagatna, GU 96910** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $638.14 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Rent**<br>Is the claim subject to offset?   ■ No   ☐ Yes | |

| Debtor | **Marianas Properties, LLC** | Case number (if known) | **24-00013** |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address**<br>Guam Industrial Services, Inc.<br>272 E. Harmon Industrial Park Road<br>Suite 201<br>Tamuning, GU 96913<br>Date(s) debt was incurred __<br>Last 4 digits of account number **2367** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Intercompany**<br>Is the claim subject to offset? ☐ No ■ Yes | $1,811,621.21 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>Guam Power Authority<br>P.O. Box 2977<br>Hagatna, GU 96932<br>Date(s) debt was incurred __<br>Last 4 digits of account number **9390** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Utilities - Power**<br>Is the claim subject to offset? ■ No ☐ Yes | $356,831.75 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>Guam Waterworks Authority<br>Gloria B. Nelson Public<br>Service Building 688 Route 15<br>Mangilao, GU 96913<br>Date(s) debt was incurred __<br>Last 4 digits of account number **0000** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Utlities - Water**<br>Is the claim subject to offset? ■ No ☐ Yes | $471,845.69 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>IT&E<br>P.O. Box 24881<br>Barrigada, GU 96921<br>Date(s) debt was incurred __<br>Last 4 digits of account number **8775** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Internet/Cell Phone**<br>Is the claim subject to offset? ■ No ☐ Yes | $10,728.90 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>Joseph Anderson Guerrero<br>10006 Spring View Way<br>Elk Grove, CA 95757<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Rent**<br>Is the claim subject to offset? ■ No ☐ Yes | $755.90 |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>Marianas Gas Corporation<br>P.O. Box 13010<br>Santa Rita, GU 96915<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Intercompany**<br>Is the claim subject to offset? ☐ No ■ Yes | $2,309,293.53 |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>Marianas Tug and Salvage, LLC<br>P.O. Box 153166<br>Santa Rita, GU 96915-3166<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Intercompany**<br>Is the claim subject to offset? ☐ No ■ Yes | $561,876.50 |

| | | |
|---|---|---|
| Debtor | **Marianas Properties, LLC**<br>Name | Case number (if known) __24-00013__ |

| 3.13 | **Nonpriority creditor's name and mailing address**<br>Marie Guerrero Salas<br>110 Tun Jesus Charot Court<br>Chalan Pago, GU 96910 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $377.95 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Rent__<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>Mathews Pothen<br>134 Lagoon Drive<br>Tamuning, GU 96913 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,746,141.16 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Loan Principal and Interest__<br>Is the claim subject to offset? ☐ No ■ Yes | |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>Mobil Oil Guam, Inc.<br>FQJ9+3M9, Marine Corps Dr.<br>Apotgan, GU 96913 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $128.66 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __060__ | Basis for the claim: __Invoice__<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>Navy Lodging Fund<br>CNIC, ATTN:FINANCE/CLAS N948<br>5720 Integrity Drive BLDG 457<br>Millington, TN 38055-6500 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $201,651.60 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Cost Sharing Fee__<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>Pacific Laundry & Textile<br>P.O. Box 24366<br>Barrigada, GU 96921 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $480,052.20 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Interest and Penalties__<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>Raymond F.A. Camacho<br>184 Whidbey Avenue<br>Oak Harbor, WA 98277 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,651.86 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Rent__<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>Take Care Insurance Company, Inc.<br>P.O. Box 6578<br>Tamuning, GU 96913 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,300.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __0002__ | Basis for the claim: __Employee Health Insurance__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Marianas Properties, LLC** | Case number (if known) | 24-00013 |
|---|---|---|---|

### 3.20 Nonpriority creditor's name and mailing address
**Teresita Norris**
927 Rancher Drive
Fountain, CO 80817

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Rent

Is the claim subject to offset? ■ No ☐ Yes

**$538.95**

---

### 3.21 Nonpriority creditor's name and mailing address
**Treasurer of Guam**
P.O. Box 230607
Barrigada, GU 96921

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: Employee Payroll Withholding Tax

Is the claim subject to offset? ■ No ☐ Yes

**$807,214.57**

---

### 3.22 Nonpriority creditor's name and mailing address
**Treasurer of Guam**
P.O. Box 230607
Barrigada, GU 96921

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: Property Tax

Is the claim subject to offset? ■ No ☐ Yes

**$230,345.01**

---

### 3.23 Nonpriority creditor's name and mailing address
**Treasurer of Guam**
P.O. Box 230607
Barrigada, GU 96921

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: Tax Penalties

Is the claim subject to offset? ■ No ☐ Yes

**$112,641.10**

---

### 3.24 Nonpriority creditor's name and mailing address
**Treasurer of Guam**
P.O. Box 230607
Barrigada, GU 96921

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: Gross Receipts Tax

Is the claim subject to offset? ■ No ☐ Yes

**$2,824,386.80**

---

### 3.25 Nonpriority creditor's name and mailing address
**Treasurer of Guam**
P.O. Box 230607
Barrigada, GU 96921

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: Occupancy Tax

Is the claim subject to offset? ■ No ☐ Yes

**$2,125,025.84**

---

### 3.26 Nonpriority creditor's name and mailing address
**U.S. Small Business Administration**
409 3rd Street
Washington, DC 20416

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: EIDL Loan

Is the claim subject to offset? ■ No ☐ Yes

**$166,551.37**

---

| Debtor | Marianas Properties, LLC | Case number (if known) | 24-00013 |
|---|---|---|---|
| | Name | | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
|---|---|---|---|
| | Young Corporation<br>P.O. Box 5757<br>Hagatna, GU 96932 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: Security Deposit<br>Is the claim subject to offset? ■ No ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Cedar Financial<br>5230 Las Virgenes Suite 210<br>Calabasas, CA 91302 | Line 3.1<br>☐ Not listed. Explain ____ | __ |
| 4.2 | Robert R. Alik<br>PO Box 668<br>Dededo, GU 96912 | Line 2.15<br>☐ Not listed. Explain ____ | __ |
| 4.3 | United Pacific Collection Agency<br>788 North Marine Corps. Drive<br>Suite 208 Upper Tumon Guam<br>Tamuning, GU 96931 | Line 3.1<br>☐ Not listed. Explain ____ | __ |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 38,222.69 |
| 5b. Total claims from Part 2 | 5b. + | $ | 14,301,222.88 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 14,339,445.57 |

**Exhibit E/F 2.1 – Aggregate Employee Wages Claims**

| Employee | Pay for PPE 09/06/2024 | | Pay Accrued Through 09/11/2024 | | Total for Both Periods | |
|---|---|---|---|---|---|---|
| | Gross | Net | Gross | Net | Gross | Net |
| Employee 1 | $5,769.23 | $4,214.10 | $2,060.44 | $1,505.04 | $7,829.67 | $5,719.14 |
| Employee 2 | $4,615.39 | $3,517.30 | $1,648.35 | $1,256.18 | $6,263.74 | $4,773.48 |
| Employee 3 | $3,461.56 | $2,874.44 | $1,236.27 | $1,026.58 | $4,697.83 | $3,901.02 |
| Employee 4 | $2,307.70 | $1,778.01 | $824.18 | $635.00 | $3,131.88 | $2,413.01 |
| Employee 5 | $1,769.24 | $1,458.73 | $631.87 | $520.97 | $2,401.11 | $1,979.70 |
| Employee 6 | $1,730.77 | $1,212.50 | $618.13 | $433.03 | $2,348.90 | $1,645.53 |
| Employee 7 | $1,215.00 | $1,085.61 | $360.00 | $321.66 | $1,575.00 | $1,407.27 |
| Employee 8 | $1,121.57 | $883.37 | $287.00 | $226.05 | $1,408.57 | $1,109.42 |
| Employee 9 | $1,020.00 | $911.37 | $303.45 | $271.13 | $1,323.45 | $1,182.50 |
| Employee 10 | $1,000.00 | $840.12 | $412.50 | $346.55 | $1,412.50 | $1,186.67 |
| Employee 11 | $971.93 | $830.30 | $0.00 | $0.00 | $971.93 | $830.30 |
| Employee 12 | $933.59 | $682.87 | $336.00 | $245.77 | $1,269.59 | $928.64 |
| Employee 13 | $858.00 | $792.36 | $275.50 | $254.42 | $1,133.50 | $1,046.78 |
| Employee 14 | $833.81 | $651.16 | $222.00 | $173.37 | $1,055.81 | $824.53 |
| Employee 15 | $630.50 | $308.65 | $162.50 | $79.55 | $793.00 | $388.20 |
| Employee 16 | $606.21 | $308.23 | $0.00 | $0.00 | $606.21 | $308.23 |
| | **$28,844.50** | **$22,349.12** | **$9,378.19** | **$7,295.30** | **$38,222.69** | **$29,644.42** |

24234469.v1