| Attorney or Party Name, Address, Phone/Fax No., Email:<br>Law Offices of Minakshi V. Hemlani, P.C.<br>285 Farenholt Ave., Ste C-312, Tamuning, Guam 96913<br>Tel 671-588-2030/Fax 671-649-2030/ mvhemlani@mvhlaw.net<br>**Dentons Bingham Greenbaum LLP**<br>One City Center, Ste 11100, Portland, ME 04101 | For court use only | **FILED**<br>DISTRICT COURT OF GUAM<br>OCT 11 2024<br>CDP<br>**JEANNE G. QUINATA**<br>**CLERK OF COURT** |
|---|---|---|
| **DISTRICT COURT OF GUAM** | Case No.: 24-00013 | |
| In re<br>Marianas Properties, LLC<br>Debtor(s). | | Chapter:<br>11 |

# DECLARATION RE: ELECTRONIC FILING

The undersigned understands that this declaration must be filed not later than 5 business days after the date of electronic filing and that <u>failure to file a timely declaration may result in dismissal of the case without further notice or hearing</u>. This declaration concerns all of the following that are checked, filed electronically on: October 10, 2024.

☐ Petition ☐ Matrix ☐ Statement of Financial Affairs ☑ **Schedules:** Form 202 re Form 206 Schedules

☐ Statement of Intention ☐ Notice to Individual Debtor ☐ Amendment: _____

☐ Corporate Resolution / Authorization to File Petition ☐ List of 20 Largest Unsecured Creditors

**I. Declaration by Individual/Joint Debtor**

<u>I declare under penalty of perjury</u> that the information provided in the document(s) noted above is true and correct. If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7, I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter of title 11, United States Code, specified in my electronically filed petition.

<u>I declare under penalty of perjury</u> that the Social Security Number transmitted with my petition is true and correct.

Dated:_____   _____   _____
                          Debtor                    Joint Debtor (if any)

**II. Declaration by Corporation/Partnership Debtor**

<u>I declare under penalty of perjury</u> that the information provided in the document(s) noted above is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

Dated: Oct. 10, 2024   */s/ Ajay Pothen*              Ajay Pothen, President
                       Signature of Authorized Individual   Name/Title of Authorized Individual

**III. Chapter 13 Plan**

<u>Certification</u>. I certify that the chapter 13 plan has been proposed in good faith, that the information provided in the plan is true and correct, and that I will be able to make all plan payments and otherwise comply with the plan.

Dated:_____   _____   _____
                          Debtor                    Joint Debtor (if any)

**IV. Involuntary Petition**

<u>I declare under penalty of perjury</u> that the information in the involuntary petition is true and correct according to the best of my knowledge, information, and belief.

Dated:_____   _____
                       Petitioning Creditor or Representative (State Title)

gud-1000      01/04