# UNITED STATES BANKRUPTCY COURT

DISTRICT OF   GUAM

Bankruptcy Division

In Re. Marianas Properties, LLC

§
§
§
§

_____
Debtor(s)

Case No.   24-00013

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 11/30/2024

Petition Date: 09/12/2024

Months Pending: 3

Industry Classification: | 7 | 2 | 1 | 1 |

Reporting Method:          Accrual Basis ◉          Cash Basis ○

Debtor's Full-Time Employees (current):          14

Debtor's Full-Time Employees (as of date of order for relief):          17


**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒     Statement of cash receipts and disbursements
☒     Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒     Statement of operations (profit or loss statement)
☐     Accounts receivable aging
☒     Postpetition liabilities aging
☐     Statement of capital assets
☐     Schedule of payments to professionals
☐     Schedule of payments to insiders
☒     All bank statements and bank reconciliations for the reporting period
☐     Description of the assets sold or transferred and the terms of the sale or transfer


/s/ Andrew C. Helman
_____
Signature of Responsible Party

12/20/2024
_____
Date

Andrew C. Helman
_____
Printed Name of Responsible Party

Dentons
1 City Center, Suite 11100
Portland, ME 04101
_____
Address


STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $171,226 | |
| b. Total receipts (net of transfers between accounts) | $0 | $284,143 |
| c. Total disbursements (net of transfers between accounts) | $79,478 | $229,706 |
| d. Cash balance end of month (a+b-c) | $91,748 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $79,478 | $229,706 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $2,528,752 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $2,528,752 |
| c. Inventory    (Book ◉   Market ○   Other ○   (attach explanation)) | $6,437 |
| d  Total current assets | $2,665,723 |
| e. Total assets | $9,550,661 |
| f. Postpetition payables (excluding taxes) | $18,619 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $18,619 |
| k. Prepetition secured debt | $28,631,107 |
| l. Prepetition priority debt | $38,223 |
| m. Prepetition unsecured debt | $14,452,919 |
| n. Total liabilities (debt) (j+k+l+m) | $43,140,868 |
| o. Ending equity/net worth (e-n) | $-33,590,207 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $13,358 | |
| c. Gross profit (a-b) | $-13,358 | |
| d. Selling expenses | $70,625 | |
| e. General and administrative expenses | $3,770 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $14,096 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-101,848 | $-419,465 |

**Part 5:  Professional Fees and Expenses**

|  |  |  | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Dentons, LLP | Lead Counsel | | | | |
| ii | Minakshi V. Hemlani. PC | Local Counsel | | | | |
| iii | Gibbins Advisors, LLC | Financial Professional | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

UST Form 11-MOR (12/01/2021)

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

UST Form 11-MOR (12/01/2021)

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.  Postpetition employer payroll taxes accrued | $2,057 | $5,913 |
| d.  Postpetition employer payroll taxes paid | $3,782 | $11,925 |
| e.  Postpetition property taxes paid | $0 | $0 |
| f.  Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.  Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)     Yes ○  No ⊙

b.  Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)     Yes ○  No ⊙

c.  Were any payments made to or on behalf of insiders?     Yes ⊙  No ○

d.  Are you current on postpetition tax return filings?     Yes ⊙  No ○

e.  Are you current on postpetition estimated tax payments?     Yes ⊙  No ○

f.  Were all trust fund taxes remitted on a current basis?     Yes ⊙  No ○

g.  Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)     Yes ⊙  No ○

h.  Were all payments made to or on behalf of professionals approved by the court?     Yes ○  No ○  N/A ⊙

i.  Do you have:          Worker's compensation insurance?     Yes ⊙  No ○

                              If yes, are your premiums current?     Yes ⊙  No ○  N/A ○  (if no, see Instructions)

                    Casualty/property insurance?     Yes ⊙  No ○

                              If yes, are your premiums current?     Yes ⊙  No ○  N/A ○  (if no, see Instructions)

                    General liability insurance?     Yes ⊙  No ○

                              If yes, are your premiums current?     Yes ⊙  No ○  N/A ○  (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?     Yes ○  No ⊙

k.  Has a disclosure statement been filed with the court?     Yes ○  No ⊙

l.  Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?     Yes ⊙  No ○

UST Form 11-MOR (12/01/2021)

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ⦿ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ Ajay Pothen | Ajay Pothen |
| Signature of Responsible Party | Printed Name of Responsible Party |
| President | 12/20/2024 |
| Title | Date |



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

UST Form 11-MOR (12/01/2021)



PageThree



PageFour

**SUMMARY OF BANK ACCOUNT RECONCILIATIONS**

| Bank Account Information | Account #1 | Account #2 | Account #3 | Closed Account #4 | Closed Account #5 | Total |
|---|---|---|---|---|---|---|
| Name of Bank | Bank of Guam | Bank of Guam | Bank of Guam | Bank of Guam | Bank of Guam | |
| Account Number | 0101 350171 | 0101 350180 | 0101732101 | 0101 350162 | 0101 350205 | |
| Account Name | DIP Checking | DIP Operating | DIP Professional Fee Escrow | Merchant | BOG FF&E Account | |
| | | | | | | |
| 1.  **Balance per Bank Statement** | 21,648.76 | 147,902.73 | 1,674.32 | - | - | 171,225.81 |
| 2.  **ADD**:  Deposits* | - | - | - | - | - | - |
| 3. **ADD**: Transfer into Co. Account | 29,000.00 | - | - | - | - | 29,000.00 |
| 4.  **SUBTRACT**:  Disbursements* | 39,645.15 | 39,820.71 | - | - | - | 79,465.86 |
| 5.  **SUBTRACT**: Transfer out to Co. Account | - | 29,000.00 | - | - | - | 29,000.00 |
| 6.  Other Reconciling Items (+/-)** | (6.00) | (6.00) | 0.04 | - | - | (11.96) |
| 7.  **Cash Balance for Reporting Period** | 10,997.61 | 79,076.02 | 1,674.36 | - | - | 91,747.99 |

\* Net of transfers between accounts for summary purposes only.  For more detailed information, see attached statement of cash receipts and disbursements and bank statements.

\** Bank service fees and/or interest earned

**Debtor**
**Marianas Properties, LLC**

Statement of cash receipts and disbursements

| Account Number | Post Date | Check | Description from Bank Statement | Debit / Disbursement | Credit / Receipt | Subtotals | Transfer between accounts | Notes |
|---|---|---|---|---|---|---|---|---|
| -----0171 | 11/07/2024 | 61573 | CHECK | 377.95 | | | No | Bernice Guerrero Cepeda-Land Lease Payment |
| -----0171 | 11/06/2024 | 61575 | CHECK | 377.95 | | | No | Joseph Anderson Guerrero-Land Lease Payment |
| -----0171 | 11/04/2024 | 61584 | CHECK | 1,772.73 | | | No | Petty Cash |
| -----0171 | 11/18/2024 | 61585 | CHECK | 143.39 | | | No | Mobil Oil Guam Inc-gas for landscaping equipment |
| -----0171 | 11/04/2024 | 61588 | CHECK | 325.00 | | | No | Todo Mauleg-portable toilet rental |
| -----0171 | 11/04/2024 | 61590 | CHECK | 2,410.72 | | | No | Treasurer of Guam-payroll withholding tax |
| -----0171 | 11/15/2024 | 61593 | CHECK | 157.28 | | | No | AFLAC insurance payment |
| -----0171 | 11/15/2024 | 61596 | CHECK | 377.95 | | | No | Bernice Guerrero Cepeda-Land Lease Payment |
| -----0171 | 11/15/2024 | 61597 | CHECK | 377.95 | | | No | Joseph Anderson Guerrero-Land Lease Payment |
| -----0171 | 11/04/2024 | 61598 | CHECK | 377.95 | | | No | Marie Guerrero Salas-Land Lease Payment |
| -----0171 | 11/05/2024 | 61599 | CHECK | 638.14 | | | No | Fuji Real Estate Co Inc-Land Lease Payment |
| -----0171 | 11/04/2024 | 61605 | CHECK | 5,650.00 | | | No | TakeCare Insurance-Group Health Plan Oct 2024 |
| -----0171 | 11/04/2024 | 61606 | CHECK | 650.00 | | | No | Todo Mauleg-portable toilet rental |
| -----0171 | 11/15/2024 | 61607 | CHECK | 2,384.64 | | | No | Treasurer of Guam-payroll withholding tax |
| -----0171 | 11/21/2024 | 61608 | CHECK | 2,684.35 | | | No | IT&E-Mobile Phone/Internet Services Nov 2024 |
| -----0171 | 11/27/2024 | 61609 | CHECK | 3,660.00 | | | No | TakeCare Insurance-Group Health Plan Nov 2024 |
| -----0171 | 11/27/2024 | 61615 | CHECK | 260.00 | | | No | Guam Petroleum Services-Diesel Oil Tank inspection |
| -----0171 | 11/19/2024 | 61616 | CHECK | 1,737.59 | | | No | Petty Cash |
| -----0171 | 11/19/2024 | 61617 | CHECK | 1,061.56 | | | No | Petty Cash |
| -----0171 | 11/27/2024 | 61621 | CHECK | 14,220.00 | | 39,645.15 | No | AM Insurance-Workers Comp 2024 |
| -----0171 | 11/29/2024 | | SYSTEM GENERATED SERVICE CHARGE * | 6.00 | | 6.00 | No | Bank Fee |
| -----0171 | 11/15/2024 | | WEB XFER FR DDA *******0180 FUNDS TRANSFER VIA ONLINE | | 11,000.00 | | Yes | |
| -----0171 | 11/20/2024 | | WEB XFER FR DDA *******0180 FUNDS TRANSFER VIA ONLINE | | 3,000.00 | | Yes | |
| -----0171 | 11/26/2024 | | WEB XFER FR DDA *******0180 FUNDS TRANSFER VIA ONLINE | | 15,000.00 | 29,000.00 | Yes | |
| -----0180 | 11/07/2024 | 4A4606 | MARIANA Payroll MARIANAS PROPERTIES LL | 4,625.58 | | | No | Payroll Taxes-PPE 11/01/2024 |
| -----0180 | 11/21/2024 | 4A4606 | MARIANA Payroll MARIANAS PROPERTIES LL | 4,253.61 | | 8,879.19 | No | Payroll Taxes-PPE 11/15/2024 |
| -----0180 | 11/08/2024 | 10380 | CHECK | 561.61 | | | No | Payroll Check |
| -----0180 | 11/14/2024 | 10393 | CHECK | 157.28 | | | No | Payroll Check |
| -----0180 | 11/14/2024 | 10394 | CHECK | 815.01 | | | No | Payroll Check |
| -----0180 | 11/26/2024 | 10395 | CHECK | 615.09 | | | No | Payroll Check |
| -----0180 | 11/26/2024 | 10396 | CHECK | 230.41 | | | No | Payroll Check |
| -----0180 | 11/14/2024 | 10397 | CHECK | 590.58 | | | No | Payroll Check |
| -----0180 | 11/14/2024 | 10398 | CHECK | 1,778.00 | | | No | Payroll Check |
| -----0180 | 11/13/2024 | 10399 | CHECK | 3,517.29 | | | No | Payroll Check |
| -----0180 | 11/12/2024 | 10400 | CHECK | 915.84 | | | No | Payroll Check |
| -----0180 | 11/12/2024 | 10401 | CHECK | 912.42 | | | No | Payroll Check |
| -----0180 | 11/14/2024 | 10402 | CHECK | 1,236.98 | | | No | Payroll Check |
| -----0180 | 11/14/2024 | 10403 | CHECK | 2,874.44 | | | No | Payroll Check |
| -----0180 | 11/14/2024 | 10405 | CHECK | 1,213.37 | | | No | Payroll Check |
| -----0180 | 11/15/2024 | 10406 | CHECK | 269.81 | | | No | Payroll Check |
| -----0180 | 11/13/2024 | 10407 | CHECK | 780.23 | | | No | Payroll Check |
| -----0180 | 11/18/2024 | 10408 | CHECK | 130.76 | | | No | Payroll Check |
| -----0180 | 11/26/2024 | 10411 | CHECK | 499.63 | | | No | Payroll Check |
| -----0180 | 11/26/2024 | 10412 | CHECK | 232.02 | | | No | Payroll Check |
| -----0180 | 11/22/2024 | 10413 | CHECK | 590.58 | | | No | Payroll Check |
| -----0180 | 11/22/2024 | 10414 | CHECK | 1,778.01 | | | No | Payroll Check |
| -----0180 | 11/25/2024 | 10415 | CHECK | 3,517.29 | | | No | Payroll Check |
| -----0180 | 11/22/2024 | 10416 | CHECK | 883.36 | | | No | Payroll Check |
| -----0180 | 11/22/2024 | 10417 | CHECK | 912.43 | | | No | Payroll Check |
| -----0180 | 11/22/2024 | 10418 | CHECK | 1,025.29 | | | No | Payroll Check |
| -----0180 | 11/22/2024 | 10419 | CHECK | 2,874.43 | | | No | Payroll Check |
| -----0180 | 11/25/2024 | 10421 | CHECK | 1,344.13 | | | No | Payroll Check |
| -----0180 | 11/22/2024 | 10423 | CHECK | 685.23 | | 30,941.52 | No | Payroll Check |
| -----0180 | 11/29/2024 | | SYSTEM GENERATED SERVICE CHARGE * | 6.00 | | 6.00 | No | Bank Fee |
| -----0180 | 11/15/2024 | | WEB XFER TO DDA *******0171 | 11,000.00 | | | Yes | |
| -----0180 | 11/20/2024 | | WEB XFER TO DDA *******0171 | 3,000.00 | | | Yes | |
| -----0180 | 11/26/2024 | | WEB XFER TO DDA *******0171 | 15,000.00 | | 29,000.00 | Yes | |
| -----2101 | 11/29/2024 | | INTEREST PAYMENT * | | 0.04 | 0.04 | No | Bank Fee |
| | | | **Total for post-petition period November 2024** | 108,477.86 | 29,000.04 | | | |
| | | | Transfer between accounts | 29,000.00 | 29,000.00 | | | |
| | | | Net of transfers between accounts | 79,477.86 | 0.04 | | | |
| | | | Other reconciliation items | 12 | 0.04 | | | |
| | | | **Net amounts end of November 2024** | 79,465.86 | 0.00 | | | |

| | Sep 2024 | Oct 2024 | Nov 2024 | Dec 2024 | Total Actual 2024 |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |
| Operating Revenue: | | | | | |
| Rooms | 0 | 0 | 0 | 0 | 0 |
| Food & Beverage | 0 | 0 | 0 | 0 | 0 |
| Other Operated Departments | 0 | 0 | 0 | 0 | 0 |
| Miscellaneous Income | 0 | 0 | 0 | 0 | 0 |
| Total Operating Revenue | 0 | 0 | 0 | 0 | 0 |
| Departmental Expenses: | | | | | |
| Rooms | 6,500 | 7,071 | 6,973 | 0 | 20,544 |
| Food & Beverage | 3,292 | 6,704 | 6,385 | 0 | 16,381 |
| Other Operated Departments | 0 | 0 | 0 | 0 | 0 |
| Total Departmental Expenses | 9,792 | 13,776 | 13,358 | 0 | 36,925 |
| Total Departmental Profit | (9,792) | (13,776) | (13,358) | 0 | (36,925) |
| Undistributed Operating Expenses: | | | | | |
| Administrative & General | 18,478 | 39,737 | 35,450 | 0 | 93,665 |
| Information and Telecom Systems | 2,467 | 7,524 | 7,286 | 0 | 17,277 |
| Sales & Marketing | 2,528 | (997) | (698) | 0 | 833 |
| Property Operation & Maintenance | 11,982 | 22,525 | 18,521 | 0 | 53,027 |
| Utilities | 0 | 10,895 | 10,065 | 0 | 20,960 |
| Total Undistributed Expenses | 35,454 | 79,684 | 70,625 | 0 | 185,762 |
| Gross Operating Profit | (45,246) | (93,459) | (83,982) | 0 | (222,688) |
| Management Fees | 0 | 0 | 0 | 0 | 0 |
| Income Before Non-Oper Inc & Exp | (45,246) | (93,459) | (83,982) | 0 | (222,688) |
| Non-Operating Income and Expenses | | | | | |
| Income | 0 | 0 | 0 | 0 | 0 |
| Rent | 3,770 | 3,770 | 3,770 | 0 | 11,309 |
| Property and Other Taxes | 0 | 0 | 0 | 0 | 0 |
| Insurance | 0 | 76,725 | 0 | 0 | 76,725 |
| Other | 0 | 0 | 0 | 0 | 0 |
| Total Non-Operating Income and Exp | 3,770 | 80,495 | 3,770 | 0 | 88,034 |
| EBITDA | (49,016) | (173,954) | (87,752) | 0 | (310,721) |
| Replacement Reserve | 0 | 0 | 0 | 0 | 0 |
| EBITDA Less Replacement Reserve | (49,016) | (173,954) | (87,752) | 0 | (310,721) |
| Interest, Depreciation and Amortization | | | | | |
| Interest | 40,868 | 39,683 | 0 | 0 | 80,551 |
| Depreciation | 0 | 14,096 | 14,096 | 0 | 28,193 |
| Owner Expenses/Cost Recovery Ex | 0 | 0 | 0 | 0 | 0 |
| Total Interest, Depreciation & Amort | 40,868 | 53,779 | 14,096 | 0 | 108,744 |
| Income Before Income Taxes | (89,883.79) | (227,733) | (101,848) | 0 | (419,465) |

**ASSETS**

| Current Assets | | at 10/31/2024 | Nov 1-30 Activity | at 11/30/2024 |
|---|---|---|---|---|
| 10101 | House Funds | 5,000.00 | 0.00 | 5,000.00 |
| 10102 | Checking Account | 3,588.64 | (12,190.36) | (8,601.72) |
| 10103 | Maximizer Account | 1,674.32 | 0.04 | 1,674.36 |
| 10104 | Merchant Account | 0.00 | 0.00 | 0.00 |
| 10105 | Payroll | 142,969.74 | (78,055.68) | 64,914.06 |
| 10106 | FF&E  Account | 0.00 | 0.00 | 0.00 |
| 10108 | FHB - Merchant (9916) | 416.86 | (96.02) | 320.84 |
| 10113 | FHB/TCD Account | 50,636.60 | 0.00 | 50,636.60 |
| 10401 | Interco Receivable - Guam Ship | 2,039,465.65 | 0.00 | 2,039,465.65 |
| 10402 | Interco Receivable - Island Eq | 325,308.48 | 0.00 | 325,308.48 |
| 10403 | Interco Receivable - M INN | 145,064.63 | 0.00 | 145,064.63 |
| 10403.01 | Interco Receivainle - M Tug & S | 11,854.16 | 0.00 | 11,854.16 |
| 10404 | Due From Owner | 7,059.13 | 0.00 | 7,059.13 |
| 10501 | Beverage Inventory | 6,436.55 | 0.00 | 6,436.55 |
| 10801 | Secuirty Deposits | 16,590.54 | 0.00 | 16,590.54 |
| | Total Current Assets | 2,756,065.30 | (90,342.02) | 2,665,723.28 |

| Property and Equipment | | | | |
|---|---|---|---|---|
| 10701 | Building | 5,313,931.00 | 0.00 | 5,313,931.00 |
| 10702 | Land | 2,186,069.00 | 0.00 | 2,186,069.00 |
| 10703 | FF&E | 301,114.47 | 0.00 | 301,114.47 |
| 10704 | Building Improvements | 1,220,729.30 | 0.00 | 1,220,729.30 |
| 10705 | Property Plant & Equipment | 2,003,568.92 | 0.00 | 2,003,568.92 |
| 10708 | Acc Dep- FF&E | (263,669.81) | (93.44) | (263,763.25) |
| 10709 | Acc Dep- Building Improvements | (282,681.19) | (2,480.19) | (285,161.38) |
| 10710 | Acc Dep- Property Plant Equip | (1,444,289.84) | (168.30) | (1,444,458.14) |
| 10711 | Acc Dep- Building | (2,135,737.54) | (11,354.56) | (2,147,092.10) |
| | Total Property and Equipment | 6,899,034.31 | (14,096.49) | 6,884,937.82 |

| Other Assets | | | | |
|---|---|---|---|---|
| | Total Other Assets | 0.00 | 0.00 | 0.00 |
| | Total Assets | 9,655,099.61 | (104,438.51) | 9,550,661.10 |

**LIABILITIES AND CAPITAL**

Current Liabilities

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 20101 | Accounts Payable | 2,433,255.23 | | 1,133.85 | | 2,434,389.08 | |
| 20101 | Accounts Payable Post Petition Date | 8,994.70 | | 9,624.38 | | 18,619.08 | |
| 20205 | Gross Receipts Tax | 2,824,386.80 | | 0.00 | | 2,824,386.80 | |
| 20206 | Occupancy Tax | 2,125,025.84 | | 0.00 | | 2,125,025.84 | |
| 20208 | Payroll Accrual | 26,304.40 | | 771.50 | | 27,075.90 | |
| 20213 | Security Deposits | 6,000.00 | | 0.00 | | 6,000.00 | |
| 20218 | Other Payable | 6,800.00 | | 100.00 | | 6,900.00 | |
| 20219 | Deferred Lease Payable | 62,926.03 | | 0.00 | | 62,926.03 | |
| 20303.01 | Due to Affiliates-Mar Tug&Sal | 567,792.50 | | 0.00 | | 567,792.50 | |
| 20304 | Due to Affiliates-GSY | 2,022,681.69 | | (14,220.00) | | 2,008,461.69 | |
| 20305 | Due to Affiliates-MGC | 2,309,293.53 | | 0.00 | | 2,309,293.53 | |
| 20306 | Due to Affiliates-Mar Inn | 174,815.43 | | 0.00 | | 174,815.43 | |
| 20307 | Due to Member | 1,461,500.00 | | 0.00 | | 1,461,500.00 | |
| 20307.01 | Due to Member - Interest | 302,146.87 | | 0.00 | | 302,146.87 | |
| | Total Current Liabilities | | 14,331,923.02 | | (2,590.27) | | 14,329,332.75 |

Long-Term Liabilities

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 20301 | Bank Loans - Short Term (DIP Financ | 278,086.00 | | 0.00 | | 278,086.00 | |
| 20302 | Bank Loans - Long Term | 5,769,132.22 | | 0.00 | | 5,769,132.22 | |
| | Total Long-Term Liabilities | | 6,047,218.22 | | 0.00 | | 6,047,218.22 |
| | Total Liabilities | | 20,379,141.24 | | (2,590.27) | | 20,376,550.97 |

Capital

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 30101 | Paid-in capital | 100,000.00 | | 0.00 | | 100,000.00 | |
| 30102 | Retained Earnings | (15,939,827.11) | | 0.00 | | (15,939,827.11) | |
| 30103 | Additional Member Contribution | 7,250,601.27 | | 0.00 | | 7,250,601.27 | |
| | Net Income | (2,134,815.79) | | 0.00 | | (2,236,664.03) | |
| | Total Capital | | (10,724,041.63) | | 0.00 | | (10,825,889.87) |
| | Total Liabilities & Capital | | 9,655,099.61 | | (2,590.27) | | 9,550,661.10 |

Notes:

1. Pacific Laundry & Textile has continued to invoice the Debtor monthly for interest charged on amounts related to pre-petition claims. While these invoices have been booked as increases in post-petition Accounts Payable, they are not valid administrative claims.

2. Workers compensation insurance of $14,220 was paid by MPL on Nov 27, 2024 via check to AM Insurance. Due to the insurance expense being previously accrued to the GSY intercompany account, the payment had the effect of reducing the intercompany liability.

**Aged Payables Summary**

| Vendor ID | Vendor | Contact | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due | |
|---|---|---|---|---|---|---|---|---|
| TREASUR | TREASURER OF GUAM | Withholding Tax | | 2,558.60 | 5,070.53 | 799,585.44 | 807,214.57 | |
| PACLAUN | PACIFIC LAUNDRY & TEXTILE | | | 6,671.34 | 6,572.75 | 466,808.11 | 480,052.20 | |
| GUWATER | GUAM WATERWORKS AUTHORITY | | | | | 471,845.69 | 471,845.69 | |
| GUPOWER | GUAM POWER AUTHORITY | | | | | 356,831.75 | 356,831.75 | |
| TREASPR | TREASURER OF GUAM | Property Taxes | | | | 230,345.01 | 230,345.01 | |
| AGODACO | AGODA COMPANY PTE. LTS | | | | | 56,065.07 | 56,065.07 | |
| ITEGUAM | IT&E | | | 2,688.04 | 2,683.12 | 5,357.74 | 10,728.90 | |
| FIRSTHA | FIRST HAWAIIAN BANK | | | 7,569.00 | | | 7,569.00 | |
| MARYJAN | MARY JANE T. GUERRERO | | | 377.95 | 377.95 | 4,913.35 | 5,669.25 | |
| GUSHIPY | GUAM SHIPYARD | | | 30.00 | | 2,362.50 | 2,392.50 | |
| RAYMOND | RAYMOND F.A.CAMACHO | | | 71.82 | 71.82 | 1,580.04 | 1,723.68 | |
| SUPERIO | SUPERIOR COURT OF GUAM | | | | 1,511.86 | | 1,511.86 | |
| FUJIREA | FUJI REAL ESTATE CO., INC | | | | 638.14 | | 638.14 | |
| TERESIT | TERESITA NORRIS | | | 35.93 | 35.93 | 467.09 | 538.95 | |
| BERNICE | BERNICE GUERRERO CEPEDA | | | | 377.95 | | 377.95 | |
| JOSEPHA | JOSEPH ANDERSON GUERRERO | | | | 377.95 | | 377.95 | |
| MARIEGU | MARIE GUERRERO SALAS | | | | 377.95 | | 377.95 | Pre-petition |
| MOBILOI | MOBIL OIL GUAM, INC | | | 128.66 | | | 128.66 | 2,434,389.08 |
| | | | | | | | | |
| PPACLAU | PACIFIC LAUNDRY & TEXTILE | | 13,644.40 | | | | 13,644.40 | |
| PTREAWH | TREASURER OF GUAM | Withholding Tax | 2,360.81 | | | | 2,360.81 | |
| PCASH | CASH | | 1,991.47 | | | | 1,991.47 | |
| PMARYJA | MARY JANE T. GUERRERO | | 755.90 | | | | 755.90 | |
| PRAYMON | RAYMOND F.A.CAMACHO | | 143.64 | | | | 143.64 | |
| PTERESI | TERESITA NORRIS | | 71.86 | | | | 71.86 | Post-petition |
| PTAKECA | TAKE CARE INSURANCE COMPANY. II | | -349.00 | | | | -349.00 | 18,619.08 |
| | | | | | | | | |
| **Report Tota** | | | **18,619.08** | **20,131.34** | **18,095.95** | **2,396,161.79** | **2,453,008.16** | **2,453,008.16** |



**STATEMENT OF ACCOUNT**

MARIANAS PROPERTIES LLC
DBA PACIFIC STAR RESORT AND SP
CHECKING ACCOUNT
627 PALE SAN VITORES ROAD
TUMON GU 96913-4006

Beginning October 6, 2023, all Pacific Express No Fee Checking accounts will be renamed Island Checking. Customers currently with these accounts will retain all benefits; and the existing terms and conditions will remain unchanged. Please contact your nearest branch or email us at customerservice@bankofguam.com should you have any questions.

**\*\*\*\*\*\*0171          DDA - BUSINESS**

| | | |
|---|---|---|
| Previous Balance | 10/31/24 | 21,648.76 |
| + Deposits/Credits | 3 | 29,000.00 |
| - Withdrawals/Debits | 20 | 39,645.15 |
| - Service Charge | | 6.00 |
| + Interest Paid | | 0.00 |
| Current Balance | | 10,997.61 |
| Days in Statement Period | 30 | |

### Account Activity

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 10/31/24 | BEGINNING BALANCE | | | $21,648.76 |
| 11/04/24 | PRIORITY CHECK | $377.95 | | $21,270.81 |
| 11/04/24 | PRIORITY CHECK | $2,410.72 | | $18,860.09 |
| 11/04/24 | PRIORITY CHECK | $5,650.00 | | $13,210.09 |
| 11/04/24 | CHECK #61588 | $325.00 | | $12,885.09 |
| 11/04/24 | CHECK #61606 | $650.00 | | $12,235.09 |
| 11/04/24 | CHECK #61584 | $1,772.73 | | $10,462.36 |
| 11/05/24 | CHECK #61599 | $638.14 | | $9,824.22 |
| 11/06/24 | CHECK #61575 | $377.95 | | $9,446.27 |
| 11/07/24 | CHECK #61573 | $377.95 | | $9,068.32 |
| 11/15/24 | WEB XFER FR DDA *******0180 FUNDS TRANSFER VIA ONLINE | | $11,000.00 | $20,068.32 |
| 11/15/24 | PRIORITY CHECK | $2,384.64 | | $17,683.68 |
| 11/15/24 | CHECK #61593 | $157.28 | | $17,526.40 |
| 11/15/24 | CHECK #61596 | $377.95 | | $17,148.45 |
| 11/15/24 | CHECK #61597 | $377.95 | | $16,770.50 |
| 11/18/24 | CHECK #61585 | $143.39 | | $16,627.11 |
| 11/19/24 | CHECK #61617 | $1,061.56 | | $15,565.55 |
| 11/19/24 | CHECK #61616 | $1,737.59 | | $13,827.96 |
| 11/20/24 | WEB XFER FR DDA *******0180 | | $3,000.00 | $16,827.96 |



STATEMENT OF ACCOUNT

### Account Activity

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| | FUNDS TRANSFER VIA ONLINE | | | |
| 11/21/24 | CHECK #61608 | $2,684.35 | | $14,143.61 |
| 11/21/24 | CHECK #61609 | $3,660.00 | | $10,483.61 |
| 11/26/24 | WEB XFER FR DDA ********0180 | | $15,000.00 | $25,483.61 |
| | FUNDS TRANSFER VIA ONLINE | | | |
| 11/27/24 | CHECK #61615 | $260.00 | | $25,223.61 |
| 11/27/24 | CHECK #61621 | $14,220.00 | | $11,003.61 |
| 11/29/24 | SERVICE CHG SYS-GEN | $6.00 | | $10,997.61 |

**ENCLOSURES  20**
**END OF STATEMENT**



**Ck #: 61573**          **11/07/2024**     **Amt: $377.95**



**Ck #: 61575**          **11/06/2024**     **Amt: $377.95**



**Ck #: 61584**          **11/04/2024**     **Amt: $1,772.73**



**Ck #: 61585**          **11/18/2024**     **Amt: $143.39**



**Ck #: 61588**          **11/04/2024**     **Amt: $325.00**



**Ck #: 61590**          **11/04/2024**     **Amt: $2,410.72**



**Ck #: 61593**          **11/15/2024**     **Amt: $157.28**



**Ck #: 61596**          **11/15/2024**     **Amt: $377.95**



**Ck #: 61597**          **11/15/2024**     **Amt: $377.95**



**Ck #: 61598**          **11/15/2024**     **Amt: $377.95**



**Ck #: 61599**          **11/05/2024**     **Amt: $638.14**



**Ck #: 61605**          **11/04/2024**     **Amt: $5,650.00**

EQUAL HOUSING LENDER   Member FDIC



**Ck #: 61606**     **11/04/2024**     **Amt: $650.00**



**Ck #: 61607**     **11/15/2024**     **Amt: $2,384.64**



**Ck #: 61608**     **11/21/2024**     **Amt: $2,684.35**



**Ck #: 61609**     **11/21/2024**     **Amt: $3,660.00**



**Ck #: 61615**     **11/27/2024**     **Amt: $260.00**



**Ck #: 61616**     **11/19/2024**     **Amt: $1,737.59**



**Ck #: 61617**     **11/19/2024**     **Amt: $1,061.56**



**Ck #: 61621**     **11/27/2024**     **Amt: $14,220.00**

EQUAL HOUSING LENDER    Member FDIC

**PLEASE EXAMINE YOUR STATEMENT AND CHECK IMAGES IMMEDIATELY. IF NO ERROR IS REPORTED WITHIN 30 DAYS OF THE STATEMENT DATE, THE STATEMENT AND CHECK IMAGES WILL BE CONSIDERED CORRECT. YOUR ORIGINAL CHECKS WILL BE AVAILABLE TO YOU FOR 60 DAYS FROM THE STATEMENT DATE. AFTER THAT DATE, YOUR ORIGINAL CHECKS MAY NO LONGER BE AVAILABLE AND A FEE WILL BE CHARGED FOR RETRIEVAL.**

### TRANSACTION CODES

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FP | = Force Pay | NS | = NSF Charge | CM | = Credit Memo | SC | = Service Charge |
| PC | = Priority Check | DM | = Debit Memo | TFR | = Transfer | DP | = Deposit |

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In case of errors or questions about your electronic transfers,
Telephone us at:  (671) 472-5300; or
Write us at:      111 Chalan Santo Papa
                  Hagåtña, GU 96910; or
E-Mail us at:     customerservice@bankofguam.com

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

    1. Tell us your name and account number (if any).
    2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need additional information.
    3. Tell us the dollar amount of the suspected error.
       We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think it is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR FOREIGN REMITTANCE TRANSFERS

Per Federal regulation, a Foreign Remittance Transfer includes any transfer made from a consumer account in Guam, the CNMI or California to an account in the FSM, Palau, or the RMI.

You have a right to dispute errors in your foreign remittance transfer. If you think there is an error, contact us within 180 days at (671) 472-5300 or www.bankofguam.com. You can also contact us for a written explanation of your rights.

For questions or complaints about Bank of Guam, contact:
**Guam** - Guam Department of Revenue and Taxation, Regulatory Division; (671) 635-1844~6; https://www.guamtax.com/about/regulatory.html

**Commonwealth of the Northern Marianas Island** - Banking Division at the CNMI Department of Commerce; (670) 664-8020; http://commerce.gov.mp/divisions/office-secretary/banking

**California** - Department of Financial Protection & Innovation; Toll-free (866) 275-2677 or (916) 327-7585; https://dfpi.ca.gov/ (Note: Effective September 29, 2020 the Department of Business Oversight changed its name to the Department of Financial Protection and Innovation (DFPI)).

**Consumer Financial Protection Bureau**:
(855) 411-2372
(855) 729-2372 (TTY/TDD)
www.consumerfinance.gov

### READY-RESERVE BILLING RIGHTS SUMMARY

In Case of Errors or Questions About Your Statement: If you think your Statement is wrong, or if you need more information about a transaction on your Statement, write us on a separate sheet at Bank of Guam, 111 Chalan Santo Papa, Hagåtña, GU 96910, or send E-Mail to customerservice@bankofguam.com as soon as possible. We must hear from you no later than 60 days after we sent you the first Statement on which the error or problem appeared. You may telephone us at (671) 472-5300, but doing so will not preserve your rights. In your letter or e-mail, give us the following information:

    • Your full name and account number

    • The dollar amount of the suspected error

    • Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your Statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### ADDITIONAL DISCLOSURES FOR YOUR READY-RESERVE ACCOUNT

Imposition of Finance Charges in your Ready-Reserve Account: To figure and impose the FINANCE CHARGE, Bank of Guam will apply the daily periodic rate shown on the face of your Statement to the "average daily balance" of your Ready-Reserve Account (including cash transactions). To get the "average daily balance," we will take the beginning of your Ready-Reserve Account each day, add any new cash advances and subtract any payments or credits, and any unpaid Finance Charges. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance." The average daily balance is or can be multiplied by the number of days in the billing cycle and the daily periodic rate applied to the product to determine the amount of the FINANCE CHARGE.

### EFT  (ELECTRONIC FUNDS TRANSFER)

Pre-Authorized Deposits: If you have authorized to have direct deposits made to your account at least once every 60 days from the same person or company, you may telephone your local branch of Bank of Guam at the number below to determine whether or not the deposit was made as scheduled or you may call (671) 472-5300 and ask for Customer Service.

| | | | |
|---|---|---|---|
| **GUAM** | | **FEDERATED STATES OF MICRONESIA (FSM)** | **REPUBLIC OF BELAU** |
|   • Hagåtña    (671) 472-5300 |   • Chuuk    (691) 330-2567/2331 |   • Koror    (680) 488-2696/1648 |
| |   • Pohnpei    (691) 320-2550/2446 | |
| **COMMONWEALTH OF THE NORTHERN** |   • Yap    (691) 350-8865 | **CALIFORNIA, USA** |
| **MARIANA ISLANDS (CNMI)** |   • Kosrae    (691) 370-8858 |   • TASI Bank,    (415) 392-1670 |
|   • Garapan    (670) 236-2700 | **REPUBLIC OF THE MARSHALL ISLANDS (RMI)** |     *Division of Bank of Guam* |
|   • Tinian    (670) 433-3261 |   • Majuro    (692) 625-3322/3331 | |
|   • Rota    (670) 532-3600 | | (Rev 02/22 v. 2.4) |



MARIANAS PROPERTIES LLC
PAYROLL ACCOUNT
627 PALE SAN VITORES ROAD
TUMON GU 96913-4009

Beginning October 6, 2023, all Pacific Express No Fee Checking accounts will be renamed Island Checking. Customers currently with these accounts will retain all benefits; and the existing terms and conditions will remain unchanged. Please contact your nearest branch or email us at customerservice@bankofguam.com should you have any questions.

**\*\*\*\*\*\*0180          DDA - BUSINESS**

| | 10/31/24 | |
|---|---|---|
| Previous Balance | | 147,902.73 |
| + Deposits/Credits | 0 | 0.00 |
| - Withdrawals/Debits | 32 | 68,820.71 |
| - Service Charge | | 6.00 |
| + Interest Paid | | 0.00 |
| Current Balance | | 79,076.02 |
| Days in Statement Period | 30 | |

**Account Activity**

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 10/31/24 | BEGINNING BALANCE | | | $147,902.73 |
| 11/07/24 | 4A4606   MARIANA Payroll | $4,625.58 | | $143,277.15 |
| | MARIANAS PROPERTIES LL | | | |
| 11/08/24 | CHECK #10380 | $561.61 | | $142,715.54 |
| 11/12/24 | PRIORITY CHECK | $912.42 | | $141,803.12 |
| 11/12/24 | CHECK #10400 | $915.84 | | $140,887.28 |
| 11/13/24 | PRIORITY CHECK | $780.23 | | $140,107.05 |
| 11/13/24 | CHECK #10399 | $3,517.29 | | $136,589.76 |
| 11/14/24 | PRIORITY CHECK | $1,778.00 | | $134,811.76 |
| 11/14/24 | CHECK #10397 | $590.58 | | $134,221.18 |
| 11/14/24 | CHECK #10394 | $815.01 | | $133,406.17 |
| 11/14/24 | CHECK #10405 | $1,213.37 | | $132,192.80 |
| 11/14/24 | CHECK #10402 | $1,236.98 | | $130,955.82 |
| 11/14/24 | CHECK #10403 | $2,874.44 | | $128,081.38 |
| 11/15/24 | WEB XFER TO DDA ********0171 | $11,000.00 | | $117,081.38 |
| | FUNDS TRANSFER VIA ONLINE | | | |
| 11/15/24 | CHECK #10393 | $157.28 | | $116,924.10 |
| 11/15/24 | CHECK #10406 | $269.81 | | $116,654.29 |
| 11/18/24 | CHECK #10408 | $130.76 | | $116,523.53 |
| 11/20/24 | WEB XFER TO DDA ********0171 | $3,000.00 | | $113,523.53 |



STATEMENT OF ACCOUNT

## Account Activity

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| | FUNDS TRANSFER VIA ONLINE | | | |
| 11/21/24 | 4A4606   MARIANA Payroll | $4,253.61 | | $109,269.92 |
| | MARIANAS PROPERTIES LL | | | |
| 11/22/24 | CHECK #10413 | $590.58 | | $108,679.34 |
| 11/22/24 | CHECK #10423 | $685.23 | | $107,994.11 |
| 11/22/24 | CHECK #10416 | $883.36 | | $107,110.75 |
| 11/22/24 | CHECK #10417 | $912.43 | | $106,198.32 |
| 11/22/24 | CHECK #10418 | $1,025.29 | | $105,173.03 |
| 11/22/24 | CHECK #10414 | $1,778.01 | | $103,395.02 |
| 11/25/24 | CHECK #10421 | $1,344.13 | | $102,050.89 |
| 11/25/24 | CHECK #10419 | $2,874.43 | | $99,176.46 |
| 11/25/24 | CHECK #10415 | $3,517.29 | | $95,659.17 |
| 11/26/24 | WEB XFER TO DDA *******0171 | $15,000.00 | | $80,659.17 |
| | FUNDS TRANSFER VIA ONLINE | | | |
| 11/26/24 | CHECK #10396 | $230.41 | | $80,428.76 |
| 11/26/24 | CHECK #10412 | $232.02 | | $80,196.74 |
| 11/26/24 | CHECK #10411 | $499.63 | | $79,697.11 |
| 11/26/24 | CHECK #10395 | $615.09 | | $79,082.02 |
| 11/29/24 | SERVICE CHG SYS-GEN | $6.00 | | $79,076.02 |

**ENCLOSURES   27**

**END OF STATEMENT**



**Ck #: 10380          11/08/2024     Amt: $561.61**



**Ck #: 10393          11/15/2024     Amt: $157.28**



**Ck #: 10394          11/14/2024     Amt: $815.01**



**Ck #: 10395          11/26/2024     Amt: $615.09**



**Ck #: 10396          11/26/2024     Amt: $230.41**



**Ck #: 10397          11/14/2024     Amt: $590.58**



**Ck #: 10398          11/14/2024     Amt: $1,778.00**



**Ck #: 10399          11/13/2024     Amt: $3,517.29**



**Ck #: 10400          11/12/2024     Amt: $915.84**



**Ck #: 10401          11/12/2024     Amt: $912.42**



**Ck #: 10402          11/14/2024     Amt: $1,236.98**



**Ck #: 10403          11/14/2024     Amt: $2,874.44**

EQUAL HOUSING LENDER    Member FDIC



Ck #: 10405     11/14/2024     Amt: $1,213.37



Ck #: 10406     11/15/2024     Amt: $269.81



Ck #: 10407     11/13/2024     Amt: $780.23



Ck #: 10408     11/18/2024     Amt: $130.76



Ck #: 10411     11/26/2024     Amt: $499.63



Ck #: 10412     11/26/2024     Amt: $232.02



Ck #: 10413     11/22/2024     Amt: $590.58



Ck #: 10414     11/22/2024     Amt: $1,778.01



Ck #: 10415     11/25/2024     Amt: $3,517.29



Ck #: 10416     11/22/2024     Amt: $883.36



Ck #: 10417     11/22/2024     Amt: $912.43



Ck #: 10418     11/22/2024     Amt: $1,025.29

EQUAL HOUSING LENDER   Member FDIC



Ck #: 10419          11/25/2024     Amt: $2,874.43

Ck #: 10421          11/25/2024     Amt: $1,344.13



Ck #: 10423          11/22/2024     Amt: $685.23

EQUAL HOUSING LENDER

**PLEASE EXAMINE YOUR STATEMENT AND CHECK IMAGES IMMEDIATELY. IF NO ERROR IS REPORTED WITHIN 30 DAYS OF THE STATEMENT DATE, THE STATEMENT AND CHECK IMAGES WILL BE CONSIDERED CORRECT. YOUR ORIGINAL CHECKS WILL BE AVAILABLE TO YOU FOR 60 DAYS FROM THE STATEMENT DATE. AFTER THAT DATE, YOUR ORIGINAL CHECKS MAY NO LONGER BE AVAILABLE AND A FEE WILL BE CHARGED FOR RETRIEVAL.**

## TRANSACTION CODES

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FP | = Force Pay | NS | = NSF Charge | CM | = Credit Memo | SC | = Service Charge |
| PC | = Priority Check | DM | = Debit Memo | TFR | = Transfer | DP | = Deposit |

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In case of errors or questions about your electronic transfers,
Telephone us at: (671) 472-5300; or
Write us at: 111 Chalan Santo Papa
Hagåtña, GU 96910; or
E-Mail us at: customerservice@bankofguam.com
as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need additional information.
3. Tell us the dollar amount of the suspected error.
   We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think it is in error, so that you will have use of the money during the time it takes us to complete our investigation.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR FOREIGN REMITTANCE TRANSFERS

Per Federal regulation, a Foreign Remittance Transfer includes any transfer made from a consumer account in Guam, the CNMI or California to an account in the FSM, Palau, or the RMI.

You have a right to dispute errors in your foreign remittance transfer. If you think there is an error, contact us within 180 days at (671) 472-5300 or www.bankofguam.com. You can also contact us for a written explanation of your rights.

For questions or complaints about Bank of Guam, contact:
**Guam** - Guam Department of Revenue and Taxation, Regulatory Division; (671) 635-1844~6; https://www.guamtax.com/about/regulatory.html

**Commonwealth of the Northern Marianas Island** - Banking Division at the CNMI Department of Commerce; (670) 664-8020; http://commerce.gov.mp/divisions/office-secretary/banking

**California** - Department of Financial Protection & Innovation; Toll-free (866) 275-2677 or (916) 327-7585; https://dfpi.ca.gov/ (Note: Effective September 29, 2020 the Department of Business Oversight changed its name to the Department of Financial Protection and Innovation (DFPI)).

**Consumer Financial Protection Bureau**:
(855) 411-2372
(855) 729-2372 (TTY/TDD)
www.consumerfinance.gov

## READY-RESERVE BILLING RIGHTS SUMMARY

In Case of Errors or Questions About Your Statement: If you think your Statement is wrong, or if you need more information about a transaction on your Statement, write us on a separate sheet at Bank of Guam, 111 Chalan Santo Papa, Hagåtña, GU 96910, or send E-Mail to customerservice@bankofguam.com as soon as possible. We must hear from you no later than 60 days after we sent you the first Statement on which the error or problem appeared. You may telephone us at (671) 472-5300, but doing so will not preserve your rights. In your letter or e-mail, give us the following information:

• Your full name and account number

• The dollar amount of the suspected error

• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your Statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

## ADDITIONAL DISCLOSURES FOR YOUR READY-RESERVE ACCOUNT

Imposition of Finance Charges in your Ready-Reserve Account: To figure and impose the FINANCE CHARGE, Bank of Guam will apply the daily periodic rate shown on the face of your Statement to the "average daily balance" of your Ready-Reserve Account (including cash transactions). To get the "average daily balance," we will take the beginning of your Ready-Reserve Account each day, add any new cash advances and subtract any payments or credits, and any unpaid Finance Charges. This gives us the daily balance. Then, we add up all the balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance." The average daily balance is or can be multiplied by the number of days in the billing cycle and the daily periodic rate applied to the product to determine the amount of the FINANCE CHARGE.

## EFT (ELECTRONIC FUNDS TRANSFER)

Pre-Authorized Deposits: If you have authorized to have direct deposits made to your account at least once every 60 days from the same person or company, you may telephone your local branch of Bank of Guam at the number below to determine whether or not the deposit was made as scheduled or you may call (671) 472-5300 and ask for Customer Service.

| | | | | | |
|---|---|---|---|---|---|
| **GUAM** | | **FEDERATED STATES OF MICRONESIA (FSM)** | | **REPUBLIC OF BELAU** | |
| • Hagåtña | (671) 472-5300 | • Chuuk | (691) 330-2567/2331 | • Koror | (680) 488-2696/1648 |
| | | • Pohnpei | (691) 320-2550/2446 | | |
| **COMMONWEALTH OF THE NORTHERN** | | • Yap | (691) 350-8865 | **CALIFORNIA, USA** | |
| **MARIANA ISLANDS (CNMI)** | | • Kosrae | (691) 370-8858 | • TASI Bank, | (415) 392-1670 |
| • Garapan | (670) 236-2700 | **REPUBLIC OF THE MARSHALL ISLANDS (RMI)** | | *Division of Bank of Guam* | |
| • Tinian | (670) 433-3261 | • Majuro | (692) 625-3322/3331 | | |
| • Rota | (670) 532-3600 | | | (Rev 02/22 v. 2.4) | |

Good Morning, KEN KETTENACKER

# STATEMENT SAVINGS - BUSINESS *2101

Last Updated: December 7, 2024 7:32 AM

## $1,674.36

Available Balance

Transactions        Details & Settings

**Start Date**

11/01/2024                    📅   to

**End Date**

11/30/2024                    📅

**Description**

**Transaction Type**

⌄

**Min Amount**

$                      0.00   to

**Max Amount**

$                      0.00

**Starting Check #**

to

**Ending Check #**

| Date | Description | Amount | |
|------|-------------|--------|---|
| NOV 29 2024 | INTEREST PAYMENT * | $0.04 | ⋮ |

Case 24-00013   Document 133   Filed 12/21/24   Page 30 of 31

**Page totals:** Credits: [1] **$0.04** | Debits: [0] **$0.00**