**MINAKSHI V. HEMLANI**
**LAW OFFICES OF MINAKSHI V. HEMLANI, P.C.**
285 FARENHOLT AVE., SUITE C-312
TAMUNING, GUAM 96913
TELEPHONE: (671) 588-2030
EMAIL: mvhemlani@mvhlaw.net

**ANDREW C. HELMAN** (admitted *pro hac vice*)
**DENTONS BINGHAM GREENEBAUM LLP**
ONE CITY CENTER, SUITE 11100
PORTLAND, ME 04101
TELEPHONE: (207) 619-0919
EMAIL: andrew.helman@dentons.com

*Counsel for the Debtor*

# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| In re<br><br>MARIANAS PROPERTIES, LLC,[1]<br><br>    Debtor. | Case No. 24-00013<br><br>Chapter 11<br><br>**DEBTOR'S MOTION TO ENLARGE PAGE LIMIT PURSUANT TO BANKRUPTCY LOCAL RULE 9013-1(B)** |

Marianas Properties, LLC (the "Debtor") files this motion (the "Motion") pursuant to Bankruptcy Local Rule 9013-1(b) for entry of an order enlarging the 15-page limit imposed by Bankruptcy Local Rule 9013-1(b) (the "Page Limit"). In support of this Motion, the Debtor respectfully states as follows:

**REQUEST AND BASIS FOR RELIEF**

1. As the Debtor informed the Court at the hearing held on February 14, 2025, the Debtor filed its *Motion for Authority to Sell Certain Assets of Marianas Properties, LLC, to Assume and Assign Certain Unexpired Leases and Executory Contracts, and to Assign Permits and Licenses in Relation Thereto* (the "Sale Motion") [Dkt. No. 145] on February 17, 2025.

---

[1] The last four digits of the taxpayer identification number of Marianas Properties, LLC, are 9263. The principal office of Marianas Properties, LLC, is located at 627b Pale San Vitores Road, Tumon, Guam 96913.

2. The Sale Motion, as filed, is 28 pages excluding exhibits, thus exceeds the Page Limit.

3. The Debtor moves the Court to enlarge the Page Limit and to permit its Sale Motion to exceed the Page Limit as filed, because to adequately set forth the relevant facts and discuss the law related to the sale transaction, the Debtor's Sale Motion must be permitted to exceed the Page Limit.

4. The Debtor further submits that it is necessary to enlarge the Page Limit, as the Sale Motion is a complex document that requests the Court grant multiple forms of relief, and all parties involved in the sale transaction will benefit from a more fulsome disclosure and thorough analysis of the legal issues at play.

## **NO PREVIOUS REQUEST**

5. No prior motion for the relief requested herein has been made by the Debtor to this or any other court.

## **CONCLUSION**

6. The Debtor respectfully requests that this Court enter an order granting the relief requested herein, allowing the Sale Motion to exceed the Page Limit, and such other relief as the Court deems appropriate under the circumstances.

/ / /

/ / /

Dated: February 18, 2025,	Respectfully submitted,

**LAW OFFICES OF MINAKSHI V. HEMLANI, P.C.**

 */s/ Minakshi V. Hemlani*
**MINAKSHI V. HEMLANI**

**DENTONS BINGHAM GREENEBAUM LLP**

 */s/ Andrew C. Helman*
**ANDREW C. HELMAN**

*Counsel for the Debtor*

## CERTIFICATE OF SERVICE

This is to certify that I have on February 18, 2025, I caused a copy of the foregoing document to be filed with the electronic case filing system for the United States District Court for the Territory of Guam, Bankruptcy Division, thereby serving all parties in interest receiving service in this case through the Court's electronic filing system.

**LAW OFFICES OF MINAKSHI V. HEMLANI, P.C.**

*/s/ Minakshi V. Hemlani*
**MINAKSHI V. HEMLANI**

**MINAKSHI V. HEMLANI**
**LAW OFFICES OF MINAKSHI V. HEMLANI, P.C.**
285 FARENHOLT AVE., SUITE C-312
TAMUNING, GUAM 96913
TELEPHONE: (671) 588-2030
EMAIL: mvhemlani@mvhlaw.net

**ANDREW C. HELMAN** (admitted *pro hac vice*)
**DENTONS BINGHAM GREENEBAUM LLP**
ONE CITY CENTER, SUITE 11100
PORTLAND, ME 04101
TELEPHONE: (207) 619-0919
EMAIL: andrew.helman@dentons.com

*Counsel for the Debtor*

# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| In re<br><br>MARIANAS PROPERTIES, LLC, [1]<br><br>    Debtor. | Case No. 24-00013<br><br>Chapter 11<br><br>**ORDER GRANTING DEBTOR'S MOTION TO ENLARGE PAGE LIMIT PURSUANT TO BANKRUPTCY LOCAL RULE 9013-1(B)** |

Upon the motion (the "Motion")[2] of the above-captioned debtor and debtor in possession (the "Debtor") for entry of an order (this "Order"), authorizing it to exceed the Page Limit imposed by Bankruptcy Local Rule 9013-1(b); this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtor's estate, its creditors, and other

---

[1]    The last four digits of the taxpayer identification number of Marianas Properties, LLC, are 9263. The principal office of Marianas Properties, LLC, is located at 627b Pale San Vitores Road, Tumon, Guam 96913.

[2]    Capitalized terms used herein but not otherwise defined shall have the meanings given to them in the Motion.

5

24585553.v1

parties in interest; and this Court having found that the Debtor's notice of the Motion was appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Debtor's Sale Motion as filed may exceed the 15 Page Limit imposed by Bankruptcy Local Rule 9013-1(b).

Dated: _____, 2025

**JUDGE**
**DISTRICT COURT OF GUAM**