**MINAKSHI V. HEMLANI**
**LAW OFFICES OF MINAKSHI V. HEMLANI, P.C.**
285 FARENHOLT AVE., SUITE C-312
TAMUNING, GUAM 96913
TELEPHONE: (671) 588-2030
EMAIL: mvhemlani@mvhlaw.net

**ANDREW C. HELMAN** (admitted *pro hac vice*)
**DENTONS BINGHAM GREENEBAUM LLP**
ONE CITY CENTER, SUITE 11100
PORTLAND, ME 04101
TELEPHONE: (207) 619-0919
EMAIL: andrew.helman@dentons.com

*Counsel for the Debtor*

## THE DISTRICT COURT OF GUAM

| | |
|---|---|
| In re<br><br>MARIANAS PROPERTIES, LLC, [1]<br><br>    Debtor. | Case No. 24-00013<br><br>Chapter 11<br><br>**NOTICE OF SECOND AMENDED PROPOSED CURE AMOUNTS AND ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES** |

PLEASE TAKE NOTICE that on February 17, 2025, the Debtor filed its *Motion for Authority to Sell Certain Assets of Marianas Properties, LLC, to Assume and Assign Certain Unexpired Leases and Executory Contracts, and to Assign Permits and Licenses in Relation Thereto* [Dkt. No. 145] (the "Sale Motion").

---

[1] The last four digits of the taxpayer identification number of Marianas Properties, LLC, are 9263. The principal office of Marianas Properties, LLC, is located at 627b Pale San Vitores Road, Tumon, Guam 96913.

PLEASE TAKE FURTHER NOTICE that pursuant to the Sale Motion,[2] the Debtor intends to assume and assign certain executory contracts to the Buyer. Specifically, the Debtor seeks to assume and assign the Lease.

PLEASE TAKE FURTHER NOTICE that on March 1, 2025, the Debtor filed its initial *Notice of Proposed Cure Amounts and Assumption and Assignment of Executory Contracts and Unexpired Leases* (the "Assumption and Assignment Notice") [Dkt. No. 154].

PLEASE TAKE FURTHER NOTICE that on March 11, 2025, the Debtor filed its *Notice of Amended Proposed Cure Amounts and Assumption and Assignment of Executory Contracts and Unexpired Leases* (the "Amended Assumption and Assignment Notice") [Dkt. No. 162].

PLEASE TAKE FURTHER NOTICE that also pursuant to the Sale Motion, by way of this second amended Assumption and Assignment Notice, the Debtor is providing the counterparties to any and all executory contacts and unexpired leases with notice of the proposed assumption and assignment of the Leases and/or Selected Contracts, specifically stating that the Debtor is or may be seeking assumption and assignment of such Selected Contracts, the Debtor's calculated cure amounts, and the deadline for objecting to the proposed cure amounts or any other aspect of the proposed assumption and assignment of their Selected Contracts and/or Leases to the Buyer.

PLEASE TAKE FURTHER NOTICE that pursuant to the Sale Motion, attached hereto as **Exhibit A** is a second amended schedule of executory contracts and unexpired leases that the Debtor seeks to assume and assign to the Buyer, with proposed cure amounts (the "Second Amended Cure Amount Schedule"), based on the Debtor's books and records as of the date of this Notice. A redline reflecting the amendments is attached as **Exhibit B**.

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Sale Motion or the APA, as applicable

24635995.v1

PLEASE TAKE FURTHER NOTICE that the Debtor reserves the right to modify, supplement, and/or amend the Cure Amount Schedule in any way, including to add or remove contracts and/or leases and to increase or decrease any proposed cure amount.

PLEASE TAKE FURTHER NOTICE that **pursuant to the Proposed Sale Order, any party who fails to file a timely Cure Amount Objection shall be forever barred from objecting to the proposed cure amounts or from challenging the sufficiency of such amounts on any basis. Furthermore, such party shall be deemed to have consented to the proposed cure amounts.**

Dated: March 12, 2025                                   Respectfully submitted,

**LAW OFFICES OF MINAKSHI V. HEMLANI, P.C.**

*/s/ Minakshi V. Hemlani*
**MINAKSHI V. HEMLANI**

**DENTONS BINGHAM GREENEBAUM LLP**

*/s/ Andrew C. Helman*
**ANDREW C. HELMAN**

*Counsel for the Debtor*

## CERTIFICATE OF SERVICE

       I hereby certify that on March 12, 2025, a copy of this Notice was filed using the Court's EM/ECF system, which will send notification of such filing to CM/ECF participants who have appeared in this case.

       Additionally, I hereby certify that a copy of this Notice was mailed to each counterparty to a potential lease or executory contract at the addresses set forth in Exhibit A:

**LAW OFFICES OF MINAKSHI V. HEMLANI, P.C.**

*/s/ Minakshi V. Hemlani*
**MINAKSHI V. HEMLANI**

**DENTONS BINGHAM GREENEBAUM LLP**

*/s/ Andrew C. Helman*
**ANDREW C. HELMAN**

*Counsel for the Debtor*

# EXHIBIT A

## SECOND AMENDED CURE AMOUNT SCHEDULE

*In re Marianas Properties LLC*, Chapter 11 Case No. 24-00013

| Counterparty | Address | Agreement Name | Cure Amount |
|---|---|---|---|
| Bernice Guerrero Cepeda | 7712 Buckhorn Avenue Las Vegas, NV 89113-6621 | Ground Lease Agreement for Lot No. 5140-2-2 dated July 1, 1982. | $0 |
| Estate of Mary Jane T. Guerrero | 3169 Emerald Creek Drive Las Vegas, NV 89156 | Ground Lease Agreement for Lot No. 5140-2-2 dated July 1, 1982. | $5,291.30 |
| Estate of Soledad Lujan c/o Superior Court | P.O. Box 1145 Hagatna, GU 96910 | Ground Lease Agreement for Lot No. 5140-2-2 dated July 1, 1982. | $0 |
| Joseph Anderson Guerrero | 10006 Spring View Way Elk Grove, CA 95757 | Ground Lease Agreement for Lot No. 5140-2-2 dated July 1, 1982. | $0 |
| Marie Guerrero Salas | 110 Tun Jesus Charot Court Chalan Pago, GU 96910 | Ground Lease Agreement for Lot No. 5140-2-2 dated July 1, 1982. | $0 |
| Raymond F.A. Camacho | 184 Whidbey Avenue Oak Harbor, WA 98277 | Ground Lease Agreement for Lot No. 5140-2-2 dated July 1, 1982. | $1,939.14 |

| Counterparty | Address | Agreement Name | Cure Amount |
|---|---|---|---|
| Teresita Norris | 927 Rancher Drive Fountain, CO 80817 | Ground Lease Agreement for Lot No. 5140-2-2 dated July 1, 1982. | $682.67 |
| Bernice Guerrero Cepeda; Estate of Mary Jane T. Guerrero; Estate of Soledad Lujan c/o Superior Court; Joseph Anderson Guerrero; Marie Guerrero Salas; Raymond F.A. Camacho; Teresita Norris | See above | Real Property Taxes outstanding related to Ground Lease Agreement for Lot No. 5140-2-2 dated July 1, 1982. | $20,853.48 |

**Additional parties who may claim an interest in the Ground Lease Agreement for Lot No. 5140-2-2 dated July 1, 1982, are listed below.**

| Counterparty | Address | Agreement Name | Cure Amount |
|---|---|---|---|
| Estate of Daniel Anderson Guerrero c/o Paul D.G. Calvo | P.O. Box CI Hagatna, GU 96932 | Ground Lease Agreement for Lot No. 5140-2-2 dated July 1, 1982. | $0 |

# **EXHIBIT B**

**(REDLINE) SECOND AMENDED CURE AMOUNT SCHEDULE**

24635995.v1

# EXHIBIT A

# **SECOND** AMENDED CURE AMOUNT SCHEDULE

*In re Marianas Properties LLC*, Chapter 11 Case No. 24-00013

| Counterparty | Address | Agreement Name | Cure Amount |
|---|---|---|---|
| Bernice Guerrero Cepeda | 7712 Buckhorn Avenue Las Vegas, NV 89113-6621 | Ground Lease Agreement for Lot No. 5140-2-2 dated July 1, 1982. | $0 |
| Estate of Mary Jane T. Guerrero | 3169 Emerald Creek Drive Las Vegas, NV 89156 | Ground Lease Agreement for Lot No. 5140-2-2 dated July 1, 1982. | $5,291.30 |
| Estate of Soledad Lujan c/o Superior Court | P.O. Box 1145 Hagatna, GU 96910 | Ground Lease Agreement for Lot No. 5140-2-2 dated July 1, 1982. | $0 |
| Joseph Anderson Guerrero | 10006 Spring View Way Elk Grove, CA 95757 | Ground Lease Agreement for Lot No. 5140-2-2 dated July 1, 1982. | $0 |
| Marie Guerrero Salas | 110 Tun Jesus Charot Court Chalan Pago, GU 96910 | Ground Lease Agreement for Lot No. 5140-2-2 dated July 1, 1982. | $0 |
| Raymond F.A. Camacho | 184 Whidbey Avenue Oak Harbor, WA 98277 | Ground Lease Agreement for Lot No. 5140-2-2 dated July 1, 1982. | $1,939.14 |
| Teresita Norris | 927 Rancher Drive | Ground Lease Agreement for Lot No. 5140-2-2 dated July 1, 1982. | $682.67 |

| Counterparty | Address | Agreement Name | Cure Amount |
|---|---|---|---|
| | Fountain, CO 80817 | | |
| Bernice Guerrero Cepeda; ~~Guam Dept. of Revenue and Taxation: Real Property Tax Division~~ Estate of Mary Jane T. Guerrero; Estate of Soledad Lujan c/o ~~Benedict L. Atoigue~~Superior Court; Joseph Anderson Guerrero; Marie Guerrero Salas; Raymond F.A. Camacho; Teresita Norris | ~~P.O. Box 23607 Barrigada, Guam 96921~~See above | Real Property Taxes outstanding related to Ground Lease Agreement for Lot No. 5140-2-2 dated July 1, 1982. | $20,853.48 |

**Additional parties who may claim an interest in the Ground Lease Agreement for Lot No. 5140-2-2 dated July 1, 1982, are listed below.**

| Counterparty | Address | Agreement Name | Cure Amount |
|---|---|---|---|
| Estate of Daniel Anderson Guerrero c/o Paul D.G. Calvo | P.O. Box CI Hagatna, GU 96932 | Ground Lease Agreement for Lot No. 5140-2-2 dated July 1, 1982. | $0 |

| Summary report: Litera Compare for Word 11.3.1.3 Document comparison done on 3/11/2025 8:21:35 PM ||
|---|---|
| **Style name:** Default Style ||
| **Intelligent Table Comparison:** Active ||
| **Original DMS:** iw://worksite.dbg.dentons.com/LEGALDOCS/24622365/1 ||
| **Modified DMS:** iw://worksite.dbg.dentons.com/LEGALDOCS/24635995/1 ||
| **Changes:** ||
| Add | 27 |
| Delete | 17 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 44 |