# Marianas Properties, LLC
# MOR February 2025
# <u>Exhibit A</u>

**Part 7c:** The only payments by the Debtor made on behalf of insiders during February were wages paid to Ajay Pothen, the Debtor's president.

**Part 7g:** Pursuant to the *Interim Order Granting Debtor's Motion for Entry of an Order on an Interim and Then Final Basis: (I) Authorizing the Debtor to Obtain Postpetition Financing; (II) Granting Liens and a Superpriority Claim; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) For Related Relief* [Dkt. No. 46] and the *Order Modifying Interim Order Granting Debtor's Motion for Entry of an Order on an Interim and Then Final Basis: (I) Authorizing the Debtor to Obtain Postpetition Financing; (II) Granting Liens and a Superpriority Claim; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) For Related Relief* [Dkt. No. 80], the Debtor has borrowed an aggregate amount of approximately $828,086.00 of postpetition financing.

Debtor: Marianas Properties, LLC
Attachment to Monthly Operating Report
February 1, 2025 - February 28, 2025

SUMMARY OF BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Closed Account #4 | Closed Account #5 | New Account #6 | Total |
|---|---|---|---|---|---|---|---|
| Name of Bank | Bank of Guam | Bank of Guam | Bank of Guam | Bank of Guam | Bank of Guam | Bank of Guam [3] | With |
| Account Number | 0171 | 0180 | 2101 | 0162 | 0205 | 0537 | $2m insurance |
| Account Name | DIP Checking | DIP Operating | DIP Professional Fee Escrow | Merchant | BOG FF&E Account | Insurance Proceeds | proceeds |
| 1. Balance per Bank Statement | 14,344.43 | 61,654.25 | 1,674.44 | - | - | 1,999,940.00 | 2,077,613.12 |
| 2. ADD: Deposits [1] | - | 75,000.00 | - | - | - | - | 75,000.00 |
| 3. ADD: Transfer into Co. Account | 18,000.00 | - | - | - | - | - | 18,000.00 |
| 4. SUBTRACT: Disbursements [1] | 7,971.97 | 44,158.27 | - | - | - | - | 52,130.24 |
| 5. SUBTRACT: Transfer out to Co. Account | - | 18,000.00 | - | - | - | - | 18,000.00 |
| 6. Other Reconciling Items (+/-) [2] | (6.00) | (56.00) | 0.04 | - | - | (20.00) | (81.96) |
| 7. Cash Balance for Reporting Period | 24,366.46 | 74,439.98 | 1,674.48 | - | - | 1,999,920.00 | 2,100,400.92 |

[1] Net of transfers between accounts for summary purposes only. For more detailed information, see attached statement of cash receipts and disbursements and bank statements.
[2] Bank service fees and/or interest earned.
[3] Debtor receives bank statement for BOG account #053 by US mail around the 20th of each month and hence it is typically not available at the time of filing and the amount expected on the statement is reflected.

Debtor
Marianas Properties, LLC

Attachment to Monthly Operating Report
February 1, 2025 - February 28, 2025

Statement of cash receipts and disbursements

| Account Number | Post Date | Check | Description from Bank Statement | Debit / Disbursement | Credit / Receipt | Period | Transfer between accounts | Notes |
|---|---|---|---|---|---|---|---|---|
| -----0171 | 02/26/2025 | 61645 | CHECK | 520.00 | | Post-petition | No | GUAM PETROLEUM SERVICES-monthly tank inspection |
| -----0171 | 02/07/2025 | 61647 | CHECK | 377.95 | | Post-petition | No | BERNICE GUERRERO CEPEDA-land lease payment |
| -----0171 | 02/06/2025 | 61650 | CHECK | 377.95 | | Post-petition | No | JOSEPH ANDERSON GUERRERO-land lease payment |
| -----0171 | 02/20/2025 | 61656 | CHECK | 1,402.00 | | Post-petition | No | U.S. TRUSTEES-professional fees |
| -----0171 | 02/10/2025 | 61657 | CHECK | 2,296.69 | | Post-petition | No | TREASURER OF GUAM-withholding tax PPE 01242025 |
| -----0171 | 02/03/2025 | 61658 | CHECK | 1,344.67 | | Post-petition | No | CASH-petty cash |
| -----0171 | 02/28/2025 | 61667 | CHECK | 860.74 | | Post-petition | No | CASH-petty cash |
| -----0171 | 02/28/2025 | 61668 | CHECK | 791.97 | | Post-petition | No | CASH-petty cash |
| -----0171 | 02/28/2025 | | SYSTEM GENERATED SERVICE CHARGE * | 6.00 | | Post-petition | No | Bank Fee |
| -----0171 | 02/27/2025 | | WEB XFER FR DDA ********0180 FUNDS TRANSFER VIA ONLINE | | 18,000.00 | Post-petition | Yes | Inter-account transfer |
| -----0180 | 02/13/2025 | | 4A4606  MARIANA Payroll MARIANAS PROPERTIES LL | 4,636.75 | | Post-petition | No | Payroll Taxes-PPE 02072025 |
| -----0180 | 02/27/2025 | | 4A4606  MARIANA Payroll MARIANAS PROPERTIES LL | 4,385.89 | | Post-petition | No | Payroll Taxes-PPE 02212025 |
| -----0180 | 02/04/2025 | | BANK OF GUAM   Online Fee MARIANAS PROPERTIES LL | 50.00 | | Post-petition | No | Bank Fee |
| -----0180 | 02/06/2025 | 10468 | CHECK | 157.28 | | Post-petition | No | Payroll Check |
| -----0180 | 02/06/2025 | 10483 | CHECK | 157.28 | | Post-petition | No | Payroll Check |
| -----0180 | 02/03/2025 | 10484 | CHECK | 485.78 | | Post-petition | No | Payroll Check |
| -----0180 | 02/06/2025 | 10485 | CHECK | 621.93 | | Post-petition | No | Payroll Check |
| -----0180 | 02/04/2025 | 10486 | CHECK | 398.20 | | Post-petition | No | Payroll Check |
| -----0180 | 02/03/2025 | 10489 | CHECK | 3,528.51 | | Post-petition | No | Payroll Check |
| -----0180 | 02/03/2025 | 10492 | CHECK | 1,072.20 | | Post-petition | No | Payroll Check |
| -----0180 | 02/03/2025 | 10493 | CHECK | 2,878.62 | | Post-petition | No | Payroll Check |
| -----0180 | 02/03/2025 | 10494 | CHECK | 4,225.30 | | Post-petition | No | Payroll Check |
| -----0180 | 02/05/2025 | 10495 | CHECK | 1,346.23 | | Post-petition | No | Payroll Check |
| -----0180 | 02/03/2025 | 10496 | CHECK | 275.36 | | Post-petition | No | Payroll Check |
| -----0180 | 02/20/2025 | 10498 | CHECK | 157.28 | | Post-petition | No | Payroll Check |
| -----0180 | 02/18/2025 | 10499 | CHECK | 932.60 | | Post-petition | No | Payroll Check |
| -----0180 | 02/18/2025 | 10500 | CHECK | 607.99 | | Post-petition | No | Payroll Check |
| -----0180 | 02/14/2025 | 10502 | CHECK | 590.58 | | Post-petition | No | Payroll Check |
| -----0180 | 02/14/2025 | 10503 | CHECK | 1,782.20 | | Post-petition | No | Payroll Check |
| -----0180 | 02/18/2025 | 10504 | CHECK | 3,528.50 | | Post-petition | No | Payroll Check |
| -----0180 | 02/14/2025 | 10505 | CHECK | 957.94 | | Post-petition | No | Payroll Check |
| -----0180 | 02/14/2025 | 10506 | CHECK | 912.08 | | Post-petition | No | Payroll Check |
| -----0180 | 02/18/2025 | 10507 | CHECK | 1,072.20 | | Post-petition | No | Payroll Check |
| -----0180 | 02/18/2025 | 10508 | CHECK | 2,878.62 | | Post-petition | No | Payroll Check |
| -----0180 | 02/14/2025 | 10510 | CHECK | 1,215.20 | | Post-petition | No | Payroll Check |
| -----0180 | 02/20/2025 | 10511 | CHECK | 275.35 | | Post-petition | No | Payroll Check |
| -----0180 | 02/14/2025 | 10512 | CHECK | 722.17 | | Post-petition | No | Payroll Check |
| -----0180 | 02/19/2025 | 10513 | CHECK | 131.03 | | Post-petition | No | Payroll Check |
| -----0180 | 02/25/2025 | 10514 | CHECK | 157.28 | | Post-petition | No | Payroll Check |
| -----0180 | 02/28/2025 | 10518 | CHECK | 580.93 | | Post-petition | No | Payroll Check |
| -----0180 | 02/28/2025 | 10519 | CHECK | 1,782.20 | | Post-petition | No | Payroll Check |
| -----0180 | 02/28/2025 | 10522 | CHECK | 912.42 | | Post-petition | No | Payroll Check |
| -----0180 | 02/28/2025 | 10528 | CHECK | 792.37 | | Post-petition | No | Payroll Check |
| -----0180 | 02/18/2025 | | CUSTOMER DEPOSIT | | 45,000.00 | Post-petition | No | DIP financing |
| -----0180 | 02/28/2025 | | CUSTOMER DEPOSIT | | 30,000.00 | Post-petition | No | DIP financing |
| -----0180 | 02/28/2025 | | SYSTEM GENERATED SERVICE CHARGE * | 6.00 | | Post-petition | No | Bank Fee |
| -----0180 | 02/27/2025 | | WEB XFER TO DDA ********0171 | 18,000.00 | | Post-petition | Yes | Inter-account transfer |
| -----2101 | 02/28/2025 | | INTEREST PAYMENT * | | 0.04 | Post-petition | No | Bank Fee |
| -----0537 | 02/28/2025 | | SYSTEM GENERATED SERVICE CHARGE * | 20.00 | | Post-petition | No | Bank Fee |
| | | | **Total for post-petition period February 2025** | 70,212.24 | 93,000.04 | | | |
| | | | Transfer between accounts | 18,000.00 | 18,000.00 | | | |
| | | | Net of transfers between accounts | 52,212.24 | 75,000.04 | | | |
| | | | Other reconciliation items | 82.00 | 0.04 | | | |
| | | | **Net amounts end of February 2025** | 52,130.24 | 75,000.00 | | | |

Debtor: Marianas Properties, LLC

Attachment to Monthly Operating Report
February 1, 2025 - February 28, 2025

| | Jan 2025 $ | Feb 2025 $ | Mar 2025 $ | Apr 2025 $ | May 2025 $ | Jun 2025 $ | Jul 2025 $ | Aug 2025 $ | Sep 2025 $ | Oct 2025 $ | Nov 2025 $ | Dec 2025 $ | Total Actual 2025 $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Revenue:** | | | | | | | | | | | | | |
| Rooms | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Food & Beverage | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Operated Departments | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Miscellaneous Income | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Operating Revenue | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Departmental Expenses:** | | 0 | | | | | | | | | | | |
| Rooms | 7,081 | 7,181 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14,261 |
| Food & Beverage | 6,302 | 5,984 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12,286 |
| Other Operated Departments | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Departmental Expenses | 13,383 | 13,165 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 26,547 |
| **Total Departmental Profit** | (13,383) | (13,165) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (26,547) |
| **Undistributed Operating Expenses:** | | | | | | | | | | | | | |
| Administrative & General | 153,069 | 35,133 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 188,203 |
| Information and Telecom Systems | 7,417 | 6,942 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14,359 |
| Sales & Marketing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Property Operation & Maintenance | 20,296 | 16,565 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 36,861 |
| Utilities | 10,065 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10,065 |
| Total Undistributed Expenses | 190,847 | 58,640 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 249,487 |
| **Gross Operating Profit** | (204,230) | (71,805) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (276,035) |
| Management Fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Income Before Non-Oper Inc & Exp | (204,230) | (71,805) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (276,035) |
| **Non-Operating Income and Expenses** | | | | | | | | | | | | | |
| Income | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent | (3,084) | 3,770 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 686 |
| Property and Other Taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Insurance | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Non-Operating Income and Exp | (3,084) | 3,770 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 686 |
| **EBITDA** | **(201,146)** | **(75,575)** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **(276,720)** |
| Replacement Reserve | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| EBITDA Less Replacement Reserve | (201,146) | (75,575) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (276,720) |
| **Interest, Depreciation and Amortization** | | | | | | | | | | | | | |
| Interest | 14,080 | 14,080 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 28,159 |
| Depreciation | 14,096 | 14,096 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 28,193 |
| Owner Expenses/Cost Recovery Exp | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Interest, Depreciation & Amort | 28,176 | 28,176 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 56,352 |
| Income Before Income Taxes | (229,321) | (103,751) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (333,072) |

**Debtor**  
Marianas Properties, LLC

Attachment to Monthly Operating Report  
As of February 28, 2025

## ASSETS

| | | at 1/31/2025 | Feb 1-28 Activity | at 2/28/2025 | |
|---|---|---:|---:|---:|---:|
| Current Assets | | | | | |
| 10101 | House Funds | 5,000.00 | 0.00 | 5,000.00 | |
| 10102 | Checking Account | 465.87 | (2,266.04) | (1,800.17) | |
| 10103 | Maximizer Account | 1,674.44 | 0.04 | 1,674.48 | |
| 10104 | Merchant Account | 0.00 | 0.00 | 0.00 | |
| 10105 | Payroll | 46,350.28 | 7,226.93 | 53,577.21 | |
| 10106 | FF&E Account | 0.00 | 0.00 | 0.00 | |
| 10107 | BOG - Savings | 1,999,940.00 | (20.00) | 1,999,920.00 | |
| 10108 | FHB - Merchant (9916) | 128.95 | (95.98) | 32.97 | |
| 10113 | FHB/TCD Account | 50,636.60 | 0.00 | 50,636.60 | |
| 10401 | Interco Receivable - Guam Ship | 2,039,465.65 | 0.00 | 2,039,465.65 | |
| 10402 | Interco Receivable - Island Eq | 325,308.48 | 0.00 | 325,308.48 | |
| 10403 | Interco Receivable - M INN | 145,064.63 | 0.00 | 145,064.63 | |
| 10403.01 | Interco Receivable - M Tug & S | 11,854.16 | 0.00 | 11,854.16 | |
| 10404 | Due From Owner | 7,059.13 | 0.00 | 7,059.13 | |
| 10501 | Beverage Inventory | 6,436.55 | 0.00 | 6,436.55 | |
| 10801 | Security Deposits | 16,590.54 | 0.00 | 16,590.54 | |
| | Total Current Assets | | 4,655,975.28 | 4,844.95 | 4,660,820.23 |
| Property and Equipment | | | | | |
| 10701 | Building | 5,313,931.00 | 0.00 | 5,313,931.00 | |
| 10702 | Land | 2,186,069.00 | 0.00 | 2,186,069.00 | |
| 10703 | FF&E | 301,114.47 | 0.00 | 301,114.47 | |
| 10704 | Building Improvements | 1,220,729.30 | 0.00 | 1,220,729.30 | |
| 10705 | Property Plant & Equipment | 2,003,568.92 | 0.00 | 2,003,568.92 | |
| 10708 | Acc Dep- FF&E | (263,950.08) | (93.44) | (264,043.52) | |
| 10709 | Acc Dep- Building Improvements | (290,121.76) | (2,480.19) | (292,601.95) | |
| 10710 | Acc Dep- Property Plant Equip | (1,444,794.68) | (168.30) | (1,444,962.98) | |
| 10711 | Acc Dep- Building | (2,169,801.14) | (11,354.56) | (2,181,155.70) | |
| | Total Property and Equipment | | 6,856,745.03 | (14,096.49) | 6,842,648.54 |
| Other Assets | | | | | |
| | Total Other Assets | | 0.00 | 0.00 | 0.00 |
| | Total Assets | | 11,512,720.31 | (9,251.54) | 11,503,468.77 |

**Debtor**  
**Marianas Properties, LLC**

**Attachment to Monthly Operating Report**  
**As of February 28, 2025**

**LIABILITIES AND CAPITAL**

Current Liabilities

| Acct | Description | | | |
|---|---|---:|---:|---:|
| 20101 | Accounts Payable | 2,462,090.28 | 0.00 | 2,462,090.28 |
| 20101 | Accounts Payable Post Petition Date | 2,803.54 | (1,679.79) | 1,123.75 |
| 20205 | Gross Receipts Tax | 2,824,386.80 | 0.00 | 2,824,386.80 |
| 20206 | Occupancy Tax | 2,125,025.84 | 0.00 | 2,125,025.84 |
| 20208 | Payroll Accrual | 13,698.61 | (81.33) | 13,617.28 |
| 20213 | Security Deposits | 6,000.00 | 0.00 | 6,000.00 |
| 20218 | Other Payable | 7,000.00 | 7,180.72 | 14,180.72 |
| 20219 | Deferred Lease Payable | 56,072.44 | 0.00 | 56,072.44 |
| 20303.01 | Due to Affiliates-Mar Tug&Sal | 574,041.10 | 2,869.77 | 576,910.87 |
| 20304 | Due to Affiliates-GSY | 1,525,917.23 | 0.00 | 1,525,917.23 |
| 20305 | Due to Affiliates-MGC | 2,854,031.69 | 0.00 | 2,854,031.69 |
| 20306 | Due to Affiliates-Mar Inn | 174,815.43 | 0.00 | 174,815.43 |
| 20307 | Due to Member | 1,461,500.00 | 0.00 | 1,461,500.00 |
| 20307.01 | Due to Member - Interest | 363,130.84 | 11,209.88 | 374,340.72 |
| | Total Current Liabilities | | 14,450,513.80 | 19,499.25 | 14,470,013.05 |

Long-Term Liabilities

| Acct | Description | | | |
|---|---|---:|---:|---:|
| 20301 | Bank Loans - Short Term (DIP Financing) | 753,086.00 | 75,000.00 | 828,086.00 |
| 20302 | Bank Loans - Long Term | 5,769,132.22 | 0.00 | 5,769,132.22 |
| | Total Long-Term Liabilities | 6,522,218.22 | 75,000.00 | 6,597,218.22 |
| | Total Liabilities | 20,972,732.02 | 94,499.25 | 21,067,231.27 |

Capital

| Acct | Description | | | |
|---|---|---:|---:|---:|
| 30101 | Paid-in capital | 100,000.00 | 0.00 | 100,000.00 |
| 30102 | Retained Earnings | (16,581,291.52) | 0.00 | (16,581,291.52) |
| 30103 | Additional Member Contribution | 7,250,601.27 | 0.00 | 7,250,601.27 |
| | Net Income | (229,321.46) | (103,750.79) | (333,072.25) |
| | Total Capital | (9,460,011.71) | (103,750.79) | (9,563,762.50) |
| | Total Liabilities & Capital | 11,512,720.31 | (9,251.54) | 11,503,468.77 |

**Debtor**  
**Marianas Properties, LLC**

**Attachment to Monthly Operating Report**  
**February 1, 2025 - February 28, 2025**

| Vendor ID | Vendor | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due | |
|---|---|---:|---:|---:|---:|---:|---|
| AGODACO | AGODA COMPANY PTE. LTS | | | | 56,065.07 | 56,065.07 | |
| BERNICE | BERNICE GUERRERO CEPEDA | | | | 377.95 | 377.95 | |
| FIRSTHA | FIRST HAWAIIAN BANK | | | | 7,569.00 | 7,569.00 | |
| FUJIREA | FUJI REAL ESTATE CO., INC | | | | 638.14 | 638.14 | |
| GUPOWER | GUAM POWER AUTHORITY | | | | 356,831.75 | 356,831.75 | |
| GUSHIPY | GUAM SHIPYARD | | | | 2,392.50 | 2,392.50 | |
| GUWATER | GUAM WATERWORKS AUTHORITY | | | | 471,845.69 | 471,845.69 | |
| ITEGUAM | IT&E | | | | 10,728.90 | 10,728.90 | |
| JOSEPHA | JOSEPH ANDERSON GUERRERO | | | | 377.95 | 377.95 | |
| MARIEGU | MARIE GUERRERO SALAS | | | | 377.95 | 377.95 | |
| MARYJAN | MARY JANE T. GUERRERO | | | | 5,669.25 | 5,669.25 | |
| MOBILOI | MOBIL OIL GUAM, INC | | | | 128.66 | 128.66 | |
| PACLAUN | PACIFIC LAUNDRY & TEXTILE | | | | 480,052.20 | 480,052.20 | |
| TREASPR | TREASURER OF GUAM (property tax) | | | | 230,345.01 | 230,345.01 | |
| TREASUR | TREASURER OF GUAM (withholding tax) | | | | 807,214.57 | 807,214.57 | |
| RAYMOND | RAYMOND F.A.CAMACHO | | | | 1,723.68 | 1,723.68 | |
| SUPERIO | SUPERIOR COURT OF GUAM | | | | 1,511.86 | 1,511.86 | |
| TERESIT | TERESITA NORRIS | | | | 538.95 | 538.95 | **Pre-Petition** |
| PPACLAU | PACIFIC LAUNDRY & TEXTILE | 7,080.72 | 6,976.08 | 6,872.99 | 6,771.41 | 27,701.20 | 2,462,090.28 |
| PGUPETR | GUAM PETROLEUM SERVICES | 260.00 | | | | 260.00 | |
| PRAYMON | RAYMOND F.A.CAMACHO | 143.64 | 71.82 | 71.82 | 71.82 | 359.10 | |
| PTERESI | TERESITA NORRIS | 71.86 | 35.93 | 35.93 | 35.93 | 179.65 | **Post-Petition** |
| PTODOMA | TODO MAULEG | 325.00 | | | | 325.00 | 1,123.75 |
| **Report Total** | | **7,881.22** | **7,083.83** | **6,980.74** | **2,441,268.24** | **2,463,214.03** | **2,463,214.03** |



MARIANAS PROPERTIES LLC
DBA PACIFIC STAR RESORT AND SP
CHECKING ACCOUNT
627 PALE SAN VITORES ROAD
TUMON GU 96913-4006

Beginning October 6, 2023, all Pacific Express No Fee Checking accounts will be renamed Island Checking. Customers currently with these accounts will retain all benefits; and the existing terms and conditions will remain unchanged. Please contact your nearest branch or email us at customerservice@bankofguam.com should you have any questions.

********0171**             **DDA - BUSINESS**

| | | |
|---|---|---|
| Previous Balance | 01/31/25 | 14,344.43 |
| + Deposits/Credits | 1 | 18,000.00 |
| - Withdrawals/Debits | 8 | 7,971.97 |
| - Service Charge | | 6.00 |
| + Interest Paid | | 0.00 |
| Current Balance | | 24,366.46 |
| Days in Statement Period | 28 | |

## Account Activity

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 01/31/25 | BEGINNING BALANCE | | | $14,344.43 |
| 02/03/25 | CHECK #61658 | $1,344.67 | | $12,999.76 |
| 02/06/25 | CHECK #61650 | $377.95 | | $12,621.81 |
| 02/07/25 | CHECK #61647 | $377.95 | | $12,243.86 |
| 02/10/25 | CHECK #61657 | $2,296.69 | | $9,947.17 |
| 02/20/25 | CHECK #61656 | $1,402.00 | | $8,545.17 |
| 02/26/25 | CHECK #61645 | $520.00 | | $8,025.17 |
| 02/27/25 | WEB XFER FR DDA ********0180 FUNDS TRANSFER VIA ONLINE | | $18,000.00 | $26,025.17 |
| 02/28/25 | CHECK #61668 | $791.97 | | $25,233.20 |
| 02/28/25 | CHECK #61667 | $860.74 | | $24,372.46 |
| 02/28/25 | SERVICE CHG SYS-GEN | $6.00 | | $24,366.46 |

**ENCLOSURES  8**
**END OF STATEMENT**



**Ck #: 61645**  02/26/2025  Amt: $520.00



**Ck #: 61647**  02/07/2025  Amt: $377.95



**Ck #: 61650**  02/06/2025  Amt: $377.95



**Ck #: 61656**  02/20/2025  Amt: $1,402.00



**Ck #: 61657**  02/10/2025  Amt: $2,296.69



**Ck #: 61658**  02/03/2025  Amt: $1,344.67



**Ck #: 61667**  02/28/2025  Amt: $860.74



**Ck #: 61668**  02/28/2025  Amt: $791.97

**PLEASE EXAMINE YOUR STATEMENT AND CHECK IMAGES IMMEDIATELY. IF NO ERROR IS REPORTED WITHIN 30 DAYS OF THE STATEMENT DATE, THE STATEMENT AND CHECK IMAGES WILL BE CONSIDERED CORRECT. YOUR ORIGINAL CHECKS WILL BE AVAILABLE TO YOU FOR 60 DAYS FROM THE STATEMENT DATE. AFTER THAT DATE, YOUR ORIGINAL CHECKS MAY NO LONGER BE AVAILABLE AND A FEE WILL BE CHARGED FOR RETRIEVAL.**

### TRANSACTION CODES

| | | | |
|---|---|---|---|
| FP = Force Pay | NS = NSF Charge | CM = Credit Memo | SC = Service Charge |
| PC = Priority Check | DM = Debit Memo | TFR = Transfer | DP = Deposit |

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In case of errors or questions about your electronic transfers,
Telephone us at: (671) 472-5300; or
Write us at: 111 Chalan Santo Papa
Hagåtña, GU 96910; or
E-Mail us at: customerservice@bankofguam.com

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need additional information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think it is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR FOREIGN REMITTANCE TRANSFERS

Per Federal regulation, a Foreign Remittance Transfer includes any transfer made from a consumer account in Guam, the CNMI or California to an account in the FSM, Palau, or the RMI.

You have a right to dispute errors in your foreign remittance transfer. If you think there is an error, contact us within 180 days at (671) 472-5300 or www.bankofguam.com. You can also contact us for a written explanation of your rights.

For questions or complaints about Bank of Guam, contact:

**Guam** - Guam Department of Revenue and Taxation, Regulatory Division; (671) 635-1844~6; https://www.guamtax.com/about/regulatory.html

**Commonwealth of the Northern Marianas Island** - Banking Division at the CNMI Department of Commerce; (670) 664-8020; http://commerce.gov.mp/divisions/office-secretary/banking

**California** - Department of Financial Protection & Innovation; Toll-free (866) 275-2677 or (916) 327-7585; https://dfpi.ca.gov/ (Note: Effective September 29, 2020 the Department of Business Oversight changed its name to the Department of Financial Protection and Innovation (DFPI)).

**Consumer Financial Protection Bureau**:
(855) 411-2372
(855) 729-2372 (TTY/TDD)
www.consumerfinance.gov

### READY-RESERVE BILLING RIGHTS SUMMARY

In Case of Errors or Questions About Your Statement: If you think your Statement is wrong, or if you need more information about a transaction on your Statement, write us on a separate sheet at Bank of Guam, 111 Chalan Santo Papa, Hagåtña, GU 96910, or send E-Mail to customerservice@bankofguam.com as soon as possible. We must hear from you no later than 60 days after we sent you the first Statement on which the error or problem appeared. You may telephone us at (671) 472-5300, but doing so will not preserve your rights. In your letter or e-mail, give us the following information:

• Your full name and account number
• The dollar amount of the suspected error
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your Statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### ADDITIONAL DISCLOSURES FOR YOUR READY-RESERVE ACCOUNT

Imposition of Finance Charges in your Ready-Reserve Account: To figure and impose the FINANCE CHARGE, Bank of Guam will apply the daily periodic rate shown on the face of your Statement to the "average daily balance" of your Ready-Reserve Account (including cash transactions). To get the "average daily balance," we will take the beginning of your Ready-Reserve Account each day, add any new cash advances and subtract any payments or credits, and any unpaid Finance Charges. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance." The average daily balance is or can be multiplied by the number of days in the billing cycle and the daily periodic rate applied to the product to determine the amount of the FINANCE CHARGE.

### EFT (ELECTRONIC FUNDS TRANSFER)

Pre-Authorized Deposits: If you have authorized to have direct deposits made to your account at least once every 60 days from the same person or company, you may telephone your local branch of Bank of Guam at the number below to determine whether or not the deposit was made as scheduled or you may call (671) 472-5300 and ask for Customer Service.

**GUAM**
• Hagåtña (671) 472-5300

**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (CNMI)**
• Garapan (670) 236-2700
• Tinian (670) 433-3261
• Rota (670) 532-3600

**FEDERATED STATES OF MICRONESIA (FSM)**
• Chuuk (691) 330-2567/2331
• Pohnpei (691) 320-2550/2446
• Yap (691) 350-8865
• Kosrae (691) 370-8858

**REPUBLIC OF THE MARSHALL ISLANDS (RMI)**
• Majuro (692) 625-3322/3331

**REPUBLIC OF BELAU**
• Koror (680) 488-2696/1648

**CALIFORNIA, USA**
• TASI Bank, (415) 392-1670
  *Division of Bank of Guam*

(Rev 02/22 v. 2.4)



MARIANAS PROPERTIES LLC
PAYROLL ACCOUNT
627 PALE SAN VITORES ROAD
TUMON GU 96913-4009

Beginning October 6, 2023, all Pacific Express No Fee Checking accounts will be renamed Island Checking. Customers currently with these accounts will retain all benefits; and the existing terms and conditions will remain unchanged. Please contact your nearest branch or email us at customerservice@bankofguam.com should you have any questions.

********0180**              **DDA - BUSINESS**

| | | |
|---|---|---|
| Previous Balance | 01/31/25 | 61,654.25 |
| + Deposits/Credits | 2 | 75,000.00 |
| - Withdrawals/Debits | 34 | 62,208.27 |
| - Service Charge | | 6.00 |
| + Interest Paid | | 0.00 |
| Current Balance | | 74,439.98 |
| Days in Statement Period | 28 | |

## Account Activity

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 01/31/25 | BEGINNING BALANCE | | | $61,654.25 |
| 02/03/25 | CHECK #10496 | $275.36 | | $61,378.89 |
| 02/03/25 | CHECK #10484 | $485.78 | | $60,893.11 |
| 02/03/25 | CHECK #10492 | $1,072.20 | | $59,820.91 |
| 02/03/25 | CHECK #10493 | $2,878.62 | | $56,942.29 |
| 02/03/25 | CHECK #10489 | $3,528.51 | | $53,413.78 |
| 02/03/25 | CHECK #10494 | $4,225.30 | | $49,188.48 |
| 02/04/25 | BANK OF GUAM    Online Fee<br>MARIANAS PROPERTIES LL | $50.00 | | $49,138.48 |
| 02/04/25 | CHECK #10486 | $398.20 | | $48,740.28 |
| 02/05/25 | CHECK #10495 | $1,346.23 | | $47,394.05 |
| 02/06/25 | CHECK #10468 | $157.28 | | $47,236.77 |
| 02/06/25 | CHECK #10483 | $157.28 | | $47,079.49 |
| 02/06/25 | CHECK #10485 | $621.93 | | $46,457.56 |
| 02/13/25 | 4A4606   MARIANA Payroll<br>MARIANAS PROPERTIES LL | $4,636.75 | | $41,820.81 |
| 02/14/25 | CHECK #10502 | $590.58 | | $41,230.23 |
| 02/14/25 | CHECK #10512 | $722.17 | | $40,508.06 |
| 02/14/25 | CHECK #10506 | $912.08 | | $39,595.98 |
| 02/14/25 | CHECK #10505 | $957.94 | | $38,638.04 |



**Bank of Guam STATEMENT OF ACCOUNT**

## Account Activity

| Date | Description | Debit | Credit | Balance |
|---|---|---:|---:|---:|
| 02/14/25 | CHECK #10510 | $1,215.20 | | $37,422.84 |
| 02/14/25 | CHECK #10503 | $1,782.20 | | $35,640.64 |
| 02/18/25 | CUSTOMER DEPOSIT | | $45,000.00 | $80,640.64 |
| 02/18/25 | CHECK #10500 | $607.99 | | $80,032.65 |
| 02/18/25 | CHECK #10499 | $932.60 | | $79,100.05 |
| 02/18/25 | CHECK #10507 | $1,072.20 | | $78,027.85 |
| 02/18/25 | CHECK #10508 | $2,878.62 | | $75,149.23 |
| 02/18/25 | CHECK #10504 | $3,528.50 | | $71,620.73 |
| 02/19/25 | CHECK #10513 | $131.03 | | $71,489.70 |
| 02/20/25 | CHECK #10498 | $157.28 | | $71,332.42 |
| 02/20/25 | CHECK #10511 | $275.35 | | $71,057.07 |
| 02/25/25 | CHECK #10514 | $157.28 | | $70,899.79 |
| 02/27/25 | 4A4606 MARIANA Payroll MARIANAS PROPERTIES LL | $4,385.89 | | $66,513.90 |
| 02/27/25 | WEB XFER TO DDA ********0171 FUNDS TRANSFER VIA ONLINE | $18,000.00 | | $48,513.90 |
| 02/28/25 | CUSTOMER DEPOSIT | | $30,000.00 | $78,513.90 |
| 02/28/25 | CHECK #10518 | $580.93 | | $77,932.97 |
| 02/28/25 | CHECK #10528 | $792.37 | | $77,140.60 |
| 02/28/25 | CHECK #10522 | $912.42 | | $76,228.18 |
| 02/28/25 | CHECK #10519 | $1,782.20 | | $74,445.98 |
| 02/28/25 | SERVICE CHG SYS-GEN | $6.00 | | $74,439.98 |

**ENCLOSURES 30**
**END OF STATEMENT**


Ck #: 10468  02/06/2025  Amt: $157.28


Ck #: 10483  02/06/2025  Amt: $157.28


Ck #: 10484  02/03/2025  Amt: $485.78


Ck #: 10485  02/06/2025  Amt: $621.93


Ck #: 10486  02/04/2025  Amt: $398.20


Ck #: 10489  02/03/2025  Amt: $3,528.51


Ck #: 10492  02/03/2025  Amt: $1,072.20


Ck #: 10493  02/03/2025  Amt: $2,878.62


Ck #: 10494  02/03/2025  Amt: $4,225.30


Ck #: 10495  02/05/2025  Amt: $1,346.23


Ck #: 10496  02/03/2025  Amt: $275.36


Ck #: 10498  02/20/2025  Amt: $157.28

EQUAL HOUSING LENDER  Member FDIC


Ck #: 10499    02/18/2025    Amt: $932.60


Ck #: 10500    02/18/2025    Amt: $607.99


Ck #: 10502    02/14/2025    Amt: $590.58


Ck #: 10503    02/14/2025    Amt: $1,782.20


Ck #: 10504    02/18/2025    Amt: $3,528.50


Ck #: 10505    02/14/2025    Amt: $957.94


Ck #: 10506    02/14/2025    Amt: $912.08


Ck #: 10507    02/18/2025    Amt: $1,072.20


Ck #: 10508    02/18/2025    Amt: $2,878.62


Ck #: 10510    02/14/2025    Amt: $1,215.20


Ck #: 10511    02/20/2025    Amt: $275.35


Ck #: 10512    02/14/2025    Amt: $722.17



**Ck #: 10513**  02/19/2025  Amt: $131.03



**Ck #: 10514**  02/25/2025  Amt: $157.28



**Ck #: 10518**  02/28/2025  Amt: $580.93



**Ck #: 10519**  02/28/2025  Amt: $1,782.20



**Ck #: 10522**  02/28/2025  Amt: $912.42



**Ck #: 10528**  02/28/2025  Amt: $792.37

EQUAL HOUSING LENDER  Member FDIC

**PLEASE EXAMINE YOUR STATEMENT AND CHECK IMAGES IMMEDIATELY. IF NO ERROR IS REPORTED WITHIN 30 DAYS OF THE STATEMENT DATE, THE STATEMENT AND CHECK IMAGES WILL BE CONSIDERED CORRECT. YOUR ORIGINAL CHECKS WILL BE AVAILABLE TO YOU FOR 60 DAYS FROM THE STATEMENT DATE. AFTER THAT DATE, YOUR ORIGINAL CHECKS MAY NO LONGER BE AVAILABLE AND A FEE WILL BE CHARGED FOR RETRIEVAL.**

## TRANSACTION CODES

| | | | |
|---|---|---|---|
| FP = Force Pay | NS = NSF Charge | CM = Credit Memo | SC = Service Charge |
| PC = Priority Check | DM = Debit Memo | TFR = Transfer | DP = Deposit |

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In case of errors or questions about your electronic transfers,
Telephone us at: (671) 472-5300; or
Write us at: 111 Chalan Santo Papa
Hagåtña, GU 96910; or
E-Mail us at: customerservice@bankofguam.com

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need additional information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think it is in error, so that you will have use of the money during the time it takes us to complete our investigation.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR FOREIGN REMITTANCE TRANSFERS

Per Federal regulation, a Foreign Remittance Transfer includes any transfer made from a consumer account in Guam, the CNMI or California to an account in the FSM, Palau, or the RMI.

You have a right to dispute errors in your foreign remittance transfer. If you think there is an error, contact us within 180 days at (671) 472-5300 or www.bankofguam.com. You can also contact us for a written explanation of your rights.

For questions or complaints about Bank of Guam, contact:

**Guam** - Guam Department of Revenue and Taxation, Regulatory Division; (671) 635-1844~6; https://www.guamtax.com/about/regulatory.html

**Commonwealth of the Northern Marianas Island** - Banking Division at the CNMI Department of Commerce; (670) 664-8020; http://commerce.gov.mp/divisions/office-secretary/banking

**California** - Department of Financial Protection & Innovation; Toll-free (866) 275-2677 or (916) 327-7585; https://dfpi.ca.gov/ (Note: Effective September 29, 2020 the Department of Business Oversight changed its name to the Department of Financial Protection and Innovation (DFPI)).

**Consumer Financial Protection Bureau**:
(855) 411-2372
(855) 729-2372 (TTY/TDD)
www.consumerfinance.gov

## READY-RESERVE BILLING RIGHTS SUMMARY

In Case of Errors or Questions About Your Statement: If you think your Statement is wrong, or if you need more information about a transaction on your Statement, write us on a separate sheet at Bank of Guam, 111 Chalan Santo Papa, Hagåtña, GU 96910, or send E-Mail to customerservice@bankofguam.com as soon as possible. We must hear from you no later than 60 days after we sent you the first Statement on which the error or problem appeared. You may telephone us at (671) 472-5300, but doing so will not preserve your rights. In your letter or e-mail, give us the following information:

- Your full name and account number
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your Statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

## ADDITIONAL DISCLOSURES FOR YOUR READY-RESERVE ACCOUNT

Imposition of Finance Charges in your Ready-Reserve Account: To figure and impose the FINANCE CHARGE, Bank of Guam will apply the daily periodic rate shown on the face of your Statement to the "average daily balance" of your Ready-Reserve Account (including cash transactions). To get the "average daily balance," we will take the beginning of your Ready-Reserve Account each day, add any new cash advances and subtract any payments or credits, and any unpaid Finance Charges. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance." The average daily balance is or can be multiplied by the number of days in the billing cycle and the daily periodic rate applied to the product to determine the amount of the FINANCE CHARGE.

## EFT (ELECTRONIC FUNDS TRANSFER)

Pre-Authorized Deposits: If you have authorized to have direct deposits made to your account at least once every 60 days from the same person or company, you may telephone your local branch of Bank of Guam at the number below to determine whether or not the deposit was made as scheduled or you may call (671) 472-5300 and ask for Customer Service.

**GUAM**
- Hagåtña (671) 472-5300

**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (CNMI)**
- Garapan (670) 236-2700
- Tinian (670) 433-3261
- Rota (670) 532-3600

**FEDERATED STATES OF MICRONESIA (FSM)**
- Chuuk (691) 330-2567/2331
- Pohnpei (691) 320-2550/2446
- Yap (691) 350-8865
- Kosrae (691) 370-8858

**REPUBLIC OF THE MARSHALL ISLANDS (RMI)**
- Majuro (692) 625-3322/3331

**REPUBLIC OF BELAU**
- Koror (680) 488-2696/1648

**CALIFORNIA, USA**
- TASI Bank, (415) 392-1670
  *Division of Bank of Guam*

(Rev 02/22 v. 2.4)

Good Morning, KEN KETTENACKER

# STATEMENT SAVINGS - BUSINESS *2101

Last Updated: March 12, 2025 8:32 AM

## $1,674.48
Available Balance

**Transactions**   Details & Settings

| Start Date | End Date |
|---|---|
| 02/01/2025 | to 02/28/2025 |

| Description | Transaction Type |
|---|---|
|  |  |

| Min Amount | Max Amount |
|---|---|
| $ 0.00 | to $ 0.00 |

| Starting Check # | Ending Check # |
|---|---|
|  | to  |

| Date | Description | Amount |
|---|---|---|
| FEB 28 2025 | INTEREST PAYMENT * | $0.04 |

Page totals: Credits: [1] **$0.04** | Debits: [0] **$0.00**

 

# Statement of Account

**RETURN SERVICE REQUESTED**

132398-06A**000292
MARIANAS PROPERTIES LLC
DBA PACIFIC STAR RESORT AND SP
627B PALE SAN VITORES ROAD
TUMON GU 96913-4009

Important Notice: Voice Banking service ends on July 31, 2024. Discover Cara, our digital assistant, at (671) 472-5300 today!

| ******0537 | DDA - BUSINESS | | |
|---|---|---|---|
| Previous Balance | 12/31/24 | | $1,999,960.00 |
| + Deposits/Credits | | 0 | $0.00 |
| - Withdrawals/Debits | | 0 | $0.00 |
| - Service Charge | | | $20.00 |
| + Interest Paid | | | $0.00 |
| Current Balance | | | $1,999,940.00 |
| Days in Statement Period | | 31 | |

## Account Activity

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 12/31/24 | BEGINNING BALANCE | | | $1,999,960.00 |
| 01/31/25 | SERVICE CHG SYS-GEN | $20.00 | | $1,999,940.00 |

NO ENCLOSURES THIS STATEMENT
END OF STATEMENT





## Statement of Account

**RETURN SERVICE REQUESTED**

132784-05B**000287

MARIANAS PROPERTIES LLC
DBA PACIFIC STAR RESORT AND SP
627B PALE SAN VITORES ROAD
TUMON GU  96913-4009

Important Notice: Voice Banking service ends on July 31, 2024. Discover Cara, our digital assistant, at (671) 472-5300 today!

| ******0537 | DDA - BUSINESS | | |
|---|---|---|---|
| Previous Balance | | 01/31/25 | $1,999,940.00 |
| + Deposits/Credits | | 0 | $0.00 |
| - Withdrawals/Debits | | 0 | $0.00 |
| - Service Charge | | | $20.00 |
| + Interest Paid | | | $0.00 |
| Current Balance | | | $1,999,920.00 |
| Days in Statement Period | | 28 | |

## Account Activity

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 01/31/25 | BEGINNING BALANCE | | | $1,999,940.00 |
| 02/28/25 | SERVICE CHG SYS-GEN | $20.00 | | $1,999,920.00 |

NO ENCLOSURES THIS STATEMENT
END OF STATEMENT