**MINAKSHI V. HEMLANI**
**LAW OFFICES OF MINAKSHI V. HEMLANI, P.C.**
285 FARENHOLT AVE., SUITE C-312
TAMUNING, GUAM 96913
TELEPHONE: (671) 588-2030
EMAIL: mvhemlani@mvhlaw.net

**ANDREW C. HELMAN** (admitted *pro hac vice*)
**DENTONS BINGHAM GREENEBAUM LLP**
ONE CITY CENTER, SUITE 11100
PORTLAND, ME 04101
TELEPHONE: (207) 619-0919
EMAIL: andrew.helman@dentons.com

*Counsel for the Debtor*

# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| In re | Case No. 24-00013 |
| MARIANAS PROPERTIES, LLC, [1] | Chapter 11 |
| Debtor. | NOTICE OF CLOSING OF SALE OF CERTAIN ASSETS OF MARIANAS PROPERTIES, LLC |

**PLEASE TAKE NOTICE** that on February 17, 2025, the Debtor filed its *Motion for Authority to Sell Certain Assets of Marianas Properties, LLC, to Assume and Assign Certain Unexpired Leases and Executory Contracts, and to Assign Permits and Licenses in Relation Thereto* [Docket No. 145] (the "Sale Motion").

**PLEASE TAKE FURTHER NOTICE** that on March 13, 2025, the Court entered the *Order Granting Motion for Authority to Sell Certain Assets of Marianas Properties, LLC, to Assume and Assign Certain Unexpired Leases and Executory Contracts, and to Assign Permits and Licenses in Relation Thereto* [Docket No. 167] (the "Sale Order"). By the Sale Order, the Court authorized the Debtor to sell substantially all of its assets to Cartium Enterprise Guam, LLC, as assignee of Eastern Contractors Corporation (together, the "Buyer"), for a purchase price of $33,000,000.00 and under the terms set forth in the Sale Order and the Asset Purchase Agreement by and among the Debtor and the Buyer (the "APA").

**PLEASE TAKE FURTHER NOTICE** that on April 3, 2025, the Debtor closed on the sale of substantially all of its assets to the Buyer under the terms of the APA and the Sale Order.

---

[1] The last four digits of the taxpayer identification number of Marianas Properties, LLC, are 9263. The principal office of Marianas Properties, LLC, is located at 627b Pale San Vitores Road, Tumon, Guam 96913.

Dated: April 10, 2025,	Respectfully submitted,

**LAW OFFICES OF MINAKSHI V. HEMLANI, P.C.**

*/s/ Minakshi V. Hemlani*
**MINAKSHI V. HEMLANI**

**DENTONS BINGHAM GREENEBAUM LLP**

*/s/ Andrew C. Helman*
**ANDREW C. HELMAN**

*Counsel for the Debtor*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 10, 2025, a copy of this Notice was filed using the Court's EM/ECF system, which will send notification of such filing to CM/ECF participants who have appeared in this case.

Dated: April 10, 2025        **DENTONS BINGHAM GREENEBAUM LLP**

          */s/ Andrew C. Helman*
          **ANDREW C. HELMAN**

          *Counsel for the Debtor*

24695053.v1

Case 24-00013   Document 172   Filed 04/10/25   Page 3 of 3