**EXHIBIT B**
**(Biographies)**



# Andrew C. Helman
Partner



Partner

Portland                                          Boston
D +1 207 619 0919

andrew.helman@dentons.com

## Overview

Andrew Helman is a partner in the Restructuring, Insolvency and Bankruptcy practice group at Dentons and the Portland Office Managing Partner. He focuses his practice on bankruptcy and insolvency matters and works with all types of businesses, including those in the health care and cannabis sectors, to help them restructure and protect their assets.

Andrew has served as lead counsel to debtors, trustees, secured parties and others in chapter 11 cases, including having served as independent counsel to a state attorney general in several chapter 11 cases in New England and Delaware. He has particular experience as lead counsel representing rural hospitals in chapter 11 cases and has successfully confirmed chapter 11 plans that have allowed rural hospitals to continue operating with restructured balance sheets.

Andrew frequently writes articles for national insolvency publications and teaches seminars on bankruptcy and fraudulent transfer law. In addition, he is co-chair of the American Bankruptcy Institute's Health Care Committee and was a recipient of the American Bankruptcy Institute's 40 Under 40 Award in 2019. He was also selected as one of 40 attorneys nationally to participate in the National Conference of Bankruptcy Judges' 2016 NextGen Program. He is ranked by Chambers for bankruptcy and restructuring, and has been included in *The Best Lawyers in America* for Bankruptcy and Creditor Debtor Rights / Insolvency and Reorganization Law since 2021.

## Experience

### Recent Debtor Representations

- **Marianas Properties, LLC:** Lead counsel representing the debtor, the owner of Pacific Star Resort & Spa, in a chapter 11 case.  The debtor and two non-debtor affiliates are co-obligors on a significant loan to Bank of Guam, and the case was filed to resolve these issues for the debtor. *In re Marianas Properties, LLC*, Case No. 24-13 (Guam).

- **Asia Pacific Financial Management Group Inc.:** Lead counsel representing the debtor, a broker-dealer and registered representative advisor, in its reorganization under subchapter V of chapter 11. The debtor as

resolved significant disputes with its largest creditor in advance of plan confirmation. *In re Asia Pacific Financial Management Group, Inc.*, Case No. 23-5 (Guam).

- **Curitec LLC:** Represented the debtor, a direct medical equipment provider, in a successful reorganization case under chapter 11. This case was a true reorganization, which paid all creditors in full at confirmation and allowed equity to retain control. The case was commenced in response to a complete cessation of payments by Medicare. In less than a month after the filing, Dentons negotiated a resolution that restored the majority of payments, advancing important arguments about bankruptcy court jurisdiction, the automatic stay, and Medicare jurisdiction. Medicare asserted a claim for more than $32 million, but the parties reached a favorable settlement paying less than $10 million. Bankruptcy Judge Christopher Lopez, in confirming the plan, said that he was "honored" to be the bankruptcy judge on such a case, that the result was "incredible" and a "testament to hard work." *In re Curitec LLC*, Case No. 23-90108 (Bankr. S.D.Tex.).

- **Green Roads Inc:** Lead counsel negotiating and obtaining approval of debtor-in-possession financing to assist the debtor in the start of its chapter 11 case. *In re Green Roads, Inc.*, Case No. 23-11738 (Bankr. S.D. Fla.).

- **Red Properties LLC:** Lead counsel representing a real estate development company in its successful case under subchapter v of chapter 11. The case resulted in a confirmed plan selling assets to a buyer and permitting the debtor to reorganize around remaining assets. *In re Red Properties LLC*, Case No. 22-20014 (Bankr. D. Me.).

- **First Guaranty Mortgage Corporation:** Represented First Guaranty Mortgage Corporation in the preparation and filing of its chapter 11 case. *In First Guaranty Mortgage Corporation*, Case No. 22-10584 (Bankr. D. Del.).

- **The ROTM Lofts, LLC:** Lead counsel in the successful reorganization of a company that owns and operates a historic tax credit project in a case under subchapter V of chapter 11. The case permitted the debtor to retain its primary asset with restructured debt and a reduced balance sheet. *In re The ROTM Lofts, LLC*, Case No. 20-20469 (Bankr. D. Me.).

- **Springfield Hospital Inc.:** Lead counsel representing Springfield Hospital, Inc., in its successful chapter 11 case. The company confirmed a chapter 11 plan reorganizing its debts and is continuing to provide health care services today. *In re Springfield Hospital, Inc.*, Case No. 19-10283 (Bankr. D. Vt.).

- **Penobscot Valley Hospital:** Lead counsel for Penobscot Valley Hospital, which confirmed a chapter 11 plan that has restructured the company's balance sheet, after operational improvements, which together has positioned the company to continue to provide health care services for years to come. *In re Penobscot Valley Hospital,* Case No. 19-10034 (Bankr. D. Me.).

- **Calais Regional Hospital:** Lead counsel to Calais Regional Hospital, a rural hospital on the Canadian border, in a successful case resulting in continued hospital services through a sale of assets to another local hospital that is able to consolidate management functions and reduce cost. *In re Calais Regional Hospital,* Case No. 19-10491 (Bankr. D. Me.).

## Recent Creditor Committee Representations

- **Official Committee of Unsecured Creditors of Pottsville Operations, LLC:** Lead counsel representing the Official Committee of Unsecured Creditors of Pottsville Operations, LLC, in 19 jointly administered cases of skilled nursing facilities with more than 3,000 beds in Pennsylvania. To date, Dentons work has ensured general unsecured creditors are protected through more favorable marketing processes for two different groups of assets. Additional work is underway. *In re Pottsville Operations, LLC*, Case No. 24-70418 (Bankr. W.D. P.A.).

- **Official Committee of Unsecured Creditors of Heywood Healthcare, Inc.:** Lead counsel representing the Official Committee of Unsecured Creditors of Heywood Healthcare, Inc., in the jointly administered chapter 11 cases of Heywood Healthcare, Inc., and its affiliates, including two community hospitals in Massachusetts. Dentons played a pivotal role in helping the parties reach a global settlement that is expected to provide

general unsecured creditors recoveries of between 20% and 30%. *In re Heywood Healthcare, Inc.*, Case No. 23-40817 (Bankr. D. Mass.).

- **Official Committee of Unsecured Creditors of U.S. Credit, Inc.:** Lead counsel representing the Official Committee of Unsecured Creditors of U.S. Credit, Inc. in the chapter 11 case of U.S. Credit, Inc., a financial services company. *In re U.S. Credit, Inc.*, Case No. 24-10058 (Bankr. D. Mass.).

- **Official Committee of Unsecured Creditors of Vantage Travel Service, Inc:** Lead counsel representing the Official Committee of Unsecured Creditors of Vantage Travel Service, Inc., in the chapter 11 case of a travel company. The case involves more than $108 million claims of customers who paid for trips that were not provided. *In re Vantage Travel Service, Inc.,* Case No. 23-11060 (Bankr. D. Mass.).

- **Official Committee of Unsecured Creditors of Fairport Baptist Homes, et al.:** Lead counsel representing the Official Committee of Unsecured Creditors of Fairport Baptist Homes et al. The debtor companies own and operate a 142-bed skilled nursing facility, independent living, and other businesses related to senior care. *In re Fairport Baptist Homes, et al.*, Case No. 22-20220 (Bankr. W.D. N.Y.).

- **Official Committee of Unsecured Creditors of Community Eco Power, LLC, et al.:** Lead counsel representing the Official Committee of Unsecured Creditors of Community Eco Power, LLC, et al. The Committee successfully reopened an auction, which led to a sale for significantly more than originally proposed. Official Committee of Unsecured Creditors of Community Eco Power, LLC, et al. *In re Community Eco Power, LLC, et al.,* Case No. 21-30234 (Bankr. D. Mass.).

- **Official Committee of Unsecured Creditors of Alto Maipo SpA:** Represent the Official Committee of Unsecured Creditors of Alto Maipo SpA in a case resulting in full recovery for unsecured creditors under a confirmed chapter 11 plan. *In re Alto Maipo SpA*, Case No. 21-11508 (Bankr. D. Del.).

## Other Recent Representations

- **Community Memorial Hospital:** Represent a court-appointed receiver in the liquidation and wind-down of the hospital, which is owned and operated by the Mark-Milford-Hicksville Joint Township Hospital District in a case pending in Ohio state court.

- **Former owner/lender:** Represent the former owner and lender of the debtor in enforcement of a claim based on seller financing. *In Island Employee Cooperative, Inc.*, Case No. 21-10253 (Bankr. D. Me.).

- **State of New Hampshire, et al:** Independent counsel representing the State of New Hampshire and various agencies, including the Attorney General's Office, Department of Health and Human Services, and Department of Revenue, in chapter 11 cases in health care and other cases. *In re Stored Solar Enterprises, Series LLC,* Case No. 22-10191 (Bankr. D. Me.); *In re LRGHealthcare,* Case No. 20-10892 (Bankr. D.N.H.); *The Prospect-Woodward Home*, Case No. 21-10523 (Bankr. D. N.H.); *In re Gorham Paper and Tissue, LLC*, Case No. 20-12814 (Bankr. D. Del.).

# Recognition

- **Dentons recognized by Best Lawyers in America® in 2025 rankings**

- **Chambers USA recognizes Dentons with significant new lawyer, practice rankings**

- **Dentons recognized by Best Lawyers in America® in 2024 rankings**

## Honors and Awards

- Named*, Best Lawyers in America,* Bankruptcy and Creditor Debtor Rights / Insolvency and Reorganization Law, 2021-2025; Litigation - Bankruptcy, 2024, 2025

- Ranked, Maine, *Chambers USA*, Bankruptcy and Restructuring, 2019-2023

- Honoree, 40 Under 40, American Bankruptcy Institute, 2019
- National Conference of Bankruptcy Judges' Next Generation Program, 2016
- Selected for inclusion in the 2015-2020 issues of *Super Lawyers Rising Stars (*Maine)

## In the Media

- Quoted in "**Maine law firms are looking to a new generation of managing partners**," Mainebiz, November 18, 2024
- "**Flexibility, client connections are common themes in law office build-outs**," Mainebiz, November 18, 2024
- "**New Restaurant Relief Fund Threatens to Stiff Bankrupt Companies**," *Bloomberg Law,* May 18, 2021
- "**Other possible bidders emerge in LRGHealthcare bankruptcy**," *New Hampshire Business Review*, November 18, 2020
- "**Judges expect 'tsunami' of bankruptcies** ," The Guam Daily Post, October 30, 2020
- "**Federal court, attorneys collaborate for a bankruptcy seminar**", *The Guam Daily Post*, October 20, 2020
- "**Where are all the bankruptcies experts predicted?**" *Portland Press Herald*, September 8, 2020
- "**Virus bill leaves bankruptcy firms in limbo without SBA directions**," *Bloomberg Law*, August 3, 2020
- "**Calais Regional Hospital wants out of bankruptcy long enough to get PPP loan**," Channel 8WAGM/Channel 16 WWPI, July 29, 2020
- "**Calais hospital wants to temporarily exit bankruptcy so it can qualify for PPP loan**," *Bangor Daily News*, July 29, 2020
- "**Calais hospital struggles to find bank to help it apply for emergency stimulus loan**," *Bangor Daily News*, May 13, 2020
- "**Judge rules Springfield Hospital can apply for SBA loan**," *VTDigger*, May 7, 2020
- "**Springfield Hospital sues government for access to Paycheck Protection Program**," *Valley News*, May 5, 2020
- "**Courts grapple with bankruptcy companies' loan access** ," *Bloomberg Law*, May 4, 2020
- "**2 bankruptcy Maine hospitals warn they could close if they don't receive stimulus funds** ," Channel 13 WGME, April 29, 2020
- "**Small hospitals stumble over rules for federal coronavirus loans**," *Wall Street Journal*, April 22, 2020
- "**Rural hospitals unsure coronavirus aid is coming**," *Wall Street Journal*, April 9, 2020
- "**Coronavirus crisis puts bankruptcy hospitals back in demand**," *Wall Street Journal*, April 6, 2020
- "**Rural hospitals: the challenges Maine's hospitals face in delivering care to rural communities** ," Maine Public Radio, December 18, 2019
- "**Court grants Lincoln hospital right to pay wages and bills during Ch. 11 proceedings**," *Mainebiz* January 31, 2019
- "**Lincoln hospital will keep operating despite $10m in debts**," *Bangor Daily News*, January 31, 2019

# Insights

- Co-author, "**Crisis in Rural, Community Hospitals Requires Shifts in Strategy,**" *Bloomberglaw.com*, March 5, 2021.

- "**How to navigate Congress's changes to the bankruptcy code** ," Mainebiz, April 15, 2020.

- "**How to prepare for short-term business disruption**," Mainebiz, March 20, 2020.

- Co-author, "**When Blockchain Meets Article 9 And Bankruptcy,**" *Law360.com*, February 9, 2018.

- Co-author, "**Binding The Government In Healthcare Restructurings: What Notice Is Required?**," American Bankruptcy Institute, Bankruptcy Litigation Committee Newsletter (Jan. 2018).

- Co-author, "**Life After Jevic: And End To Priority-Skipping Distributions?**," Vol. XXXVI American Bankruptcy Institute Journal No. 9 (Sept. 2017).

- Co-author, "**Psst, Can You Keep a Secret? Unperfected "Secret" Liens as a Preference Defense**," Vol. XXXVI American Bankruptcy Institute Journal No. 6 (June 2017).

- Co-author, "**Trademarks and Bankruptcy: Mission to Harmonize Continues**," Vol. XXXVI American Bankruptcy Institute Journal No. 4 (April 2017).

- "**An Emerging Split of Authority: Does Actual Notice of a Security Interest Still Cut Off An Account Debtor's Setoff Rights Under UCC § 9-404(a)(2)?** ," Fall 2016 ABA Commercial Law Newsletter (Nov. 15, 2016).

- "**Dueling Bankruptcies Prove that Rejection Beats Assumption**," Vol. XXXV American Bankruptcy Institute Journal No. 9 (Sept. 2016).

- Co-author, "**The Missing Page of the Playbook: "Blocking Directors" Cannot Be Relieved of Fiduciary Duty**," Vol. XXXV American Bankruptcy Institute Journal No. 8 (Aug. 2016).

- Co-author, "**You Take It: Force-Vesting under a Chapter 13 Plan**," Vol. XXXV American Bankruptcy Institute Journal No. 4 (April 2016).

- Co-author, "**Tools-of-the-Trade Exemption Includes Digital Files as Documents**," XXXV American Bankruptcy Institute Journal No. 3 (Mar. 2016).

- Co-author, "**Bankruptcy Court: Religious Court's Edict Violated the Automatic Stay** ," XXXV American Bankruptcy Institute Journal No. 1 (Jan. 2016).

- "**Debtor Owns Social Media Accounts Created by Its Former Principal**," XXXIV American Bankruptcy Institute Journal No. 7 (July 2015).

- Chapter author, "Protecting Against Insolvency," The Health Plans Contracting Handbook: A Guide for Payers and Providers, American Health Law Association (8th ed. 2021).

- "**Racism, Juries, and Justice: Addressing Post-Verdict Juror Testimony of Racial Prejudice During Deliberations,**" 62 Me. L. Rev. 327 (2010).

- "**Putting Equity Back in Reverse Mortgages: Helping Seniors Retire With Dignity,**" 19:2 Me. Pol. Rev. 56 (2010).

- "**Putting Equity Back in Reverse Mortgages: How State Legislatures Can Bring Fairness to Home Equity Conversion Mortgages**," 12 Elder's Advisor 415 (2011).

- "**Judicial Performance and Policy Implications in Moore v. Abbott,**" 61 Me. L. Rev. 587 (2009).

# Activities and Affiliations

## Presentations

- Presenter, "**Doing Business Overseas: Key Trends and Common Pitfalls,**" Association of Corporate Counsel Webinar, October 26, 2023

- Roundtable Panelist on Expert Webcast: Future of US Healthcare, October 20, 2022

- *From Green to Red: What Insolvency Professionals Need to Know About Cannabis,* American Bankruptcy Institute's Northeast Bankruptcy Conference & Northeast Consumer Forum, July 16, 2022 (discussed issues that arise when the growing state-sanctioned cannabis trade intersects with the insolvency world, in both commercial and consumer settings).

- *Debt Finance and Lender Enforcement Issues for Cannabis Borrowers,* 2022 New England Cannabis Convention, March 18, 2022 (financing opportunities for cannabis business owners in light of federal and state cannabis regulations).

- *Plenary Session | Industry Spotlight & 2022 Economic Outlook: Will Your Next Case Be Feasible?* American Bankruptcy Institute (December 10, 2021) (presented banking and insurance industry outlook for 2022).

- *Post-Pandemic Performance And Margin Strategies,* New England Society For Healthcare Strategy (November 18, 2021) (panel discussion regarding performance improvement and strategies for financially distressed organization).

- *Trends And Transactions In Healthcare And Physician Group M&A,* Expert Webcast (fall 2021) (panel discussion on health care and physician group M&A as impacted by Covid-19).

- *Reactor Panel: Where Have The Restructurings Gone?* American Bankruptcy Institute (October 25, 2021) (moderated a panel discussion on the status of health care restructurings during Covid-19 at ABI's dedicated program for distressed health care).

- *Navigating Change: Driving With One Flickering Headlight On A Dark Road In Maine,* Maine Health Care Association (October 20, 2021) (presentation to owners and operators of long-term care and senior living facilities regarding debt restructuring)

- *Health Care Restructuring And Insolvency In The Age Of Covid-19,* American Health Law Association (July 7, 2021) (panel discussion on restructuring options for health care providers in the age of Covid-19).

- *Great Debates: Resolve, Arbitration Of Disputes In Bankruptcy Should Be Allowed (And Encouraged)?* American Bankruptcy Institute (April 22, 2021) (debate at ABI's Annual Spring Meeting on enforceability of arbitration provisions in bankruptcy cases).

- *Restructuring Options for Rural Hospitals and Nursing Care Facilities,* Expert Webcast (April 15, 2021) (panel discussion on restructuring, financing, M&A and strategic options available to rural hospitals and nursing care facilities to pivot and continue operations in the "New Normal").

- *Healthcare Insolvency in the Age of COVID-19*, presented by the Boston Bar Association (March 4, 2021) (panel discussion on of key issues in health care insolvency cases and new developments from emerging case law).

- *Pitfalls of the PPP: The Impact of COVID-19 on the World of Financial Workouts,* 2021 South Carolina Bar Convention, Corporate, Banking, and Securities Law Seminar (January 22, 2021).

- *Economic Impacts of Covid-19*, sponsored by the Guam Bar Association (October 30, 2020).

- *ABI Talks*, 2020 Midwestern Virtual Bankruptcy Institute, American Bankruptcy Institute (October 29, 2020) (presented a talk on health care restructuring).

- *Bankruptcy Issues Related to PPP Loans and Other Pandemic Governmental Lending Programs*, insolvency2020, presented by the American Bankruptcy Institute (October 13, 2020) (panel discussion on bankruptcy matters pertaining to the Paycheck Protection Program and related matters).

- *Business Survival Strategies For The Now And The Future*, Maine Society of CPAs (April 23, 2020) (webinar presenting an educational program for CPAs who are likely to have clients in need of business advice in light

of Covid-19).

- *A Roadmap To Tough Choices: Financial Advice During Covid-19*, presentation in partnership with the City of Sommerville, Mass. (forthcoming April 22) (webinar presentation for businesses on survival techniques during periods of financial distress).

- *Protect Your Cash And Explore Government Financing Opportunities*, (March 26, 2020) (webinar presentation with local financial advisor to clients of both firms on survival techniques during a period of economic instability).

- *The Gotchas That Getcha: Selected Loan Documentation Issues Part III*, Association of Commercial Finance Attorneys (May 19, 2019) (presented on potential insolvency impacts from climate change).

- *Stayin' Alive . . . Debt Restructuring for Critical Access Hospitals* , American Bankruptcy Institute, abiLIVE webinar series (May 2, 2019).

- *Recreational Marijuana Business Law in Maine*, National Business Institute (Dec. 11 & 13, 2018) (presented on insolvency issues for cannabis businesses).

- *Litigating New Financial Industry Issues in Bankruptcy: Cryptocurrency, Blockchain, and Other Breaking News*, American Bankruptcy Institute, Winter Leadership Conference (Dec. 6-8, 2018).

- *Bitcoin: Tax And Commercial Law Implications*, Maine Society of CPAs (Sept. 6, 2018).

- *Beyond the Surface of Venue: Real World Bankruptcy Practice in 2018*, National Conference of Bankruptcy Judges (Oct. 30, 2018) (recorded program for webcast).

- *Bitcoin Financing: UCC, Regulatory and Hedging Concerns*, Strafford (April 10, 2018 and rebroadcast with live Q&A June 6, 2018).

- *The Uniform Voidable Transaction Act (UVTA): An Overview Of Changes*, National Business Institute (Mar. 5, 2018).

- *Debt Restructuring And Asset Sales For Health Care Businesses*, Maine Health Care Association (Oct. 2017).

## Memberships

- Member, American Bankruptcy Institute

- Co-Chair, American Bankruptcy Institute Health Care Insolvency Committee (2018-2022)

- Member, Maine State Bar Association

- Member, Jewish Community Relations Council of Southern Maine (2017-2021)

- Member, Boston Bar Association
  - Bankruptcy Section Finance Co-Chair (August 2022-2023)

# Areas of focus

## Practices

- **Restructuring, Insolvency and Bankruptcy**

- **Commercial Litigation**

- **Out-of-Court Restructurings and Work-outs**

- **Debtor Representation**
- **Creditor and Equity Committee Representation**

## Industry sectors

- **Distressed Health Care**
- **Private Equity**
- **Cannabis**

## Region

- **United States**

# Education

- University of Maine, JD, *summa cum laude*
- University of Massachusetts, BA, *cum laude*

# Admissions and qualifications

- Maine
- Massachusetts
- US Bankruptcy Appellate Panel for the First Circuit
- US Court of Appeals for the First Circuit
- US Court of Appeals for the Second Circuit
- US District Court for the District of Maine
- US District Court for the District of Vermont

# Languages

- English

© 2025 Dentons. Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. Please see dentons.com for Legal Notices.



# Michael D. Maloff
## Partner



Partner

Louisville
D +1 502 587 3591
M +1 908 432 1590
michael.maloff@dentons.com

## Overview

Michael Maloff, a partner in Dentons' US Real Estate practice, represents borrowers, owners, developers, operators, hospitality companies, private equity companies, institutional investors, lenders and restauranteurs in all aspects of real estate ownership, finance, development, management, leasing, acquisition and disposition and hospitality law. Michael's legal skills and knowledge allow him to see around corners and find solutions for clients facing complex matters.

Michael's deep understanding of the real estate, hospitality and finance arenas allows him to counsel local, national and international clients on a variety of complex real estate and hospitality transactions, including representing borrowers, lenders, owners, operators, developers and investors in commercial real estate and asset-based lending. He has represented numerous borrowers, global investment banks, multinational financial services holding companies, major global real estate investors, prominent student housing developers and other large financial institutions in connection with complex New York governed mortgage and mezzanine debt, loan acquisitions and sales, construction loans, loan modifications, reverse build-to-suit, sale and leaseback, "drop and swap" and secondary market transactions.

Michael also advises owners, operators, developers, investors, management firms and lenders on matters such as reviewing, drafting and negotiating critical transaction documents, performing diligence and coordinating with third parties to ensure smooth, successful closings for all parties involved.

Michael's career includes experience in-house, serving as Corporate Counsel for one of the largest hospitality companies in the US, working on all legal matters affecting the company. Soon promoted to Deputy General Counsel for its parent holding company, Michael was responsible for a large portfolio of hotels across the US and UK. His in-house experience helps him to fully understand the operations, financing, legal issues and risk and compliance matters his client face, enabling Michael to better understand how business principals think and more effectively counsel his clients.

Before attending law school, Michael volunteered for a year with an American NGO on a remote island in Lake Victoria, Kenya, promoting female economic empowerment and expanding the micro-loan program by 300% to help families escape the cycle of poverty.

# Experience

## Commercial Real Estate Finance Transactions

- **Confidential Hotel Client:** Assisted Kentucky's largest hotel in obtaining a complex US$83M commercial mortgage-backed security loan (CMBS) on a package of air rights, easements, leases and other real property interests. The representation included negotiating extensions of rights with the local government landlord and preservation and assignment of an incentive package with Kentucky state authorities.

- **Confidential Development Client:** Served as a local counsel on a US$250M EB-5 loan transaction in connection with a 3,726-unit residential community and vertical development of three multi-family projects within a larger master planned community in Chula Vista, California.

- **Confidential Clients:** Represented one of the largest American insurance companies in a US$264M repurchase line in connection with the residential securitization unwind of real estate owned, non-performing and reperforming loans.

- **Confidential Construction/Real Estate Client:** Served as lead counsel to client in the purchase of a multimillion-dollar construction loan for a multiuse commercial/residential development in Jasper, Indiana known as River Centre.

- **Lender:** Represented lender in strategic disposition of full-service hotel located in Chicago following deed in lieu of foreclosure.

- **Real estate investment firms:** Facilitated the sale and transition of US$332M+ portfolio of 21 hotel assets between two leading real estate investment firms.

- **Global investment management firm:** Represented purchaser in joint venture with one of the largest global investment management firms for acquisition of a full-service hotel located in Nashville, Tennessee.

- **Full-service hotel:** Negotiated US$31.5M distressed note purchase and closed subsequent "note on note" financing secured by a full-service hotel located in Bloomington, Minnesota.

- **Student housing developer:** Represented leading student housing developer and prominent Chicago-based investment firm through US$127M student housing mixed-use development acquisition and financing, a key component of larger portfolio valued at US$450M.

- **Developer:** Guided leading student housing developer in 12-property, US$900M student housing portfolio disposition.

- **Multinational universal bank:** Advised multinational universal bank in (i) US$240M loan secured by 62 medical office properties across 19 states and (ii) US$260M loan secured by 28 properties across 19 states.

- **Multinational financial services firm:** Represented American multinational financial services firm in US$60M loan to New York-based developer secured by a mixed-use condominium in Queens, NY.

- **Real estate developer:** Advised local real estate developer on intricate 1031 exchange involving US$19M disposition of single government tenanted building and US$29M acquisition of 296-unit multi-family property utilizing "drop and swap" membership interest purchase structure.

- **Company:** Represented a private equity-backed company in portfolio transaction valued at more than US$53M, including 12 reverse-build-to-suit and sale-leasebacks with one of the largest publicly traded REITs.

- **Global real estate investor:** Represented major global real estate investor as borrower in US$1.8B+ floating-rate refinancing, requiring partial defeasance and secured by 2,917-room Atlantis resort in the Bahamas.

- **Multinational investment bank and financial services company:** Advised multinational investment bank and financial services company in US$200M line of credit facility secured by a portfolio of single-family

residences located across seven states.

- **Multinational investment bank and financial services company:** Counseled multinational investment bank and financial services holding company in US$1.2B+ 80% fixed-rate, 20% floating-rate loan secured by more than 140 office complexes throughout four states.

- **Lender:** Advised lender in credit agreement and revolving capital commitment-subscription credit facility to world's largest private equity investment management and financial services firm in initial amount of US$100M, with accordion option up to US$1B.

## Franchising

- **Restaurants:** Propelled 200% increase in footprint of restaurant franchise into two new markets through negotiating sublease for portfolio of seven restaurants from leading South Florida-based restaurant chain and franchise.

## Finance Transactions

- **Confidential Cannabis Client:** Represented vertically integrated cannabis company as borrower in a US$10M refinancing with prominent Boston based bank.

- **Confidential Bankruptcy Client:** Represented debtor in connection with a US$5.6M debtor in possession financing.

- **Confidential Lending Client:** Represented British universal bank and financial services group in a $52M (Australian) lending transaction secured by a pharmaceutical company's IP and share pledge.

- **Confidential Bankruptcy Client:** Represented seller/debtor in connection with US$33M disposition of prominent hotel and spa in Guam.

- **Indian corporation:** Advised Indian corporation in connection with buyback/shadow share issuance in US-based subsidiary to investors including Silicon Valley heavyweights.

- **UK-based capital provider:** Represented UK-based capital provider in connection with issuance of two New York governed loans and implicated regulatory issues to Delaware borrowers with New York principal places of business.

- **Indian bank:** Negotiated revolving credit facility issued by Indian bank client to US borrower.

- **Israeli-based lender:** Represented Israeli-based lender in secured lending transaction to Delaware domiciled borrower.

# Activities and Affiliations

- Louisville Bar Association

- Kentucky Bar Association

- American Bar Association

## Presentations

- Presenter, "Hotel Management Agreements," The Choice 2024 Hospitality Conference, May 2024

- Panelist, "Exploring Management Contracts from Start to Signature," The Choice 2024 Hospitality Conference, May 2024

- Panelist, "Top Risks and Threats Facing Hotels Today," The Choice 2024 Hospitality Conference, May 2024

# Areas of focus

## Practices

- **Banking and Finance**
- **Corporate**
- **Franchising and Distribution**
- **Real Estate**
- **Real Estate Finance**

## Industry sectors

- **Hospitality and Leisure**
- **Financial Institutions**
- **Real Estate**

# Education

- Northwestern University Pritzker School of Law, 2013, JD
- University of Colorado at Boulder, 2007, BA, Political Science

# Admissions and qualifications

- Kentucky

© 2025 Dentons. Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. Please see dentons.com for Legal Notices.



# Zack Brandwein
## Of Counsel



Of Counsel

Portland
D +1 207 553 8371

zack.brandwein@dentons.com

## Overview

Zack Brandwein, a member of Dentons' Commercial Litigation practice, is an experienced litigator who regularly represents clients in complex tort and business litigation in state and federal courts. Zack has represented and advised businesses in litigation ranging from contract disputes to class action defense.

Zack's practice also includes representing clients in property tax abatement proceedings and litigation. Zack has litigated several of the largest property tax disputes in Maine.

## Experience

- **Nonprofit study abroad organization**: Represented in defense against pandemic-related class action case alleging breach of contract and unjust enrichment.

- **Big box retailer**: Obtained defense judgment in major commercial abatement case before the Maine State Board of Property Tax Review.

- **Confidential client**: Obtained six-figure judgment in shareholder dispute matter litigated through trial in Cumberland County Superior Court.

- **Confidential client**: Obtained defense judgment in a seven-year long precedent setting unjust discrimination property tax case.

- **Confidential client**: Obtained substantial settlement related to petroleum retailer's indemnification claims.

## Recognition

### News

- **Dentons recognized by Best Lawyers in America® in 2025 rankings**

## Honors and Awards

- Included in *The Best Lawyers in America: Ones to Watch* for Commercial Litigation, 2021-2025

# Insights

### Tax Law Insights

- **Maine Tax Developments: Fall 2024**, September 5, 2024

# Activities and Affiliations

- Maine Bar Association
- Education and Training Instructor, Associated Builders and Contractors of NH & VT

### Community Involvement and Pro Bono

- The LifeFlight Foundation, December 2021-present
- Board of Trustees, Pine Tree Society, 2018-2022

# Areas of focus

### Practices

- **Litigation and Dispute Resolution**
- **Commercial Litigation**
- **Class Action Defense**
- **Product Liability and Complex Torts**
- **Environmental Litigation**
- **Environmental Regulation**
- **Chemicals, Pesticides and Product Regulation**

### Industry sectors

- **Cannabis**
- **Consumer Products and Retail**
- **Educational Institutions**

# Education

- University of Tulsa College of Law, 2016, JD, highest honors
- University of Maine, 2011, Master in Public Policy
- Occidental College, 2009, B.A. (History)

# Admissions and qualifications

- Maine

- Massachusetts

- US Court of Appeals for the First Circuit

- US District Court for the District of Maine

© 2025 Dentons. Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. Please see dentons.com for Legal Notices.



# Ian C. Green
## Partner



Partner

Portland
D +1 207 544 6494

ian.green@dentons.com

## Overview

Ian Green is a member of Dentons' Corporate practice, where he advises clients on matters including mergers & acquisitions and commercial finance. He often works with international companies operating in the US, guiding them through relevant legal frameworks to achieve their strategic objectives. Ian also acts as outside general counsel, serving as a trusted advisor and problem-solver for his clients.

*Note: Admission in Massachusetts is pending.*

## Experience

- **Confidential Furniture Manufacturing Clients:** Served as lead counsel to Clients in the redemption of Class A voting shares and Class B non-voting shares.

- **Confidential Software Client:** Represented client, a global provider of cloud-based management software and services, in its acquisition of a cloud-based enterprise resource planning software company supporting the unique needs of project-based dealers. The deal closed in September 2024.

- **Confidential Packaging Client:** Served as counsel for client, a national lessor of waste compactor and baler equipment, in a deal through which it was acquired by a national compactor rental company. The deal closed on June 14, 2024.

- **Numerous lenders and commercial borrowers**: Representations in US and cross-border (Canadian and European) secured and unsecured commercial finance matters ranging from small business loans to syndicated credit facilities in excess of $5 billion.

- **Restaurant and real estate holding company**: Advised on entity formation, asset acquisition and commercial lending.

- **Electric transmission and distribution utility**: Represented as lead outside counsel in annual procurement of electric supply with state regulator and suppliers for three years.

- **Machine shop**: Represented in business acquisition and general corporate work.

# Recognition

### Honors and Awards

- Selected for inclusion in *New England Super Lawyers Rising Stars*, 2021-2024

# Activities and Affiliations

- New Lawyers Division, Maine State Bar Association
- Business Law Section, American Bar Association
- National LGBTQ+ Bar Association

### Community Involvement and Pro Bono

- Board of Directors, Windham Center Stage Theater, 2018-2020

# Areas of focus

### Practices

- **Corporate**
- **Corporate Governance**
- **Banking and Finance**
- **Business Agreements and Commercial Contracts**
- **Mergers and Acquisitions**

# Education

- University of Michigan Law School, 2016, JD
- Oakland University, 2012, BA, International Relations, minor in French language and literature

# Admissions and qualifications

- Maine

© 2025 Dentons. Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. Please see dentons.com for Legal Notices.



# Ashley Brown
## Associate



Associate

Louisville
D +1 502 587 3644

ashley.brown@dentons.com

## Overview

Ashley Brown is a member of Dentons' Restructuring, Insolvency and Bankruptcy practice group in the Louisville office. Ashley represents debtors, committees, trustees, and other parties in interest in Chapter 11 and Chapter 7 bankruptcy cases. She also assists clients with commercial litigation matters.

Prior to joining Dentons, Ashley served as an extern in the Jefferson County Commonwealth Attorney's Office, where she gained experience in all aspects of litigation, including successfully leading a jury trial with a limited license that resulted in a guilty verdict. She also worked in the Kentucky Court of Justice in Louisville, where she drafted opinions, orders, and judgments regarding various pleadings, and researched and analyzed legal issues for the court.

## Activities and Affiliations

- American Bankruptcy Institute
- University of Louisville Law Review, Vols. 60, 61
- University of Louisville Business Law Society
- University of Louisville Federalist Society
- University of Louisville Women's Law Caucus

### Community Involvement and Pro Bono

- MothersEsquire, 2020-2022
- Court Appointed Special Advocate, 2019-2020

### Memberships

- CASA River Region - Board Member
- IWIRC – Treasurer of KIT Network

# Areas of focus

## Practices

- **Restructuring, Insolvency and Bankruptcy**
- **Debtor Representation**
- **Creditor and Equity Committee Representation**
- **Litigation and Dispute Resolution**

# Education

- University of Louisville Brandeis School of Law, 2023, JD, *magna cum laude*
- University of Louisville, 2015, MS, *magna cum laude*
- University of Louisville, 2013, BS

# Admissions and qualifications

- Kentucky

© 2025 Dentons. Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. Please see dentons.com for Legal Notices.

# Kyle D. Smith
## Managing Associate



Managing Associate

Portland
D +1 207 553 8368

kyle.d.smith@dentons.com

## Overview

Kyle D. Smith is a managing associate in the Restructuring, Insolvency and Bankruptcy practice group in Dentons' Portland office. Kyle has experience representing debtors, committees, secured creditors and other parties-in-interest in chapter 11 and chapter 7 cases. His work with clients includes a focus on bankruptcy-related litigation and dispute resolution, with experience in chapter 11 reorganizations, asset sales and acquisitions, and debt restructuring outside of court and via state law proceedings.

Prior to joining Dentons, Kyle was a bankruptcy associate at a large Maine law firm, and was an associate at a New York City law firm that focuses on representing creditors' committees in large chapter 11 reorganizations. While at the University of Michigan Law School, Kyle served as a judicial intern in the United States District Court for the District of Massachusetts.

## Experience

- **Asia Pacific Financial Management Group Inc.:** Lead counsel representing the debtor, a broker-dealer and registered representative advisor, in its reorganization under subchapter V of chapter 11. The debtor as resolved significant disputes with its largest creditor in advance of plan confirmation. *In re Asia Pacific Financial Management Group, Inc.*, Case No. 23-5 (Guam).

- **Official Committee of Unsecured Creditors of Heywood Healthcare, Inc.:** Lead counsel representing the Official Committee of Unsecured Creditors of Heywood Healthcare, Inc., in the jointly administered chapter 11 cases of Heywood Healthcare, Inc., and its affiliates, including two community hospitals in Massachusetts. *In re Heywood Healthcare, Inc.*, Case No. 23-40817 (Bankr. D. Mass.).

- **Official Committee of Unsecured Creditors of Fairport Baptist Homes, et al.:** Lead counsel representing the Official Committee of Unsecured Creditors of Fairport Baptist Homes et al. The debtor companies own and operate a 142-bed skilled nursing facility, independent living, and other businesses related to senior care. *In re Fairport Baptist Homes, et al.,* Case No. 22-20220 (Bankr. W.D. N.Y.).

- ***In re Inmet Mining, LLC,*** Chapter 11 Case No. 23-70113-grs, United States Bankruptcy Court for the Eastern District of Kentucky. Represented the Official Committee of Unsecured Creditors. The Debtor was a

coal mining company with locations in Kentucky and Virginia with over $100 million in debt. The Committee negotiated resolution of a challenge to the Debtor's secured lender which guaranteed a recovery to unsecured creditors, then the Committee worked with the Debtor on two asset sales under section 363 of the Bankruptcy Code, and drafted a joint plan of liquidation with the Debtor which was confirmed with the support of unsecured creditors.

- **I*n re Green Roads, Inc.***, Chapter 11 Case No. 23-11738-SMG, United States Bankruptcy Court for the Southern District of Florida. Currently represents the Debtor, a CBD company, which recently closed on an expedited sale process for substantially all of the Debtor's assets as a going-concern under section 363 of the Bankruptcy Code.

# Recognition

## Honors and Awards

- Selected to *New England Super Lawyers* Rising Stars list, 2023

# Activities and Affiliations

- American Bankruptcy Institute
  - Practice Co-Chair, Emerging Leaders Program for the American Bankruptcy Institute 2024 Northeast Bankruptcy Conference

- Maine State Bar Association

## Community Involvement and Pro Bono

- Successfully represented a Maine family in an eviction action, and won a preliminary injunction and secured a monetary settlement based on warranty of habitability claims.

- Assisted in the representation of a Chinese political refugee in connection with filing an affirmative asylum application in the United States.

## Presentations

- Moderator, "Suring Lessons: How to Prepare for the Next Restructuring Wave," American Bankruptcy Northeast Conference Emerging Leaders Luncheon and Program, July 9, 2024

# Areas of focus

## Practices

**Restructuring, Insolvency and Bankruptcy**

**Debtor Representation**

# Education

- University of Michigan Law School, 2019, JD

- Connecticut College, 2014, BA, Government, cum laude

# Admissions and qualifications

- Maine
- New York
- US Bankruptcy Court for the District of Maine
- US District Court for the District of Maine

© 2025 Dentons. Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. Please see dentons.com for Legal Notices.

Case 24-90213 Document 1312 Filed 09/02/25 Page 23 of 27



# David K. (D.K.) Boydstun
## Associate



Associate

Louisville
D 1 502 587 3619

david.boydstun@dentons.com

## Overview

David K. (D.K.) Boydstun is a member of Dentons' Restructuring, Insolvency and Bankruptcy group, where he represents debtors, committees, secured creditors and other parties-in-interest in chapter 11 and chapter 7 bankruptcy cases.

Prior to joining Dentons, D.K. served as a law clerk with the United States Bankruptcy Court for the Southern District of Mississippi and as law clerk for Justice Josiah D. Coleman of the Supreme Court of Mississippi.

*Note: Not currently admitted to practice in Kentucky.*

## Areas of focus

### Practices

- **Restructuring, Insolvency and Bankruptcy**

- **Debtor Representation**

- **Creditor and Equity Committee Representation**

## Education

- University of Mississippi School of Law, 2021, JD, cum laude

- Mississippi State University, 2018, Bachelor of Business Administration, magna cum laude

- East Central Community College, 2016, AA

# Admissions and qualifications

- Mississippi

© 2025 Dentons. Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. Please see [dentons.com](dentons.com) for Legal Notices.



# Troy Lawrence
## Associate



Associate

Portland
D +1 207 544 6490

troy.lawrence@dentons.com

## Overview

Troy Lawrence is a member of Dentons' Restructuring, Insolvency and Bankruptcy practice, representing debtors, committees, trustees, secured creditors and other parties-in-interest in chapter 11 and chapter 7 cases.

Troy's bankruptcy experience includes serving as law clerk for the US Bankruptcy Court, Middle District of Florida. He also clerked for the Nevada Court of Appeals and Nevada's Fourth Judicial District Court prior to clerking for the bankruptcy court.

*Note: Admission in Maine is pending.*

## Experience

- Bank: Represented bank in defense of second-lien stripping action in chapter 7 bankruptcy.
- Lender: Defended lender in retroactive annulment of automatic stay action in Nevada.

## Recognition

### Honors and Awards

- Maine State Bar Association Pro Bono Student Award, 2020
- Maine Association for Public Interest Law Fellowship, 2019

## Activities and Affiliations

- Central Florida Bankruptcy Law Association, 2022-2023

### Community Involvement and Pro Bono

- Cumberland Legal Aid Clinic Volunteer, 2017-2020

# Areas of focus

## Practices

- **Restructuring, Insolvency and Bankruptcy**
- **Debtor Representation**
- **Creditor and Equity Committee Representation**

# Education

- University of Maine School of Law, 2020, JD
- University of Maine, 2016, BA

# Admissions and qualifications

- Arizona
- Florida
- Hawai`i
- Massachusetts
- Nevada
- New York
- US District Court for the District of Arizona
- US District Court for the District of Hawai`i
- US District Court for the District of Nevada

© 2025 Dentons. Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. Please see [dentons.com](dentons.com) for Legal Notices.