**MINAKSHI V. HEMLANI**
**LAW OFFICES OF MINAKSHI V. HEMLANI, P.C.**
285 FARENHOLT AVE., SUITE C-312
TAMUNING, GUAM 96913
TELEPHONE: (671) 588-2030
EMAIL: mvhemlani@mvhlaw.net

**ANDREW C. HELMAN** (admitted *pro hac vice*)
**DENTONS BINGHAM GREENEBAUM LLP**
ONE CITY CENTER, SUITE 11100
PORTLAND, ME 04101
TELEPHONE: (207) 619-0919
EMAIL: andrew.helman@dentons.com

*Counsel for the Debtor*

# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| In re<br><br>MARIANAS PROPERTIES, LLC, [1]<br><br>Debtor. | Bankruptcy Case No. 24-00013<br>Chapter 11<br><br>**ORDER GRANTING FIRST INTERIM FEE APPLICATION FOR COMPENSATION OF GIBBINS ADVISORS, LLC AS FINANCIAL ADVISORS TO THE DEBTOR FOR THE PERIOD OF SEPTEMBER 12, 2024, THROUGH FEBRUARY 28, 2025, AND FOR RELATED RELIEF** |

This matter having come before the court on the *First Interim Fee Application for Compensation of Gibbins Advisors, LLC as Financial Advisor to the Debtor for the Period of September 12, 2024 through February 28, 2025 and for Related Relief* [ECF No. 179] (the "Application"),[2] and after adequate notice to all creditors and other parties in interest, the court having independently reviewed the Application, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The Application is **GRANTED**.

---

[1] The last four digits of the taxpayer identification number of Marianas Properties, LLC, are 9263. The principal office of Marianas Properties, LLC, is located at 627b Pale San Vitores Road, Tumon, Guam 96913.

[2] Capitalized terms used and not defined herein shall have the meanings ascribed to such terms in the Application.

24672240.v8

2. Pursuant to section 330 of the Bankruptcy Code, Gibbins Advisors, LLC ("Gibbins") is allowed compensation, on an interim basis, for services to the Debtor from September 12, 2024, to February 28, 2025 (the "Compensation Period") in the total amount of **$261,120.00**.

3. The fees are hereby awarded on an interim basis in accordance with the applicable sections of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and this court's Local Rules.

4. The Debtor, acting as debtor in possession, is authorized and directed to pay Gibbins the fees allowed herein within twenty-one (21) days after this Order becomes final.

5. This court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**SO ORDERED.**



/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: June 4, 2025

24672240.v8