# UNITED STATES BANKRUPTCY COURT

FOR THE   DISTRICT OF   GUAM

In Re.  Marianas Properties, LLC

§
§
§
§

Debtor(s)

Case No.   24-00013

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 06/30/2025

Petition Date: 09/12/2024

Months Pending: 10

Industry Classification: 7 2 1 1

Reporting Method:            Accrual Basis  ⦿          Cash Basis  ○

Debtor's Full-Time Employees (current):                                          3

Debtor's Full-Time Employees (as of date of order for relief):        17

## Supporting Documentation  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☒ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☒ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Andrew C. Helman
_____
Signature of Responsible Party

08/05/2025
_____
Date

Andrew C. Helman
_____
Printed Name of Responsible Party

Dentons
One City Center, Suite 11100
Portland, ME 04101
_____
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

1

UST Form 11-MOR (12/23/2022)

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $34,754,559 | |
| b. Total receipts (net of transfers between accounts) | $431,004 | $36,120,631 |
| c. Total disbursements (net of transfers between accounts) | $32,970,783 | $33,943,161 |
| d. Cash balance end of month (a+b-c) | $2,214,780 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $305,517 |
| f. Total disbursements for quarterly fee calculation (c+e) | $32,970,783 | $34,248,678 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $2,528,752 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $2,528,752 |
| c. Inventory   (Book ● Market ○ Other ○  (attach explanation)) | $6,437 |
| d Total current assets | $4,818,416 |
| e. Total assets | $4,818,416 |
| f. Postpetition payables (excluding taxes) | $2,928 |
| g. Postpetition payables past due (excluding taxes) | $2,245 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $2,928 |
| k. Prepetition secured debt | $28,631,107 |
| l. Prepetition priority debt | $38,223 |
| m. Prepetition unsecured debt | $14,546,837 |
| n. Total liabilities (debt) (j+k+l+m) | $43,219,095 |
| o. Ending equity/net worth (e-n) | $-38,400,679 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $33,000,000 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $305,517 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $32,694,483 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $-805 | |
| c. Gross profit (a-b) | $805 | |
| d. Selling expenses | $421,465 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-420,660 | $26,188,606 |

UST Form 11-MOR (12/23/2022)
2

## Part 5:  Professional Fees and Expenses

|  |  |  | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* |  | $407,004 | $709,931 | $407,004 | $709,931 |
|  | *Itemized Breakdown by Firm* |  |  |  |  |  |
|  | Firm Name | Role |  |  |  |  |
| i | Dentons, LLP | Lead Counsel | $260,700 | $435,959 | $260,700 | $435,959 |
| ii | Gibbins Advisors, LLC | Financial Professional | $146,304 | $261,120 | $146,304 | $261,120 |
| iii | Minakshi Hemlani | Local Counsel | $0 | $12,852 | $0 | $12,852 |
| iv |  |  |  |  |  |  |
| v |  |  |  |  |  |  |
| vi |  |  |  |  |  |  |
| vii |  |  |  |  |  |  |
| viii |  |  |  |  |  |  |
| ix |  |  |  |  |  |  |
| x |  |  |  |  |  |  |
| xi |  |  |  |  |  |  |
| xii |  |  |  |  |  |  |
| xiii |  |  |  |  |  |  |
| xiv |  |  |  |  |  |  |
| xv |  |  |  |  |  |  |
| xvi |  |  |  |  |  |  |
| xvii |  |  |  |  |  |  |
| xviii |  |  |  |  |  |  |
| xix |  |  |  |  |  |  |
| xx |  |  |  |  |  |  |
| xxi |  |  |  |  |  |  |
| xxii |  |  |  |  |  |  |
| xxiii |  |  |  |  |  |  |
| xxiv |  |  |  |  |  |  |
| xxv |  |  |  |  |  |  |
| xxvi |  |  |  |  |  |  |
| xxvii |  |  |  |  |  |  |
| xxviii |  |  |  |  |  |  |
| xxix |  |  |  |  |  |  |
| xxx |  |  |  |  |  |  |
| xxxi |  |  |  |  |  |  |
| xxxii |  |  |  |  |  |  |
| xxxiii |  |  |  |  |  |  |
| xxxiv |  |  |  |  |  |  |
| xxxv |  |  |  |  |  |  |
| xxxvi |  |  |  |  |  |  |

UST Form 11-MOR (12/23/2022)
3

| | | | | | | |
|---|---|---|---|---|---|---|
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

UST Form 11-MOR (12/23/2022)                    7

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6: Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $812 | $13,560 |
| d. | Postpetition employer payroll taxes paid | $1,625 | $37,484 |
| e. | Postpetition property taxes paid | $0 | $57,368 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ● No ○ | |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ○ No ● | |
| c. | Were any payments made to or on behalf of insiders? | Yes ● No ○ | |
| d. | Are you current on postpetition tax return filings? | Yes ● No ○ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ● No ○ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ● No ○ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ● No ○ | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ● No ○ N/A ○ | |
| i. | Do you have: Worker's compensation insurance? | Yes ● No ○ | |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○ | (if no, see Instructions) |
| | Casualty/property insurance? | Yes ○ No ○ | |
| | If yes, are your premiums current? | Yes ○ No ○ N/A ● | (if no, see Instructions) |
| | General liability insurance? | Yes ○ No ● | |
| | If yes, are your premiums current? | Yes ○ No ○ N/A ● | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○ No ● | |
| k. | Has a disclosure statement been filed with the court? | Yes ○ No ● | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ● No ○ | |

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ◉ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

<u>**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**</u>

| | |
|---|---|
| /s/ Ajay Pothen | Ajay Pothen |
| Signature of Responsible Party | Printed Name of Responsible Party |
| President | 08/05/2025 |
| Title | Date |



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100



PageThree



PageFour

UST Form 11-MOR (12/23/2022)

<u>**Part 7c:**</u> The only payments by the Debtor made on behalf of insiders during June were wages paid to Ajay Pothen, the Debtor's president.

<u>**Part 7g:**</u> Pursuant to the *Interim Order Granting Debtor's Motion for Entry of an Order on an Interim and Then Final Basis: (I) Authorizing the Debtor to Obtain Postpetition Financing; (II) Granting Liens and a Superpriority Claim; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) For Related Relief* [Dkt. No. 46] and the *Order Modifying Interim Order Granting Debtor's Motion for Entry of an Order on an Interim and Then Final Basis: (I) Authorizing the Debtor to Obtain Postpetition Financing; (II) Granting Liens and a Superpriority Claim; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) For Related Relief* [Dkt. No. 80], the Debtor has borrowed an aggregate amount of approximately $1,420,090.00 of postpetition financing.

**SUMMARY OF BANK ACCOUNT RECONCILIATIONS**

| Bank Account Information | Account #1 | Account #2 | Account #3 | Closed Account #4 | Closed Account #5 | New Account #6 | Total |
|---|---|---|---|---|---|---|---|
| Name of Bank | Bank of Guam | Bank of Guam | Bank of Guam | Bank of Guam | Bank of Guam | Bank of Guam [3] | With |
| Account Number | 171 | 0180 | 2101 | 0162 | ^205 | 0537 | $2m insurance |
| Account Name | DIP Checking | DIP Operating | DIP Professional Fee Escrow | Merchant | BOG FF&E Account | Insurance Proceeds | proceeds |
| | | | | | | | |
| 1. **Balance per Bank Statement** | 14,911.18 | 43,630.51 | 1,674.60 | - | - | 34,694,342.63 | 34,754,558.92 |
| 2. **ADD**: Deposits [1] | - | 431,004.47 | - | - | - | - | 431,004.47 |
| 3. **ADD**: Transfer into Co. Account | 410,000.00 | - | - | - | - | - | 410,000.00 |
| 4. **SUBTRACT**: Disbursements [1] | 420,180.62 | 47,037.82 | - | - | - | 32,503,544.87 | 32,970,763.31 |
| 5. **SUBTRACT**: Transfer out to Co. Account | - | 410,000.00 | - | - | - | - | 410,000.00 |
| 6. Other Reconciling Items (+/-) [2] | - | - | 0.04 | - | - | (20.00) | (19.96) |
| 7. **Cash Balance for Reporting Period** | **4,730.56** | **17,597.16** | **1,674.64** | **-** | **-** | **2,190,777.76** | **2,214,780.12** |

[1] Net of transfers between accounts for summary purposes only. For more detailed information, see attached statement of cash receipts and disbursements and bank statements.

[2] Bank service fees and/or interest earned.

[3] Debtor receives bank statement for BOG account #053 by US mail around the 20th of each month and hence it is typically not available at the time of filing and the amount expected on the statement is reflected.

**Debtor**
**Marianas Properties, LLC**

Statement of cash receipts and disbursements

| Account Number | Post Date | Check | Description from Bank Statement | Debit / Disbursement | Credit / Receipt | Period | Transfer between accounts | Notes |
|---|---|---|---|---|---|---|---|---|
| ----0171 | 06/02/2025 | 61696 | CHECK | 4,262.00 | | Post-petition | No | TAKE CARE INSURANCE COMPANY. INC.-group health plan May 2025 |
| ----0171 | 06/02/2025 | 61697 | CHECK | 3,166.75 | | Post-petition | No | TREASURER OF GUAM-withholding tax PPE 05/02/2025 |
| ----0171 | 06/02/2025 | 61698 | CHECK | 2,420.78 | | Post-petition | No | TREASURER OF GUAM-withholding tax PPE 05/16/2025 |
| ----0171 | 06/18/2025 | 61699 | CHECK | 1,663.31 | | Post-petition | No | TREASURER OF GUAM-withholding tax PPE 05/30/2025 |
| ----0171 | 06/27/2025 | 61700 | CHECK | 1,663.31 | | Post-petition | No | TREASURER OF GUAM-withholding tax PPE 06/13/2025 |
| ----0171 | 06/30/2025 | 1023800 | DENTONS BINGHAM GREENEBAUM LLP | 260,700.47 | | Post-petition | No | Professional fees |
| ----0171 | 06/26/2025 | 1022261 | GIBBINS ADVISORS, LLC | 146,304.00 | | Post-petition | No | Professional fees |
| ----0171 | 06/20/2025 | | WEB XFER FR DDA ********0180 FUNDS TRANSFER VIA ONLINE | | 410,000.00 | Post-petition | Yes | Inter-account |
| ----0180 | 06/05/2025 | 4A4606 | MARIANA Payroll MARIANAS PROPERTIES LL | 1,945.82 | | Post-petition | No | Payroll Taxes-PPE 05/30/2025 |
| ----0180 | 06/18/2025 | 4A4606 | MARIANA Payroll MARIANAS PROPERTIES LL | 1,814.08 | | Post-petition | No | Payroll Taxes-PPE 06/13/2025 |
| ----0180 | 06/27/2025 | 10578 | CHECK | 4,225.31 | | Post-petition | No | Payroll Check |
| ----0180 | 06/30/2025 | 10582 | CHECK | 1,170.80 | | Post-petition | No | Payroll Check |
| ----0180 | 06/17/2025 | 10583 | CHECK | 1,030.31 | | Post-petition | No | Payroll Check |
| ----0180 | 06/05/2025 | 10585 | CHECK | 4,630.97 | | Post-petition | No | Payroll Check |
| ----0180 | 06/27/2025 | 10591 | CHECK | 4,225.30 | | Post-petition | No | Payroll Check |
| ----0180 | 06/10/2025 | 10592 | CHECK | 1,346.24 | | Post-petition | No | Payroll Check |
| ----0180 | 06/06/2025 | 10596 | CHECK | 2,572.56 | | Post-petition | No | Payroll Check |
| ----0180 | 06/02/2025 | 10598 | CHECK | 2,814.30 | | Post-petition | No | Payroll Check |
| ----0180 | 06/27/2025 | 10599 | CHECK | 4,225.31 | | Post-petition | No | Payroll Check |
| ----0180 | 06/10/2025 | 10600 | CHECK | 905.03 | | Post-petition | No | Payroll Check |
| ----0180 | 06/04/2025 | 10601 | CHECK | 199.72 | | Post-petition | No | Payroll Check |
| ----0180 | 06/10/2025 | 10602 | CHECK | 25.03 | | Post-petition | No | Payroll Check |
| ----0180 | 06/10/2025 | 10603 | CHECK | 3,528.50 | | Post-petition | No | Payroll Check |
| ----0180 | 06/10/2025 | 10604 | CHECK | 4,225.29 | | Post-petition | No | Payroll Check |
| ----0180 | 06/12/2025 | 10605 | CHECK | 199.71 | | Post-petition | No | Payroll Check |
| ----0180 | 06/23/2025 | 10606 | CHECK | 3,528.51 | | Post-petition | No | Payroll Check |
| ----0180 | 06/27/2025 | 10607 | CHECK | 4,225.31 | | Post-petition | No | Payroll Check |
| ----0180 | 06/26/2025 | 10608 | CHECK | 199.72 | | Post-petition | No | Payroll Check |
| ----0180 | 06/05/2025 | | CUSTOMER DEPOSIT | | 12,000.00 | Post-petition | No | DIP deposit |
| ----0180 | 06/13/2025 | | CUSTOMER DEPOSIT | | 407,004.47 | Post-petition | No | DIP deposit |
| ----0180 | 06/26/2025 | | CUSTOMER DEPOSIT | | 12,000.00 | Post-petition | No | DIP deposit |
| ----0180 | 06/20/2025 | | WEB XFER TO DDA ********0171 | 410,000.00 | | Post-petition | Yes | Inter-account |
| ----0537 | 06/30/2025 | | SYSTEM GENERATED SERVICE CHARGE * | 20.00 | | Post-petition | No | Bank Fee |
| ----0537 | 06/26/2025 | | DEBIT MEMO | 32,503,544.87 | | Post-petition | No | BOG Loan Payoff |
| ----2101 | 06/30/2025 | | INTEREST PAYMENT * | | 0.04 | Post-petition | No | Bank Fee |
| | | | **Total for post-petition period June 2025** | 33,380,783.31 | 841,004.51 | | | |
| | | | Transfer between accounts | 410,000.00 | 410,000.00 | | | |
| | | | Net of transfers between accounts | 32,970,783.31 | 431,004.51 | | | |
| | | | Other reconciliation items | 20.00 | 0.04 | | | |
| | | | **Net amounts end of June 2025** | 32,970,763.31 | 431,004.47 | | | |

| | Jan 2025 | Feb 2025 | Mar 2025 | Apr 2025 | May 2025 | Jun 2025 | Jul 2025 | Aug 2025 | Sep 2025 | Oct 2025 | Nov 2025 | Dec 2025 | Total Actual 2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| **Operating Revenue:** | | | | | | | | | | | | | |
| Rooms | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Food & Beverage | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Operated Departments | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Miscellaneous Income | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Operating Revenue | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Departmental Expenses:** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rooms | 7,081 | 7,181 | (14,181) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 81 |
| Food & Beverage | 6,302 | 5,984 | 8,180 | 1,406 | 7,016 | (805) | 0 | 0 | 0 | 0 | 0 | 0 | 28,083 |
| Other Operated Departments | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Departmental Expenses | 13,383 | 13,165 | (6,001) | 1,406 | 7,016 | (805) | 0 | 0 | 0 | 0 | 0 | 0 | 28,163 |
| **Total Departmental Profit** | (13,383) | (13,165) | 6,001 | (1,406) | (7,016) | 805 | 0 | 0 | 0 | 0 | 0 | 0 | (28,163) |
| **Undistributed Operating Expenses:** | | | | | | | | | | | | | |
| Administrative & General | 153,069 | 35,133 | 44,783 | 28,827 | 98,835 | 421,797 | 0 | 0 | 0 | 0 | 0 | 0 | 782,445 |
| Information and Telecom Systems | 7,417 | 6,942 | 2,993 | 4,570 | 2,126 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 24,048 |
| Sales & Marketing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Property Operation & Maintenance | 20,296 | 16,565 | 25,084 | 10,122 | 13,429 | (332) | 0 | 0 | 0 | 0 | 0 | 0 | 85,164 |
| Utilities | 10,065 | 0 | 10,183 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20,248 |
| Total Undistributed Expenses | 190,847 | 58,640 | 83,043 | 43,519 | 114,389 | 421,465 | 0 | 0 | 0 | 0 | 0 | 0 | 911,904 |
| **Gross Operating Profit** | (204,230) | (71,805) | (77,042) | (44,925) | (121,405) | (420,660) | 0 | 0 | 0 | 0 | 0 | 0 | (940,067) |
| Management Fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Income Before Non-Oper Inc & Exp | (204,230) | (71,805) | (77,042) | (44,925) | (121,405) | (420,660) | 0 | 0 | 0 | 0 | 0 | 0 | (940,067) |
| **Non-Operating Income and Expenses** | | | | | | | | | | | | | |
| Income | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent | (3,084) | 3,770 | 3,770 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4,455 |
| Property and Other Taxes | 0 | 0 | 70,442 | 4,730 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 75,172 |
| Insurance [*] | 0 | 0 | 0 | 0 | 55,084 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 55,084 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Non-Operating Income and Exp | (3,084) | 3,770 | 74,211 | 4,730 | 55,084 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 134,711 |
| **EBITDA** | (201,146) | (75,575) | (151,253) | (49,656) | (176,489) | (420,660) | 0 | 0 | 0 | 0 | 0 | 0 | (1,074,778) |
| Replacement Reserve | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| EBITDA Less Replacement Reserve | (201,146) | (75,575) | (151,253) | (49,656) | (176,489) | (420,660) | 0 | 0 | 0 | 0 | 0 | 0 | (1,074,778) |
| **Interest, Depreciation and Amortization** | | | | | | | | | | | | | |
| Interest | 14,080 | 14,080 | 13,330 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 41,489 |
| Depreciation | 14,096 | 14,096 | 14,096 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 42,289 |
| Gain/Loss on Fixed Assets [1] | 0 | 0 | 0 | (26,171,448) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Owner Expenses/Cost Recovery Exp | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Interest, Depreciation & Amort | 28,176 | 28,176 | 27,426 | (26,171,448) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 83,778 |
| **Income Before Income Taxes** | (229,321) | (103,751) | (178,680) | 26,121,792 | (176,489) | (420,660) | 0 | 0 | 0 | 0 | 0 | 0 | (1,158,557) |

## ASSETS

| | | at 5/31/2025 | June 1-30 Activity | at 6/30/2025 |
|---|---|---|---|---|
| Current Assets | | | | |
| 10101 | House Funds | 5,000.00 | 0.00 | 5,000.00 |
| 10102 | Checking Account | 1,282.09 | (331.09) | 951.00 |
| 10103 | Maximizer Account | 1,674.60 | 0.04 | 1,674.64 |
| 10104 | Merchant Account | 0.00 | 0.00 | 0.00 |
| 10105 | Payroll | 16,259.63 | 1,337.53 | 17,597.16 |
| 10106 | FF&E  Account | 0.00 | 0.00 | 0.00 |
| 10107 | BOG - Savings | 34,694,342.63 | (32,503,564.87) | 2,190,777.76 |
| 10108 | FHB - Merchant (9916) | 0.00 | 0.00 | 0.00 |
| 10113 | FHB/TCD Account | 50,636.60 | 0.00 | 50,636.60 |
| 10401 | Interco Receivable - Guam Ship | 2,039,465.65 | 0.00 | 2,039,465.65 |
| 10402 | Interco Receivable - Island Eq | 325,308.48 | 0.00 | 325,308.48 |
| 10403 | Interco Receivable - M INN | 145,064.63 | 0.00 | 145,064.63 |
| 10403.01 | Interco Receivanle - M Tug & S | 11,854.16 | 0.00 | 11,854.16 |
| 10404 | Due From Owner | 7,059.13 | 0.00 | 7,059.13 |
| 10501 | Beverage Inventory | 6,436.55 | 0.00 | 6,436.55 |
| 10801 | Secuirty Deposits | 16,590.54 | 0.00 | 16,590.54 |
| | Total Current Assets | 37,320,974.69 | (32,502,558.39) | 4,818,416.30 |
| Property and Equipment | | | | |
| 10701 | Building | 0.00 | 0.00 | 0.00 |
| 10702 | Land | 0.00 | 0.00 | 0.00 |
| 10703 | FF&E | 0.00 | 0.00 | 0.00 |
| 10704 | Building Improvements | 0.00 | 0.00 | 0.00 |
| 10705 | Property Plant & Equipment | 0.00 | 0.00 | 0.00 |
| 10708 | Acc Dep- FF&E | 0.00 | 0.00 | 0.00 |
| 10709 | Acc Dep- Building Improvements | 0.00 | 0.00 | 0.00 |
| 10710 | Acc Dep- Property Plant Equip | 0.00 | 0.00 | 0.00 |
| 10711 | Acc Dep- Building | 0.00 | 0.00 | 0.00 |
| | Total Property and Equipment | 0.00 | 0.00 | 0.00 |
| Other Assets | | | | |
| | Total Other Assets | 0.00 | 0.00 | 0.00 |
| | Total Assets | 37,320,974.69 | (32,502,558.39) | 4,818,416.30 |

**LIABILITIES AND CAPITAL**

Current Liabilities

| Account | Description | | | |
|---|---|---|---|---|
| 20101 | Accounts Payable | 2,231,745.27 | 0.00 | 2,231,745.27 |
| 20101 | Accounts Payable Post Petition Date | 3,976.64 | (1,048.58) | 2,928.06 |
| 20205 | Gross Receipts Tax | 2,824,386.80 | 0.00 | 2,824,386.80 |
| 20206 | Occupancy Tax | 2,125,025.84 | 0.00 | 2,125,025.84 |
| 20208 | Payroll Accrual | 9,899.32 | (0.03) | 9,899.29 |
| 20213 | Security Deposits | 6,000.00 | 0.00 | 6,000.00 |
| 20218 | Other Payable | 0.00 | 0.00 | 0.00 |
| 20219 | Deferred Lease Payable | 56,072.44 | 0.00 | 56,072.44 |
| 20303.01 | Due to Affiliates-Mar Tug&Sal | 579,780.64 | 0.00 | 579,780.64 |
| 20304 | Due to Affiliates-GSY | 1,581,951.12 | 0.00 | 1,581,951.12 |
| 20305 | Due to Affiliates-MGC | 2,919,940.69 | (8,309.00) | 2,911,631.69 |
| 20306 | Due to Affiliates-Mar Inn | 174,815.43 | 0.00 | 174,815.43 |
| 20307 | Due to Member | 1,461,500.00 | 0.00 | 1,461,500.00 |
| 20307.01 | Due to Member - Interest | 384,800.82 | 0.00 | 384,800.82 |
| 20307.02 | Due to Member - BOG Loan Payoff | 0.00 | (26,884,312.65) | (26,884,312.65) |
| | **Total Current Liabilities** | 14,359,895.01 | (26,893,670.26) | (12,533,775.25) |

Long-Term Liabilities

| Account | Description | | | |
|---|---|---|---|---|
| 20301 | Bank Loans - Short Term (DIP Financing) | 989,086.00 | 431,004.47 | 1,420,090.47 |
| 20302 | Bank Loans - Long Term | 5,769,132.22 | (5,619,232.22) | 149,900.00 |
| | **Total Long-Term Liabilities** | 6,758,218.22 | (5,188,227.75) | 1,569,990.47 |
| | **Total Liabilities** | 21,118,113.23 | (32,081,898.01) | (10,963,784.78) |

Capital

| Account | Description | | | |
|---|---|---|---|---|
| 30101 | Paid-in capital | 100,000.00 | 0.00 | 100,000.00 |
| 30102 | Retained Earnings | (16,581,291.52) | 0.00 | (16,581,291.52) |
| 30103 | Additional Member Contribution | 7,250,601.27 | 0.00 | 7,250,601.27 |
| | Net Income | 25,433,551.71 | (420,660.38) | 25,012,891.33 |
| | **Total Capital** | 16,202,861.46 | (420,660.38) | 15,782,201.08 |
| | **Total Liabilities & Capital** | 37,320,974.69 | (32,502,558.39) | 4,818,416.30 |

Debtor
Marianas Properties, LLC

## Aged Payables Schedule

| Vendor ID | Vendor | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due | |
|-----------|--------|--------|---------|---------|--------------|------------|---|
| AGODACO | AGODA COMPANY PTE. LTS | | | | 56,065.07 | 56,065.07 | |
| BERNICE | BERNICE GUERRERO CEPEDA | | | | 377.95 | 377.95 | |
| FIRSTHA | FIRST HAWAIIAN BANK | | | | 7,569.00 | 7,569.00 | |
| FUJIREA | FUJI REAL ESTATE CO., INC | | | | 638.14 | 638.14 | |
| GUPOWER | GUAM POWER AUTHORITY | | | | 356,831.75 | 356,831.75 | |
| GUSHIPY | GUAM SHIPYARD | | | | 2,392.50 | 2,392.50 | |
| GUWATER | GUAM WATERWORKS AUTHORITY | | | | 471,845.69 | 471,845.69 | |
| ITEGUAM | IT&E | | | | 10,728.90 | 10,728.90 | |
| JOSEPHA | JOSEPH ANDERSON GUERRERO | | | | 377.95 | 377.95 | |
| MARIEGU | MARIE GUERRERO SALAS | | | | 377.95 | 377.95 | |
| MARYJAN | MARY JANE T. GUERRERO | | | | 5,669.25 | 5,669.25 | |
| MOBILOI | MOBIL OIL GUAM, INC | | | | 128.66 | 128.66 | |
| PACLAUN | PACIFIC LAUNDRY & TEXTILE | | | | 480,052.20 | 480,052.20 | |
| RAYMOND | RAYMOND F.A.CAMACHO | | | | 1,723.68 | 1,723.68 | |
| SUPERIO | SUPERIOR COURT OF GUAM | | | | 1,511.86 | 1,511.86 | |
| TERESIT | TERESITA NORRIS | | | | 538.95 | 538.95 | |
| TREASUR | TREASURER OF GUAM (withholding tax) | | | | 807,214.57 | 807,214.57 | Pre-petition |
| PPACLAU | PACIFIC LAUNDRY & TEXTILE | | | | 27,701.20 | 27,701.20 | 2,231,745.27 |
| | | | | | | | |
| PCASH | CASH | 152.16 | 1,028.58 | 569.51 | | 1,750.25 | |
| PRAYMON | RAYMOND F.A.CAMACHO | | | 71.82 | 359.10 | 430.92 | |
| PTAKECA | TAKE CARE INSURANCE COMPANY. INC. | (1,132.00) | | | | (1,132.00) | |
| PTERESI | TERESITA NORRIS | | | 35.93 | 179.65 | 215.58 | Post-petition |
| PTREAWH | TREASURER OF GUAM | 1,663.31 | | | | 1,663.31 | 2,928.06 |
| | | | | | | | |
| **Report Total** | | **683.47** | **1,028.58** | **677.26** | **2,232,284.02** | **2,234,673.33** | **2,234,673.33** |



MARIANAS PROPERTIES LLC
DBA PACIFIC STAR RESORT AND SP
CHECKING ACCOUNT
627 PALE SAN VITORES ROAD
TUMON GU 96913-4006

Beginning October 6, 2023, all Pacific Express No Fee Checking accounts will be renamed Island Checking.  Customers currently with these accounts will retain all benefits; and the existing terms and conditions will remain unchanged. Please contact your nearest branch or email us at customerservice@bankofguam.com should you have any questions.

********0171**          **DDA - BUSINESS**

| | | | |
|---|---|---|---|
| Previous Balance | 05/31/25 | | 14,911.18 |
| + Deposits/Credits | 1 | | 410,000.00 |
| - Withdrawals/Debits | 7 | | 420,180.62 |
| - Service Charge | | | 0.00 |
| + Interest Paid | | | 0.00 |
| Current Balance | | | 4,730.56 |
| Days in Statement Period | 30 | | |

### Account Activity

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 05/31/25 | BEGINNING BALANCE | | | $14,911.18 |
| 06/02/25 | CHECK #61698 | $2,420.78 | | $12,490.40 |
| 06/02/25 | CHECK #61697 | $3,166.75 | | $9,323.65 |
| 06/02/25 | CHECK #61696 | $4,262.00 | | $5,061.65 |
| 06/18/25 | CHECK #61699 | $1,663.31 | | $3,398.34 |
| 06/20/25 | WEB XFER FR DDA ********0180 | | $410,000.00 | $413,398.34 |
| | FUNDS TRANSFER VIA ONLINE | | | |
| 06/26/25 | GIBBINS ADVISORS, LLC | $146,304.00 | | $267,094.34 |
| 06/27/25 | CHECK #61700 | $1,663.31 | | $265,431.03 |
| 06/30/25 | DENTONS BINGHAM GREENEBAUM LLP | $260,700.47 | | $4,730.56 |

**ENCLOSURES  7**
**END OF STATEMENT**



**Ck #: 61696          06/02/2025          Amt: $4,262.00**



**Ck #: 61697          06/02/2025          Amt: $3,166.75**



**Ck #: 61698          06/02/2025          Amt: $2,420.78**



**Ck #: 61699          06/18/2025          Amt: $1,663.31**



**Ck #: 61700          06/27/2025          Amt: $1,663.31**



**Ck #: 10222616          06/26/2025          Amt: $146,304.00**

The Image for this Item
could not be located

The Image for this Item
could not be located

**Ck #: 10238002          06/30/2025          Amt: $260,700.47**

Member FDIC
EQUAL HOUSING LENDER

**PLEASE EXAMINE YOUR STATEMENT AND CHECK IMAGES IMMEDIATELY. IF NO ERROR IS REPORTED WITHIN 30 DAYS OF THE STATEMENT DATE, THE STATEMENT AND CHECK IMAGES WILL BE CONSIDERED CORRECT. YOUR ORIGINAL CHECKS WILL BE AVAILABLE TO YOU FOR 60 DAYS FROM THE STATEMENT DATE. AFTER THAT DATE, YOUR ORIGINAL CHECKS MAY NO LONGER BE AVAILABLE AND A FEE WILL BE CHARGED FOR RETRIEVAL.**

## TRANSACTION CODES

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| FP | = | Force Pay | NS | = | NSF Charge | CM | = | Credit Memo | SC | = | Service Charge |
| PC | = | Priority Check | DM | = | Debit Memo | TFR | = | Transfer | DP | = | Deposit |

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In case of errors or questions about your electronic transfers,
Telephone us at:  (671) 472-5300; or
Write us at:         111 Chalan Santo Papa
                          Hagåtña, GU 96910; or
E-Mail us at:       customerservice@bankofguam.com
as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

    1. Tell us your name and account number (if any).
    2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need additional information.
    3. Tell us the dollar amount of the suspected error.
       We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think it is in error, so that you will have use of the money during the time it takes us to complete our investigation.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR FOREIGN REMITTANCE TRANSFERS

Per Federal regulation, a Foreign Remittance Transfer includes any transfer made from a consumer account in Guam, the CNMI or California to an account in the FSM, Palau, or the RMI.

You have a right to dispute errors in your foreign remittance transfer. If you think there is an error, contact us within 180 days at (671) 472-5300 or www.bankofguam.com. You can also contact us for a written explanation of your rights.

For questions or complaints about Bank of Guam, contact:
**Guam** - Guam Department of Revenue and Taxation, Regulatory Division; (671) 635-1844~6; https://www.guamtax.com/about/regulatory.html

**Commonwealth of the Northern Marianas Island** - Banking Division at the CNMI Department of Commerce; (670) 664-8020; http://commerce.gov.mp/divisions/office-secretary/banking

**California** - Department of Financial Protection & Innovation; Toll-free (866) 275-2677 or (916) 327-7585; https://dfpi.ca.gov/ (Note: Effective September 29, 2020 the Department of Business Oversight changed its name to the Department of Financial Protection and Innovation (DFPI)).

**Consumer Financial Protection Bureau**:
(855) 411-2372
(855) 729-2372 (TTY/TDD)
www.consumerfinance.gov

## READY-RESERVE BILLING RIGHTS SUMMARY

In Case of Errors or Questions About Your Statement: If you think your Statement is wrong, or if you need more information about a transaction on your Statement, write us on a separate sheet at Bank of Guam, 111 Chalan Santo Papa, Hagåtña, GU 96910, or send E-Mail to customerservice@bankofguam.com as soon as possible. We must hear from you no later than 60 days after we sent you the first Statement on which the error or problem appeared. You may telephone us at (671) 472-5300, but doing so will not preserve your rights. In your letter or e-mail, give us the following information:

    • Your full name and account number

    • The dollar amount of the suspected error

    • Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your Statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

## ADDITIONAL DISCLOSURES FOR YOUR READY-RESERVE ACCOUNT

Imposition of Finance Charges in your Ready-Reserve Account: To figure and impose the FINANCE CHARGE, Bank of Guam will apply the daily periodic rate shown on the face of your Statement to the "average daily balance" of your Ready-Reserve Account (including cash transactions). To get the "average daily balance," we will take the beginning of your Ready-Reserve Account each day, add any new cash advances and subtract any payments or credits, and any unpaid Finance Charges. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance." The average daily balance is or can be multiplied by the number of days in the billing cycle and the daily periodic rate applied to the product to determine the amount of the FINANCE CHARGE.

## EFT  (ELECTRONIC FUNDS TRANSFER)

Pre-Authorized Deposits: If you have authorized to have direct deposits made to your account at least once every 60 days from the same person or company, you may telephone your local branch of Bank of Guam at the number below to determine whether or not the deposit was made as scheduled or you may call (671) 472-5300 and ask for Customer Service.

| | | | |
|---|---|---|---|
| **GUAM** | | **FEDERATED STATES OF MICRONESIA (FSM)** | **REPUBLIC OF BELAU** |
| • Hagåtña | (671) 472-5300 | • Chuuk    (691) 330-2567/2331 | • Koror    (680) 488-2696/1648 |
| | | • Pohnpei   (691) 320-2550/2446 | |
| **COMMONWEALTH OF THE NORTHERN** | | • Yap     (691) 350-8865 | **CALIFORNIA, USA** |
| **MARIANA ISLANDS (CNMI)** | | • Kosrae    (691) 370-8858 | • TASI Bank,    (415) 392-1670 |
| • Garapan | (670) 236-2700 | **REPUBLIC OF THE MARSHALL ISLANDS (RMI)** |    *Division of Bank of Guam* |
| • Tinian | (670) 433-3261 | • Majuro    (692) 625-3322/3331 | |
| • Rota | (670) 532-3600 | | (Rev 02/22 v. 2.4) |



STATEMENT
OF ACCOUNT

MARIANAS PROPERTIES LLC
PAYROLL ACCOUNT
627 PALE SAN VITORES ROAD
TUMON GU 96913-4009

Beginning October 6, 2023, all Pacific Express No Fee Checking accounts will be renamed Island Checking. Customers currently with these accounts will retain all benefits; and the existing terms and conditions will remain unchanged. Please contact your nearest branch or email us at customerservice@bankofguam.com should you have any questions.

**\*\*\*\*\*\*0180**          **DDA - BUSINESS**

| | | |
|---|---|---:|
| Previous Balance | 05/31/25 | 43,630.51 |
| + Deposits/Credits | 3 | 431,004.47 |
| - Withdrawals/Debits | 21 | 457,037.82 |
| - Service Charge | | 0.00 |
| + Interest Paid | | 0.00 |
| Current Balance | | 17,597.16 |
| Days in Statement Period | 30 | |

### Account Activity

| Date | Description | Debit | Credit | Balance |
|---|---|---:|---:|---:|
| 05/31/25 | BEGINNING BALANCE | | | $43,630.51 |
| 06/02/25 | CHECK #10598 | $2,814.30 | | $40,816.21 |
| 06/04/25 | CHECK #10601 | $199.72 | | $40,616.49 |
| 06/05/25 | CUSTOMER DEPOSIT | | $12,000.00 | $52,616.49 |
| 06/05/25 | 4A4606   MARIANA Payroll | $1,945.82 | | $50,670.67 |
| | MARIANAS PROPERTIES LL | | | |
| 06/05/25 | CHECK #10585 | $4,630.97 | | $46,039.70 |
| 06/06/25 | CHECK #10596 | $2,572.56 | | $43,467.14 |
| 06/10/25 | CHECK #10602 | $25.03 | | $43,442.11 |
| 06/10/25 | CHECK #10600 | $905.03 | | $42,537.08 |
| 06/10/25 | CHECK #10592 | $1,346.24 | | $41,190.84 |
| 06/10/25 | CHECK #10603 | $3,528.50 | | $37,662.34 |
| 06/12/25 | CHECK #10605 | $199.71 | | $37,462.63 |
| 06/13/25 | CUSTOMER DEPOSIT | | $407,004.47 | $444,467.10 |
| 06/17/25 | CHECK #10583 | $1,030.31 | | $443,436.79 |
| 06/18/25 | 4A4606   MARIANA Payroll | $1,814.08 | | $441,622.71 |
| | MARIANAS PROPERTIES LL | | | |
| 06/20/25 | WEB XFER TO DDA \*\*\*\*\*\*\*\*0171 | $410,000.00 | | $31,622.71 |
| | FUNDS TRANSFER VIA ONLINE | | | |
| 06/23/25 | CHECK #10606 | $3,528.51 | | $28,094.20 |



**Bank of Guam®**
STATEMENT OF ACCOUNT

## Account Activity

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 06/26/25 | CUSTOMER DEPOSIT | | $12,000.00 | $40,094.20 |
| 06/26/25 | CHECK #10608 | $199.72 | | $39,894.48 |
| 06/27/25 | CHECK #10604 | $4,225.29 | | $35,669.19 |
| 06/27/25 | CHECK #10591 | $4,225.30 | | $31,443.89 |
| 06/27/25 | CHECK #10578 | $4,225.31 | | $27,218.58 |
| 06/27/25 | CHECK #10607 | $4,225.31 | | $22,993.27 |
| 06/27/25 | CHECK #10599 | $4,225.31 | | $18,767.96 |
| 06/30/25 | CHECK #10582 | $1,170.80 | | $17,597.16 |

**ENCLOSURES  18**
**END OF STATEMENT**



**Ck #: 10578**          **06/27/2025**          **Amt: $4,225.31**



**Ck #: 10582**          **06/30/2025**          **Amt: $1,170.80**



**Ck #: 10583**          **06/17/2025**          **Amt: $1,030.31**



**Ck #: 10585**          **06/05/2025**          **Amt: $4,630.97**



**Ck #: 10591**          **06/27/2025**          **Amt: $4,225.30**



**Ck #: 10592**          **06/10/2025**          **Amt: $1,346.24**



**Ck #: 10596**          **06/06/2025**          **Amt: $2,572.56**



**Ck #: 10598**          **06/02/2025**          **Amt: $2,814.30**



**Ck #: 10599**          **06/27/2025**          **Amt: $4,225.31**



**Ck #: 10600**          **06/10/2025**          **Amt: $905.03**



**Ck #: 10601**          **06/04/2025**          **Amt: $199.72**



**Ck #: 10602**          **06/10/2025**          **Amt: $25.03**

Member FDIC



**Ck #: 10603**      **06/10/2025**      **Amt: $3,528.50**



**Ck #: 10604**      **06/27/2025**      **Amt: $4,225.29**



**Ck #: 10605**      **06/12/2025**      **Amt: $199.71**



**Ck #: 10606**      **06/23/2025**      **Amt: $3,528.51**



**Ck #: 10607**      **06/27/2025**      **Amt: $4,225.31**



**Ck #: 10608**      **06/26/2025**      **Amt: $199.72**

EQUAL HOUSING LENDER     Member FDIC

**PLEASE EXAMINE YOUR STATEMENT AND CHECK IMAGES IMMEDIATELY. IF NO ERROR IS REPORTED WITHIN 30 DAYS OF THE STATEMENT DATE, THE STATEMENT AND CHECK IMAGES WILL BE CONSIDERED CORRECT. YOUR ORIGINAL CHECKS WILL BE AVAILABLE TO YOU FOR 60 DAYS FROM THE STATEMENT DATE. AFTER THAT DATE, YOUR ORIGINAL CHECKS MAY NO LONGER BE AVAILABLE AND A FEE WILL BE CHARGED FOR RETRIEVAL.**

## TRANSACTION CODES

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FP | = Force Pay | NS | = NSF Charge | CM | = Credit Memo | SC | = Service Charge |
| PC | = Priority Check | DM | = Debit Memo | TFR | = Transfer | DP | = Deposit |

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In case of errors or questions about your electronic transfers,

Telephone us at:  (671) 472-5300; or

Write us at:        111 Chalan Santo Papa

                        Hagåtña, GU 96910; or

E-Mail us at:       customerservice@bankofguam.com

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

    1. Tell us your name and account number (if any).

    2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need additional information.

    3. Tell us the dollar amount of the suspected error.

       We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think it is in error, so that you will have use of the money during the time it takes us to complete our investigation.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR FOREIGN REMITTANCE TRANSFERS

Per Federal regulation, a Foreign Remittance Transfer includes any transfer made from a consumer account in Guam, the CNMI or California to an account in the FSM, Palau, or the RMI.

You have a right to dispute errors in your foreign remittance transfer. If you think there is an error, contact us within 180 days at (671) 472-5300 or www.bankofguam.com. You can also contact us for a written explanation of your rights.

For questions or complaints about Bank of Guam, contact:

**Guam** - Guam Department of Revenue and Taxation, Regulatory Division; (671) 635-1844~6; https://www.guamtax.com/about/regulatory.html

**Commonwealth of the Northern Marianas Island** - Banking Division at the CNMI Department of Commerce; (670) 664-8020; http://commerce.gov.mp/divisions/office-secretary/banking

**California** - Department of Financial Protection & Innovation; Toll-free (866) 275-2677 or (916) 327-7585; https://dfpi.ca.gov/ (Note: Effective September 29, 2020 the Department of Business Oversight changed its name to the Department of Financial Protection and Innovation (DFPI)).

**Consumer Financial Protection Bureau**:
(855) 411-2372
(855) 729-2372 (TTY/TDD)
www.consumerfinance.gov

## READY-RESERVE BILLING RIGHTS SUMMARY

In Case of Errors or Questions About Your Statement: If you think your Statement is wrong, or if you need more information about a transaction on your Statement, write us on a separate sheet at Bank of Guam, 111 Chalan Santo Papa, Hagåtña, GU 96910, or send E-Mail to customerservice@bankofguam.com as soon as possible. We must hear from you no later than 60 days after we sent you the first Statement on which the error or problem appeared. You may telephone us at (671) 472-5300, but doing so will not preserve your rights. In your letter or e-mail, give us the following information:

    • Your full name and account number

    • The dollar amount of the suspected error

    • Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your Statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

## ADDITIONAL DISCLOSURES FOR YOUR READY-RESERVE ACCOUNT

Imposition of Finance Charges in your Ready-Reserve Account: To figure and impose the FINANCE CHARGE, Bank of Guam will apply the daily periodic rate shown on the face of your Statement to the "average daily balance" of your Ready-Reserve Account (including cash transactions). To get the "average daily balance," we will take the beginning of your Ready-Reserve Account each day, add any new cash advances and subtract any payments or credits, and any unpaid Finance Charges. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance." The average daily balance is or can be multiplied by the number of days in the billing cycle and the daily periodic rate applied to the product to determine the amount of the FINANCE CHARGE.

## EFT  (ELECTRONIC FUNDS TRANSFER)

Pre-Authorized Deposits: If you have authorized to have direct deposits made to your account at least once every 60 days from the same person or company, you may telephone your local branch of Bank of Guam at the number below to determine whether or not the deposit was made as scheduled or you may call (671) 472-5300 and ask for Customer Service.

**GUAM**
    • Hagåtña        (671) 472-5300

**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (CNMI)**
    • Garapan      (670) 236-2700
    • Tinian        (670) 433-3261
    • Rota         (670) 532-3600

**FEDERATED STATES OF MICRONESIA (FSM)**
    • Chuuk      (691) 330-2567/2331
    • Pohnpei    (691) 320-2550/2446
    • Yap        (691) 350-8865
    • Kosrae     (691) 370-8858

**REPUBLIC OF THE MARSHALL ISLANDS (RMI)**
    • Majuro    (692) 625-3322/3331

**REPUBLIC OF BELAU**
    • Koror     (680) 488-2696/1648

**CALIFORNIA, USA**
    • TASI Bank,    (415) 392-1670
      *Division of Bank of Guam*

(Rev 02/22 v. 2.4)



MARIANAS PROPERTIES LLC
627 PALE SAN VITORES ROAD
TUMON GU 96913-4009

Beginning October 6, 2023, all Pacific Express No Fee Checking accounts will be renamed Island Checking. Customers currently with these accounts will retain all benefits; and the existing terms and conditions will remain unchanged. Please contact your nearest branch or email us at customerservice@bankofguam.com should you have any questions.

**\*\*\*\*\*\*2101**　　　　　**STATEMENT SAVINGS - BUSINESS**

| | | | |
|---|---|---|---|
| Previous Balance | 03/31/25 | | 1,674.52 |
| + Deposits/Credits | 0 | | 0.00 |
| - Withdrawals/Debits | 0 | | 0.00 |
| - Service Charge | | | 0.00 |
| + Interest Paid | | | 0.12 |
| Current Balance | | | 1,674.64 |
| Days in Statement Period | 91 | | |

### Account Activity

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 03/31/25 | BEGINNING BALANCE | | | $1,674.52 |
| 04/30/25 | INT PMT SYS-GEN | | $0.04 | $1,674.56 |
| 05/30/25 | INT PMT SYS-GEN | | $0.04 | $1,674.60 |
| 06/30/25 | INT PMT SYS-GEN | | $0.04 | $1,674.64 |

### Interest Rate Summary

| Date | Rate | Date | Rate | Date | Rate |
|---|---|---|---|---|---|
| 04/01/25 | 0.030 | | | | |

**NO ENCLOSURES THIS STATEMENT**
**END OF STATEMENT**

**PLEASE EXAMINE YOUR STATEMENT AND CHECK IMAGES IMMEDIATELY. IF NO ERROR IS REPORTED WITHIN 30 DAYS OF THE STATEMENT DATE, THE STATEMENT AND CHECK IMAGES WILL BE CONSIDERED CORRECT. YOUR ORIGINAL CHECKS WILL BE AVAILABLE TO YOU FOR 60 DAYS FROM THE STATEMENT DATE. AFTER THAT DATE, YOUR ORIGINAL CHECKS MAY NO LONGER BE AVAILABLE AND A FEE WILL BE CHARGED FOR RETRIEVAL.**

## TRANSACTION CODES

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FP | = Force Pay | NS | = NSF Charge | CM | = Credit Memo | SC | = Service Charge |
| PC | = Priority Check | DM | = Debit Memo | TFR | = Transfer | DP | = Deposit |

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In case of errors or questions about your electronic transfers,
Telephone us at: (671) 472-5300; or
Write us at: 111 Chalan Santo Papa
Hagåtña, GU 96910; or
E-Mail us at: customerservice@bankofguam.com
as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
    1. Tell us your name and account number (if any).
    2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need additional information.
    3. Tell us the dollar amount of the suspected error.
        We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think it is in error, so that you will have use of the money during the time it takes us to complete our investigation.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR FOREIGN REMITTANCE TRANSFERS

Per Federal regulation, a Foreign Remittance Transfer includes any transfer made from a consumer account in Guam, the CNMI or California to an account in the FSM, Palau, or the RMI.

You have a right to dispute errors in your foreign remittance transfer. If you think there is an error, contact us within 180 days at (671) 472-5300 or www.bankofguam.com. You can also contact us for a written explanation of your rights.

For questions or complaints about Bank of Guam, contact:
**Guam** - Guam Department of Revenue and Taxation, Regulatory Division; (671) 635-1844~6; https://www.guamtax.com/about/regulatory.html

**Commonwealth of the Northern Marianas Island** - Banking Division at the CNMI Department of Commerce; (670) 664-8020; http://commerce.gov.mp/divisions/office-secretary/banking

**California** - Department of Financial Protection & Innovation; Toll-free (866) 275-2677 or (916) 327-7585; https://dfpi.ca.gov/ (Note: Effective September 29, 2020 the Department of Business Oversight changed its name to the Department of Financial Protection and Innovation (DFPI)).

**Consumer Financial Protection Bureau:**
(855) 411-2372
(855) 729-2372 (TTY/TDD)
www.consumerfinance.gov

## READY-RESERVE BILLING RIGHTS SUMMARY

In Case of Errors or Questions About Your Statement: If you think your Statement is wrong, or if you need more information about a transaction on your Statement, write us on a separate sheet at Bank of Guam, 111 Chalan Santo Papa, Hagåtña, GU 96910, or send E-Mail to customerservice@bankofguam.com as soon as possible. We must hear from you no later than 60 days after we sent you the first Statement on which the error or problem appeared. You may telephone us at (671) 472-5300, but doing so will not preserve your rights. In your letter or e-mail, give us the following information:

    • Your full name and account number

    • The dollar amount of the suspected error

    • Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your Statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

## ADDITIONAL DISCLOSURES FOR YOUR READY-RESERVE ACCOUNT

Imposition of Finance Charges in your Ready-Reserve Account: To figure and impose the FINANCE CHARGE, Bank of Guam will apply the daily periodic rate shown on the face of your Statement to the "average daily balance" of your Ready-Reserve Account (including cash transactions). To get the "average daily balance," we will take the beginning of your Ready-Reserve Account each day, add any new cash advances and subtract any payments or credits, and any unpaid Finance Charges. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance." The average daily balance is or can be multiplied by the number of days in the billing cycle and the daily periodic rate applied to the product to determine the amount of the FINANCE CHARGE.

## EFT  (ELECTRONIC FUNDS TRANSFER)

Pre-Authorized Deposits: If you have authorized to have direct deposits made to your account at least once every 60 days from the same person or company, you may telephone your local branch of Bank of Guam at the number below to determine whether or not the deposit was made as scheduled or you may call (671) 472-5300 and ask for Customer Service.

| | | | | | |
|---|---|---|---|---|---|
| **GUAM** | | **FEDERATED STATES OF MICRONESIA (FSM)** | | **REPUBLIC OF BELAU** | |
| • Hagåtña | (671) 472-5300 | • Chuuk | (691) 330-2567/2331 | • Koror | (680) 488-2696/1648 |
| | | • Pohnpei | (691) 320-2550/2446 | | |
| **COMMONWEALTH OF THE NORTHERN** | | • Yap | (691) 350-8865 | **CALIFORNIA, USA** | |
| **MARIANA ISLANDS (CNMI)** | | • Kosrae | (691) 370-8858 | • TASI Bank, | (415) 392-1670 |
| • Garapan | (670) 236-2700 | **REPUBLIC OF THE MARSHALL ISLANDS (RMI)** | | *Division of Bank of Guam* | |
| • Tinian | (670) 433-3261 | • Majuro | (692) 625-3322/3331 | | |
| • Rota | (670) 532-3600 | | | (Rev 02/22 v. 2.4) | |



**Bank of Guam**
P.O. Box BW ● Hagatna, GU 96932



# Statement of Account

**RETURN SERVICE REQUESTED**

‖‖‖ո‖ո‖·ո‖·ո‖‖ո‖ո‖‖‖‖ո‖‖ո‖‖‖ո‖‖



135415-01A**000415
MARIANAS PROPERTIES LLC
DBA PACIFIC STAR RESORT AND SP
627B PALE SAN VITORES ROAD
TUMON GU 96913-4009

Important Notice: Voice Banking service ends on July 31, 2024. Discover Cara, our digital assistant, at (671) 472-5300 today!

---

**\*\*\*\*\*\*0537**          **DDA - BUSINESS**

| | | | |
|---|---|---|---|
| Previous Balance | 05/31/25 | | $34,694,342.63 |
| + Deposits/Credits | 0 | | $0.00 |
| - Withdrawals/Debits | 1 | | $32,503,544.87 |
| - Service Charge | | | $20.00 |
| + Interest Paid | | | $0.00 |
| Current Balance | | | $2,190,777.76 |
| Days in Statement Period | 30 | | |

## Account Activity

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 05/31/25 | BEGINNING BALANCE | | | $34,694,342.63 |
| 06/26/25 | DEBIT MEMO | $32,503,544.87 | | $2,190,797.76 |
| 06/30/25 | SERVICE CHG SYS-GEN | $20.00 | | $2,190,777.76 |

## ENCLOSURES 1

## END OF STATEMENT

PLEASE EXAMINE YOUR STATEMENT AND CHECK IMAGES IMMEDIATELY. IF NO ERROR IS REPORTED WITHIN 30 DAYS OF THE STATEMENT DATE, THE STATEMENT AND CHECK IMAGES WILL BE CONSIDERED CORRECT. YOUR ORIGINAL CHECKS WILL BE AVAILABLE TO YOU FOR 60 DAYS FROM THE STATEMENT DATE. AFTER THAT DATE, YOUR ORIGINAL CHECKS MAY NO LONGER BE AVAILABLE AND A FEE WILL BE CHARGED FOR RETRIEVAL.

## TRANSACTION CODES

| FP | = | Force Pay | NS | = | NSF Charge | CM | = | Credit Memo | SC | = | Service Charge |
| PC | = | Priority Check | DM | = | Debit Memo | TFR | = | Transfer | DP | = | Deposit |

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In case of errors or questions about your electronic transfers,
Telephone us at: (671) 472-5300; or
Write us at: 111 Chalan Santo Papa
Hagåtña, GU 96910; or
E-Mail us at: customerservice@bankofguam.com
as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need additional information.
3. Tell us the dollar amount of the suspected error.
   We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR FOREIGN REMITTANCE TRANSFERS

Per Federal regulation, a Foreign Remittance Transfer includes any transfer made from a consumer account in Guam, the CNMI or California to an account in the FSM, Palau, or the RMI.

You have a right to dispute errors in your foreign remittance transfer. If you think there is an error, contact us within 180 days at (671) 472-5300 or www.bankofguam.com. You can also contact us for a written explanation of your rights.

For questions or complaints about Bank of Guam, contact:
Guam - Guam Department of Revenue and Taxation, Regulatory Division; (671) 635-1844~6; https://www.guamtax.com/about/regulatory.html

Commonwealth of the Northern Marianas Island - Banking Division at the CNMI Department of Commerce; (670) 664-8020; http://commerce.gov.mp/divisions/office-secretary/banking

California - Department of Financial Protection & Innovation: Toll-free (866) 275-2677 or (916) 327- 7585: https://dfpi.ca.gov/ (Note: Effective September 29, 2020 the Department of Business Oversight changed its name to the Department of Financial Protection and Innovation (DFPI)).

Consumer Financial Protection Bureau:
(855) 411-2372
(855) 729-2372 (TTY/TDD)
www.consumerfinance.gov

## READY-RESERVE BILLING RIGHTS SUMMARY

In Case of Errors or Questions About Your Statement: If you think your Statement is wrong, or if you need more information about a transaction on your Statement, write us on a separate sheet at Bank of Guam, 111 Chalan Santo Papa, Hagåtña, GU 96910, or send E-Mail to customerservice@bankofguam.com as soon as possible. We must hear from you no later than 60 days after we sent you the first Statement on which the error or problem appeared. You may telephone us at (671) 472-5300, but doing so will not preserve your rights. In your letter or e-mail, give us the following information:

- Your full name and account number
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your Statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

## ADDITIONAL DISCLOSURES FOR YOUR READY-RESERVE ACCOUNT

Imposition of Finance Charges in your Ready-Reserve Account: To figure and impose the FINANCE CHARGE, Bank of Guam will apply the daily periodic rate shown on the face of your Statement to the "average daily balance" of your Ready-Reserve Account (including cash transactions). To get the "average daily balance," we will take the beginning of your Ready-Reserve Account each day, add any new cash advances and subtract any payments or credits, and any unpaid Finance Charges. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance." The average daily balance is or can be multiplied by the number of days in the billing cycle and the daily periodic rate applied to the product to determine the amount of the FINANCE CHARGE.

## EFT (ELECTRONIC FUNDS TRANSFER)

Pre-Authorized Deposits: If you have authorized to have direct deposits made to your accounts at least once every 60 days from the same person or company, you may telephone your local branch of Bank of Guam at the number below to determine whether or not the deposit was made as scheduled or you may call (671) 472-5300 and ask for Customer Service.

**GUAM**
- Hagåtña     (671) 472-5300

**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS (CNMI)**
- Garapan     (670) 236-2700
- Tinian     (670) 433-3261
- Rota     (670) 532-3600

**FEDERATED STATES OF MICRONESIA (FSM)**
- Chuuk     (691) 330-2567/2331
- Pohnpei     (691) 320-2550/2446
- Yap     (691) 350-8865
- Kosrae     (691) 370-8858

**REPUBLIC OF THE MARSHALL ISLANDS (RMI)**
- Majuro     (692) 625-3322/3331

**REPUBLIC OF BELAU**
- Koror     (680) 488-2696/1648

**CALIFORNIA, USA**
- TASI Bank,     (415) 392-1670
  *Division of Bank of Guam*

(Rev 02/22 v. 2.4)



**Bank of Guam**

CHECKING ✗ SAVINGS

WE HAVE CHARGED YOUR ACCOUNT *payoff loan 1501-216786*

DATE *6/26/25*

*Guam Industrial Services*

ROUTING / TRANSIT #

TRAN CODE

ACCT. NO.

$ *32,503,544.87*

DO NOT FAIL TO MAKE THIS ENTRY IN YOUR CHECKBOOK

BANK OF GUAM

APPR.

TO *Marianas properties LLC*

*DBA: Pacific Star Resort and SP*

JUN 28 2025

LOAN SUPPORT DEPT.

6/26/2025          $32,503,544.87