1

2

3

4

5

6

7

**THE DISTRICT COURT OF GUAM**

8

In re:

9

MARIANAS PROPERTIES, LLC,

10

11

Debtor and
Debtor-in-Possession.

12

BANKRUPTCY CASE NO. 24-00013
(Chapter 11)

**ORDER**

13

14    At the request of the U.S. Trustee's Office, *see* ECF No. 195, a status conference is

15    hereby set for September 19, 2025, at 9:30 a.m.

16    **SO ORDERED.**



17    /s/ **Frances M. Tydingco-Gatewood**
      **Chief Judge**

18    **Dated: September 17, 2025**

19

20

21

22

23

24