# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| In re:<br><br>MARIANAS PROPERTIES, LLC,<br><br>Debtor and<br>Debtor-in-Possession. | BANKRUPTCY CASE NO. 24-00013<br>(Chapter 11)<br><br>**ORDER** |

For purposes of judicial efficiency, the court hereby orders the parties to meet and confer on the deadlines requested by the U.S. Trustee's Office. The parties shall submit their joint proposed deadlines, or individual proposed deadlines if they are unable to agree, no later than September 26, 2025. The court continues the status conference currently set for September 19, 2025, to October 3, 2025, at 11:00 a.m.

**SO ORDERED.**



/s/ **Frances M. Tydingco-Gatewood**
 **Chief Judge**
**Dated:** Sep 18, 2025