**MINAKSHI V. HEMLANI**
**LAW OFFICES OF MINAKSHI V. HEMLANI, P.C.**
285 FARENHOLT AVE., SUITE C-312
TAMUNING, GUAM 96913
TELEPHONE: (671) 588-2030
EMAIL: mvhemlani@mvhlaw.net

**ANDREW C. HELMAN** (admitted *pro hac vice*)
**DENTONS BINGHAM GREENEBAUM LLP**
ONE CITY CENTER, SUITE 11100
PORTLAND, ME 04101
TELEPHONE: (207) 619-0919
EMAIL: andrew.helman@dentons.com

*Counsel for the Debtor*

## THE DISTRICT COURT OF GUAM

| | |
|---|---|
| In re | Case No. 24-00013 |
| MARIANAS PROPERTIES, LLC, [1] | Chapter 11 |
| Debtor. | **NOTICE OF JOINTLY PROPOSED DEADLINES RELATED TO THE CONFIRMATION SCHEDULE OF THE DEBTOR'S PLAN OF LIQUIDATION** |

Pursuant to the Court's Order [Docket No. 197] dated September 18, 2025, Marianas Properties, LLC as debtor and debtor in possession (the "Debtor"), and the Office of the United States Trustee (the "U.S. Trustee") by and through their respective undersigned counsel, hereby submit their joint proposed deadlines related to confirmation of the Debtor's *Plan of Liquidation of Marianas Properties, LLC Under Chapter 11 of the Bankruptcy Code* [Docket. No. 198] (the "Plan") and final approval of the *Disclosure Statement for Chapter 11 Plan of Liquidation of Marianas Properties, LLC Under Chapter 11 of the Bankruptcy Code* [Docket No. 199] (the "Disclosure Statement"). The joint proposed deadlines are as follows:

---

[1]     The last four digits of the taxpayer identification number of Marianas Properties, LLC, are 9263. The principal office of Marianas Properties, LLC, is located at 627b Pale San Vitores Road, Tumon, Guam 96913.

25124338.v2

| **EVENT** | **DATE** |
|---|---|
| Hearing on Conditional Approval of Disclosure Statement | October 17, 2025, or as soon thereafter as the Court is available |
| Deadline for Solicitation of the Disclosure Statement | October 22, 2025 |
| Deadline for Parties to Vote to Accept or Reject the Plan | November 19, 2025 |
| Deadline for the Debtor to File Ballot Tabulation | November 20, 2025 |
| Deadline to Object to Confirmation of the Plan | November 26, 2025 |
| Deadline for Replies in Support of Confirmation of the Plan | December 3, 2025 |
| Combined Hearing on Final Approval of the Disclosure Statement and Confirmation of the Plan | December 10, 2025, or as soon thereafter as the Court is available |

In addition, The Debtor is presently finalizing a draft *Motion for Entry of an Order (I) Conditionally Approving the Disclosure Statement for the Chapter 11 Plan of Liquidation; (II) Scheduling a Combined Hearing on the Plan and Disclosure Statement; (III) Approving Procedures for Solicitation and Voting, Including Dates, Deadlines, and Notices Related to Confirmation of the Plan; and (IV) Granting Related Relief* (the "Disclosure Statement Motion"), which the Debtor anticipates filing in the coming days. The Debtor has shared a draft of the Disclosure Statement Motion with the U.S. Trustee for the purposes of conferring on the proposed confirmation schedule. Pursuant to the to be filed Disclosure Statement Motion, the Debtor will seek the Court's approval of the confirmation schedule outlined above, as well as additional relief related to approval of the Disclosure Statement and confirmation of the Plan.

2

Dated: September 26, 2025                    Respectfully submitted,

                                            **LAW OFFICES OF MINAKSHI V. HEMLANI, P.C.**

                                             */s/ Minakshi V. Hemlani*
                                            **MINAKSHI V. HEMLANI**


                                            **DENTONS BINGHAM GREENEBAUM LLP**

                                             */s/ Andrew C. Helman*
                                            **ANDREW C. HELMAN**

                                            *Counsel for the Debtor*


                                            *-and-*


                                            **THE OFFICE OF THE U.S. TRUSTEE**

                                            */s/Neil Verbrugge*
                                              **NEIL VERBRUGGE**

                                            *Counsel to the U.S. Trustee*

3

25124338.v2