**MINAKSHI V. HEMLANI**
**LAW OFFICES OF MINAKSHI V. HEMLANI, P.C.**
285 FARENHOLT AVE., SUITE C-312
TAMUNING, GUAM 96913
TELEPHONE: (671) 588-2030
EMAIL: mvhemlani@mvhlaw.net

**ANDREW C. HELMAN** (admitted *pro hac vice*)
**DENTONS BINGHAM GREENEBAUM LLP**
ONE CITY CENTER, SUITE 11100
PORTLAND, ME 04101
TELEPHONE: (207) 619-0919
EMAIL: andrew.helman@dentons.com

*Counsel for the Debtor*

# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| In re | Case No. 24-00013 |
| MARIANAS PROPERTIES, LLC, [1] | Chapter 11 |
| Debtor. | **DEBTOR'S REPORT OF SALE** |

Marianas Properties, LLC, debtor (the "Debtor") in the above styled bankruptcy, hereby reports the results of the sale of property, following the *Motion for Authority to Sell Certain Assets of Marianas Properties, LLC, to Assume and Assign Certain Unexpired Leases and Executory Contracts, and to Assign Permits and Licenses in Relation Thereto* [Docket No. 145] (the "Sale Motion"), granted by the *Order Granting Motion for Authority to Sell Certain Assets of Marianas Properties, LLC, to Assume and Assign Certain Unexpired Leases and Executory Contracts, and to Assign Permits and Licenses in Relation Thereto* [Docket No. 167] (the "Sale Order"). The Sale Order authorized the Debtor to sell (the "Sale") substantially all of its assets (the "Assets").

The Sale closed on April 3, 2025. [Docket No. 172]. The Assets were transferred to Cartium Enterprise Guam, LLC, as assignee of Eastern Contractors Corporation (together, the

---

[1] The last four digits of the taxpayer identification number of Marianas Properties, LLC, are 9263. The principal office of Marianas Properties, LLC, is located at 627b Pale San Vitores Road, Tumon, Guam 96913.

24734551.v2

"Buyer"), for a purchase price of $33,000,000.00 and under the terms set forth in the Sale Order and the Asset Purchase Agreement by and among the Debtor and the Buyer (the "APA"). A true and correct copy of the Settlement Statement is attached as **Exhibit A**.

Dated: September 30, 2025,    Respectfully submitted,

        **LAW OFFICES OF MINAKSHI V. HEMLANI, P.C.**

        */s/ Minakshi V. Hemlani*
        **MINAKSHI V. HEMLANI**

        **DENTONS BINGHAM GREENEBAUM LLP**

        */s/ Andrew C. Helman*
        **ANDREW C. HELMAN**

        *Counsel for the Debtor*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 30, 2025, a copy of this Notice was filed using the Court's EM/ECF system, which will send notification of such filing to CM/ECF participants who have appeared in this case.

Dated: September 30, 2025      **DENTONS BINGHAM GREENEBAUM LLP**

      */s/ Andrew C. Helman*
      **ANDREW C. HELMAN**

      *Counsel for the Debtor*

# EXHIBIT A
## SETTLEMENT STATEMENT

# Seller's Final Closing Statement

Pacific American Title Insurance & Escrow Co.
888 North Marine Corps Drive, Suite 200
Tamuning, GU 96913
Phone: (671)648-7777   Fax: (671)648-7213

**Date:** 04/03/25   **Time:** 9:49:02PM   **Escrow no.:** 89546
**Close of escrow:** 04/03/25                         **Escrow officer:** Sara Pangelinan
**Borrower:** CARTIUM ENTERPRISE GUAM, LLC
**Seller:** MARIANAS PROPERTIES, LLC
**Property location:** PARCEL NO. I: LOT NO. 5140-1-2
TAMUNING, GU 96913
PARCEL NO. II: LOT NO. 5140-2-R2
TAMUNING, GU 96913
PARCEL NO. III: LOT NO. 5140-2-2
TAMUNING, GU 96913

|  | Seller Debit | Seller Credit |
|---|---|---|
| **Financial Consideration** | | |
| Contract sales price | | 33,000,000.00 |
| **Prorations/Adjustments** | | |
| City/Town taxes 01/01/25 - 04/03/25 | 17,804.00 | |
| **Other Debits/Credits** | | |
| Payment to DIP ACCOUNT | 32,692,829.12 | |
| Add'l. Payment (overpayment on RET payments) to DIP ACCOUNT | 1,653.51 | |
| Payment - Unpaid Real Estate Taxes to TREASURER OF GUAM | 287,713.37 | |
| **Subtotals** | 33,000,000.00 | 33,000,000.00 |
| **TOTALS** | 33,000,000.00 | 33,000,000.00 |

Seller

MARIANAS PROPERTIES, LLC, a Guam limited
liability company

BY: _____
AJAY POTHEN
President

_____
Pacific American Title Insurance & Escrow Co.
Settlement Agent

Case 24-00013   Document 202   Filed 09/30/25   Page 5 of 5