**EXHIBIT B**

THE DISTRICT COURT OF GUAM

| | |
|---|---|
| In re<br><br>MARIANAS PROPERTIES, LLC,[1]<br><br>    Debtor. | Case No. 23-00005<br><br>Chapter 11<br><br>**BALLOT FOR ACCEPTING OR REJECTING CHAPTER 11 PLAN OF REORGANIZATION OF MARIANAS PROPERTIES, LLC, DATED _____, WITH INCORPORATED ADEQUATE DISCLOSURES UNDER SECTION 1190(1) OF THE BANKRUPTCY CODE** |

**Submitted by (Name of Creditor)**: _____

**Date**: _____

      The *Chapter 11 Plan of Reorganization of Marianas Properties, LLC, dated _____ with Incorporated Adequate Disclosures under Section 1190(1) of the Bankruptcy Code* [Dkt. No. \_\_\_] (the "Plan"), filed by Marianas Properties, LLC on _____, shall be confirmed by the Bankruptcy Court and made binding on you under 11 U.S.C. § 1191(a) if it is accepted by the holders of two-thirds in the amount and more than one-half in number of claims in each impaired class voting on the Plan. If the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if it finds the requirements of 11 U.S.C. § 1191(b) have been satisfied. **If you want your vote to count, you must complete and return this ballot by mail or email to:**

Andrew C. Helman<br>
Dentons Bingham Greenebaum, LLP<br>
One City Center, Suite 11100<br>
Portland, ME 04101<br>
andrew.helman@dentons.com<br>
<br>
Minakshi V. Hemlani<br>
Law Offices of Minakshi V. Hemlani, P.C.<br>
285 Farenholt Ave., Suite C-312<br>
Tamuning, Guam 96913<br>
Email:  mvhemlani@mvhlaw.net

**This ballot must be received no later than _____.**

---

[1]     The last four digits of the taxpayer identification number of Marianas Properties, LLC, are 9263. The principal office of Marianas Properties, LLC, is located at 627b Pale San Vitores Road, Tumon, Guam 96913.

**BALLOT**:  The undersigned, a creditor of Marianas Properties, LLC, in the unpaid principal amount of $_____, [Fill in Amount of Claim]

[Check the Appropriate Box]

**[ ] Accepts the Plan**

**[ ] Rejects the Plan**

CREDITOR: _____

BY: _____

TITLE: _____

ADDRESS: _____