**MINAKSHI V. HEMLANI**
**LAW OFFICES OF MINAKSHI V. HEMLANI, P.C.**
285 FARENHOLT AVE., SUITE C-312
TAMUNING, GUAM 96913
TELEPHONE: (671) 588-2030
EMAIL: mvhemlani@mvhlaw.net

**ANDREW C. HELMAN** (admitted *pro hac vice*)
**DENTONS BINGHAM GREENEBAUM LLP**
ONE CITY CENTER, SUITE 11100
PORTLAND, ME 04101
TELEPHONE: (207) 619-0919
EMAIL: andrew.helman@dentons.com

*Counsel for the Debtor*

# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| In re<br><br>MARIANAS PROPERTIES, LLC,<br><br>    Debtor. | Case No. 24-00013<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON THE DEBTOR'S MOTION FOR ENTRY OF AN ORDER (I) CONDITIONALLY APPROVING THE DISCLOSURE STATEMENT FOR THE CHAPTER 11 PLAN OF LIQUIDATION; (II) SCHEDULING A COMBINED HEARING ON THE PLAN AND DISCLOSURE STATEMENT; (III) APPROVING PROCEDURES FOR SOLICITATION AND VOTING, INCLUDING DATES, DEADLINES, AND NOTICES RELATED TO CONFIRMATION OF THE PLAN; AND (IV) GRANTING RELATED RELIEF**<br><br>**DATE: OCTOBER 17, 2025**<br>**TIME: 8:30 A.M. (CHST)** |

**TO CREDITORS AND OTHER PARTIES IN INTEREST:**

    On September 25, 2025, Marianas Properties, LLC, (the "Debtor"), the debtor and debtor in possession in the above-captioned chapter 11 case, filed the *Plan of Liquidation of Marianas Properties, LLC Under Chapter 11 of the Bankruptcy Code* [Docket No. 198] (the "Plan") and the *Disclosure Statement for the Plan of Liquidation of Marianas Properties, LLC Under Chapter 11 of the Bankruptcy Code* [Docket No. 199] (the "Disclosure Statement").

**NOTICE IS HEREBY GIVEN** that the Debtor filed the *Debtor's Motion for Entry of an Order (I) Conditionally Approving the Disclosure Statement for the Chapter 11 Plan of Liquidation; (II) Scheduling a Combined Hearing on the Plan and Disclosure Statement; (III) Approving Procedures for Solicitation and Voting, Including Dates, Deadlines , and Notices Related to Confirmation of the Plan, and (IV) Granting Related Relief* [Docket No. 203] (the "Motion").

**A HEARING ON THE MOTION** is set for **October 17, 2025, at 8:30 a.m. (CHST)** at the District Court of Guam - Bankruptcy Division, 4th Floor, U.S. Courthouse 520 W Soledad Ave, Hagåtña, Guam 96910.

If you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your view on the Motion, then, pursuant to Local Rule 9013-1(c), you or your attorney must file a statement explaining your position not later than **October 14, 2025**.

Objections to the Motion must be filed with the Court at:

> District Court of Guam
> Bankruptcy Division
> 4th Floor, U.S. Courthouse
> 520 W. Soledad Ave.
> Hagåtña, GU 96910

If you mail your response to the Court, you must mail it early enough that the Court will receive it on or before the deadline stated above. The Court may disregard any response filed untimely.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

*[remainder of page intentionally left blank]*

Dated: October 4, 2025　　　　　　　　　　Respectfully submitted,

**LAW OFFICES OF MINAKSHI V. HEMLANI, P.C.**

　*/s/ Minakshi V. Hemlani*
　**MINAKSHI V. HEMLANI**

**DENTONS BINGHAM GREENEBAUM LLP**

　*/s/ Andrew C. Helman*
　**ANDREW C. HELMAN**

*Counsel to the Debtor Marianas Properties, LLC*