OFFICE OF THE UNITED STATES TRUSTEE

TIFFANY L. CARROLL
Acting United States Trustee
CURTIS CHING            3931
Assistant United States Trustee
NEIL VERBRUGGE  7478
Trial Attorney
300 Ala Moana Boulevard, Room 4108
Honolulu, Hawaii  96850
Telephone:  (808) 522-8155
ustpregion15.hi.ecf@usdoj.gov


## IN THE DISTRICT COURT OF GUAM
## BANKRUPTCY DIVISION

| | |
|---|---|
| In re:<br><br>MARIANAS PROPERTIES, LLC,<br><br>            Debtor and<br>            Debtor-in-possession. | Case No. 24-00013<br>(Chapter 11)<br><br>Hearing:<br>Date:  October 17, 2025 (ChST)<br>Time:  8:30 a.m. (ChST)<br>Judge: Hon. Frances M. Tydinco-Gatewood<br><br>[Related Docket Entry:  Dkt. #203] |

**UNITED STATES TRUSTEE'S STATEMENT AND RESERVATION OF RIGHTS REGARDING THE DEBTOR'S MOTION FOR ENTRY OF AN ORDER (I) CONDITIONALLY APPROVING THE DISCLOSURE STATEMENT FOR THE CHAPTER 11 PLAN OF LIQUIDATION; (II) SCHEDULING A COMBINED HEARING ON THE PLAN AND DISCLOSURE STATEMENT; (III) APPROVING PROCEDURES FOR SOLICIATION AND VOTING, INCLUDING DATES, DEADLINES, AND NOTICES RELATED TO CONFIRMATION OF THE PLAN; AND (IV) GRANTING RELATED RELIEF**

The United States Trustee, by and through her attorney, hereby submits this statement

regarding The Debtor and Debtor-in-Possession Marianas Properties, LLC ("Debtor") Motion

for Entry of an Order (I) Conditionally Approving the Disclosure Statement for the Chapter 11

Plan of Liquidation; (II) Scheduling a Combined Hearing on the Plan and Disclosure Statement;

(III) Approving Procedures for Solicitation and Voting, Including Dates, Deadlines, and Notices

related to Confirmation of the Plan (the "Motion for Conditional Approval of Disclosure Statement").

The United States Trustee has had discussions with Debtor's counsel about the Plan's classification of general unsecured debtors as unimpaired. Because Debtor is "solvent", in order for the Plan to classify general unsecured debtors as unimpaired, Debtor will need to amend the Plan to provide for payment of post-petition interest at the applicable legal rate. The United States Trustee understands the Debtor will file an amendment to the Plan, after the deadline to objection to conditional approval has elapsed, to provide for payment of post-petition interest to general unsecured claims.

Subject to the United States Trustee's comments above and reserving her right to review and file an objection to final approval of the disclosure statement and confirmation of the plan by the applicable objection deadline, the United States Trustee does not object to the adequacy of the disclosure statement for purposes of conditional approval.

DATE: Honolulu, Hawaii, October 13, 2025.

Tiffany L. Carroll
Acting United States Trustee

By /s/ Neil Verbrugge
Trial Attorney