**Exhibit 2**

**Feasibility/Liquidation Analysis**

**Marianas Properties, LLC**
**Liquidation Analysis** - *prepared as of August 31, 2025*
**$000's**

| Ref. | | Proceeds: | | |
|---|---|---|---|---|
| 1 | | Bank cash / book balance at 8/31/2025 | $ 40.0 | |
| 2 | | DIP professional escrow account 8/31/2025 | 0.2 | |
| 3 | | Typhoon insurance claim proceeds, Advance | 6,785.0 | |
| 3 | | Typhoon insurance claim - Estimate residual claim | 2,215.0 | |
| 4 | | Net proceeds from sale of hotel property and FF&E - net of payoff of BOG claim on 6/26/2025 | 190.0 | |
| | | Subtotal - Proceeds | | 9,230.2 |
| | | **Liabilities:** | | |
| | | **Chapter 7 Post-Conversion Fees & Commission** | | |
| 5 | | Liquidating Trustee compensation | (250.0) | |
| | | Liquidating Trust legal fees | N/A | |
| | | Other Post-confirmation professionals | - | |
| | | Other Post-confirmation expenses | - | |
| | | Total Post-confirmation expense | | (250.0) |
| | **Class** | **Distributions** | | |
| 6 | Unclassified | Post-petition administrative claims | (97.7) | |
| 7 | Unclassified | DIP Financing Claim | (1,498.1) | |
| 8 | Unclassified | Est. Professional Fees | (631.3) | |
| | Unclassified | US Trustee Fees | (256.2) | |
| 9 | Class 1 | BOG Secured Claim | - | |
| 10 | Class 2 | SBA Secured Claim | (164.2) | |
| 11 | Class 3 | Priority Tax Claims | (515.5) | |
| 12 | Class 4 | Priority Non-Tax Claims | - | |
| 13 | Class 5 | General Unsecured Claims | (896.2) | |
| 14 | Class 6 | Subordinated Intercompany Claims | (2,306.2) | |
| 15 | Class 7 | Interests of Mathews Pothen | (1,739.1) | |
| | | Subtotal - Secured, Admin, and Priority Distributions | | (8,104.4) |
| | | *Net estimated proceeds after satisfying required payments* | | $ 875.8 |

**Footnotes:**

| Ref. | |
|---|---|
| 1 | Book balance at 8/31/25 of account #0171 and #0180 |
| 2 | Account balance at 8/31/25 |
| 3 | Estimated insurance claim of $12m less the advance of $6.785m received as of 8/31/25, with the estimated residual claim discounted for the risk of recovery. The Debtor reserves all rights with respect to the insurance claim. |
| 4 | Net hotel sale proceeds deposited in account ending #537 as of 8/31/2025. |
| 5 | Estimate fees under Chapter 7 scenario. |
| 6 | Includes projected operating losses, payroll accrual - post-petition, and Trade AP - post-petition |
| 7 | DIP loan balance as of 8/31/25. |
| 8 | Includes Debtor professionals; Estimated through end of case, excluding payments through 6/30/2025 |
| 9 | Bank of Guam claim settled and paid 6/25/2025. |
| 10 | As per PoC submitted by the US SBA |
| 11 | Includes Priority Tax Claim + employee payroll withholding tax; Claim amounts per the Proofs of Claim. |
| 12 | The only claims in this class are wages claims, which were already satisfied under the wages order [Dkt. No. 109] |
| 13 | Includes amounts owed to unsecured creditors with undisputed claims or submitted Proofs of Claim. |
| 14 | Claim amount as per schedule E/F, netted against most intercompany AR as of petition date. |
| 15 | Claim amount Mathews Pothen as per schedule E/F. |