**MINAKSHI V. HEMLANI**
**LAW OFFICES OF MINAKSHI V. HEMLANI, P.C.**
285 FARENHOLT AVE., SUITE C-312
TAMUNING, GUAM 96913
TELEPHONE: (671) 588-2030
EMAIL: mvhemlani@mvhlaw.net

**ANDREW C. HELMAN** (admitted pro hac vice)
**DENTONS BINGHAM GREENEBAUM LLP**
ONE CITY CENTER, SUITE 11100
PORTLAND, ME 04101
TELEPHONE: (207) 619-0919
EMAIL: andrew.helman@dentons.com

*Counsel for the Debtor*

## THE DISTRICT COURT OF GUAM

| | |
|---|---|
| In re:<br><br>MARIANAS PROPERTIES, LLC,[1]<br><br>       Debtor. | Bankruptcy Case No. 24-00013<br>Chapter 11<br><br>**ORDER GRANTING THE DEBTOR'S MOTION FOR ENTRY OF AN ORDER (I) CONDITIONALLY APPROVING THE REVISED DISCLOSURE STATEMENT FOR THE REVISED CHAPTER 11 PLAN OF LIQUIDATION; (II) SCHEDULING A COMBINED HEARING ON THE REVISED PLAN AND REVISED DISCLOSURE STATEMENT; AND (III) APPROVING PROCEDURES FOR SOLICITATION AND VOTING, INCLUDING DATES, DEADLINES, AND NOTICES RELATED TO CONFIRMATION OF THE REVISED PLAN; AND (IV) GRANTING RELATED RELIEF** |

---

[1] The last four digits of the taxpayer identification number of Marianas Properties, LLC, are 9263. The principal office of Marianas Properties, LLC, is located at 627b Pale San Vitores Road, Tumon, Guam 96913.

25171309.v1

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtor and debtor in possession (the "Debtor") for entry of an order (i) conditionally approving the Revised *Disclosure Statement for Chapter 11 Plan of Liquidation of Marianas Properties, LLC Under Chapter 11 of the Bankruptcy Code* [ECF. No. 209] (the "Revised Disclosure Statement"), (ii) scheduling a Combined Hearing to consider confirmation of the Revised Plan (the "Combined Hearing") and final approval of the adequacy of the information contained in the Revised Disclosure Statement under section 1125 of the Bankruptcy Code (iii) approving procedures for solicitation and voting on the Revised *Plan of Liquidation of Marianas Properties, LLC Under Chapter 11 of the Bankruptcy Code* [ECF. No. 210] (the "Revised Plan"), including approving certain dates, deadlines, and notices for confirmation of the Revised Plan; and (iv) granting related relief; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtor's estate, its creditors, and other parties in interest; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein; and this Court having determined that the legal and factual bases set forth in support of the Motion establish just cause for the relief granted herein; it is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The Motion is granted as set forth herein.

---

[2] Capitalized terms used herein but not otherwise defined shall have the meaning given to them in the Motion.

2. The Revised Disclosure Statement[3] is conditionally approved for purposes of solicitation of the Revised Plan, and the Debtor is authorized to distribute it in conjunction with the Solicitation Packages in order to solicit votes from Holders of Claims entitled to vote on the Revised Plan.

3. The Combined Hearing, at which time the Court will consider, among other things, the adequacy of the Revised Disclosure Statement and confirmation of the Revised Plan, shall be held on December 12, 2025, at 8:30 a.m., prevailing Chamorro Standard Time.

4. Any objections to the adequacy of the information contained in the Revised Disclosure Statement or confirmation of the Revised Plan shall be filed on or before November 26, 2025, at 11:59 p.m., prevailing Chamorro Standard Time.

5. Any brief in support of the confirmation of the Revised Plan and reply to any objections shall be filed on or before December 3, 2025, at 11:59 p.m., prevailing Chamorro Standard Time.

6. Any objections to the Revised Disclosure Statement or confirmation of the Revised Plan must:

    a. be in writing;

    b. comply with the Bankruptcy Rules and the Local Rules;

    c. state the name and address of the objecting party and the amount and nature of the Claim or Interest owned by such entity;

---

[3] The United States Trustee filed a statement noting "Debtor will need to amend the Plan to provide for payment of post-petition interest at the applicable legal rate." ECF No. 208 (the United States Trustee also reserved her right to review and file and objection to the final approval of the disclosure statement and confirmation of the plan). Debtor amended the disclosure statement in the Revised Disclosure Statement to say "each Holder of an Allowed General Unsecured Claim shall receive payment in full of its Allowed General Unsecured Claim *plus post-petition interest of 6% at the legal rate of interest pursuant to 18 G.C.A. § 47106*." (emphasis on the added language). ECF No. 209.

> d. state with particularity the legal and factual basis for such objections, and, if practicable, a proposed modification to the Revised Plan that would resolve such objections; and
>
> e. be filed with the Court with proof of service thereof and served so as actually to be received on or before the Objection Deadline upon the Debtor and those parties who have filed a notice of appearance in the chapter 11 case.

7. Pursuant to sections 1125 and 1126 of the Bankruptcy Code and applicable non-bankruptcy law, the Debtor is authorized to commence solicitation of the Solicitation Packages to holders of claims in Class One and serve the Combined Hearing Notice on all holders of Claims and Interests and interested parties in this chapter 11 case.

8. The form of the Combined Hearing Notice, substantially in the form attached to the Motion as **Exhibit A**, and service thereof comply with the requirements of the Bankruptcy Code and the Bankruptcy Rules and are approved.

9. The form of the Notice of Non-Voting Status, substantially in the form attached to the Motion as **Exhibit C**, and service thereof comply with the requirements of the Bankruptcy Code and the Bankruptcy Rules and are approved.

10. The Voting Deadline of November 19, 2025, at 11:59 p.m., prevailing Chamorro Standard Time is approved.

11. The Debtor shall file a Ballot Tabulation Report by November 20, 2025, at 11:59 p.m., prevailing Chamorro Standard Time.

12. The procedures proposed by the Debtor for distribution of the Solicitation Packages as set forth in the Motion in soliciting acceptances and rejections of the Revised Plan satisfy the requirements of the Bankruptcy Code and the Bankruptcy Rules and are approved.

13. The Ballot for holders of claims in Class One, substantially in the form attached to the Motion as **Exhibit B**, is approved.

14. The Debtor is not required to mail a full Solicitation Package to holders of Claims or Interests that are (a) Unimpaired and conclusively presumed to accept the Revised Plan, or (b) Impaired and deemed to reject the Revised Plan, but will mail the Combined Hearing Notice to all such holders.

15. Nothing contained in the Motion or this Order shall be deemed or construed as an admission as to the validity or priority of any claim or lien against the Debtor or any other party or as a waiver of such parties' rights to dispute any claim or lien.

16. Notwithstanding the possible applicability of Bankruptcy Rules 4001(a)(3), 6004(h), 7062, 9014, or otherwise, this Order shall be immediately effective and enforceable upon its entry.

17. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

18. The Debtor is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

19. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**SO ORDERED.**

/s/ **Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: Oct 16, 2025**