**MINAKSHI V. HEMLANI**
**LAW OFFICES OF MINAKSHI V. HEMLANI, P.C.**
285 FARENHOLT AVE., SUITE C-312
TAMUNING, GUAM 96913
TELEPHONE: (671) 588-2030
EMAIL: mvhemlani@mvhlaw.net

**ANDREW C. HELMAN** (admitted *pro hac vice*)
**DENTONS BINGHAM GREENEBAUM LLP**
ONE CITY CENTER, SUITE 11100
PORTLAND, ME 04101
TELEPHONE: (207) 619-0919
EMAIL: andrew.helman@dentons.com

*Counsel for the Debtor*

## THE DISTRICT COURT OF GUAM

| | |
|---|---|
| In re<br><br>MARIANAS PROPERTIES, LLC, [1]<br><br>    Debtor. | Case No. 24-00013<br><br>Chapter 11<br><br>**NOTICE OF COMBINED HEARING AND RELATED DEADLINES REGARDING THE PLAN OF LIQUIDATION OF MARIANAS PROPERTIES, LLC UNDER CHAPTER 11 OF THE BANKRUPTCY CODE** |

    **PLEASE TAKE NOTICE THAT** on October 16, 2025, the United States District Court for the District of Guam – Bankruptcy Division (the "Court") entered an order [Dkt. No. 211] (the "Conditional Approval and Procedures Order") (a) conditionally approving the Disclosure Statement for solicitation purposes only; (b) setting a hearing for confirmation of the *Revised Plan of Liquidation of Marianas Properties, LLC Under Chapter 11 of the Bankruptcy Code* (the "Plan") [Dkt. No. 210] and final approval of the *Revised Disclosure Statement for Chapter 11 Plan of Liquidation of Marianas Properties, LLC Under Chapter 11 of the Bankruptcy Code* [Dkt. No. 209] (the "Disclosure Statement") as containing adequate information as required by section 1125 of the Bankruptcy Code (the "Combined Hearing") filed by the above-captioned debtor and debtor in possession (the "Debtor"); and (c) setting related deadlines.

    **PLEASE TAKE FURTHER NOTICE THAT** the Combined Hearing will take place on December 12, 2025, at 8:30 a.m. prevailing Chamorro Standard Time, before the Honorable Chief Judge Frances M. Tydingco-Gatewood in the United States District Court for the District of Guam – Bankruptcy Division, located at 520 W. Soledad Ave Floor 4, Hagatna, GU 96910.

---

[1]     The last four digits of the taxpayer identification number of Marianas Properties, LLC, are 9263. The principal office of Marianas Properties, LLC, is located at 627b Pale San Vitores Road, Tumon, Guam 96913.

24934118.v2

**PLEASE TAKE FURTHER NOTICE THAT** the deadline for filing objections to the Plan and final approval of the Plan is November 26, 2025 (the "Objection Deadline"). All objections to the relief sought at the Combined Hearing must be filed with the Court so as to be actually received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE THAT** the Plan proposes to allow or disallow claims in the amounts set forth in Article 3 of the Plan, a copy of which is enclosed, and to allow contract cure claims in the amounts set forth in Article 6 of the Plan, a copy of which is also enclosed. If you object to such treatment, then you must object to the Plan by the Objection Deadline. Pursuant to the Plan, such an objection will result in the Court scheduling further proceedings with respect to any such claim and related objection to be resolved after confirmation of the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtor shall file a memorandum in support of confirmation of the Plan, including replies to any objections to confirmation, no later than 11:59 p.m. (prevailing Chamorro Time) on December 3, 2025.

**TO OBTAIN A COPY OF THE PLAN AT NO EXPENSE**, please contact:

Samantha Hayes
Dentons
One City Center, Suite 11100
Portland, ME 04101
(207) 533-8367
samantha.hayes@dentons.com

**BINDING NATURE OF THE PLAN:**

*If confirmed, the Plan will bind all Holders of Claims or Interests to the maximum extent permitted by applicable law, whether or not such Holder will receive or retain any property or interest in property under the Plan, has filed a Proof of Claim in this chapter 11 case.*

Dated: October 22, 2025               Respectfully submitted,

                                      */s/Andrew C. Helman*
                                      Andrew C. Helman (admitted pro hac vice)
                                      Dentons Bingham Greenebaum LLP
                                      ONE CITY CENTER, SUITE 11100
                                      PORTLAND, ME 04101
                                      TELEPHONE: (207) 619-0919
                                      EMAIL: andrew.helman@dentons.com

                                      *Counsel for the Debtor*

2

## CERTIFICATE OF SERVICE

This is to certify that I have, on October 22, 2025, caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the District of Guam.

Additionally, I caused this document to be served to be served via first class mail to the attached **Exhibit A** listed below.

*/s/ Andrew C. Helman*
Andrew C. Helman

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0993-1<br>Case 24-00013<br>District Court of Guam<br>Hagatna<br>Tue Oct 21 05:06:07 ChST 2025 | Bank Of Guam<br>C/O P.O. Box X<br>Agana, GU 96910 | Eastern Contractors Corporation<br>c/o Law Offices of Jacques G. Bronze, PC<br>173 Aspinall Ave<br>Suite 206A<br>Hagatna, Gu 96910-5188 |
| First Hawaiian Bank<br>c/o Blair Sterling Johnson & Martinez PC<br>1411 Pale San Vitores Rd Ste 303<br>Tamuning, GU 96913-4232 | Goodwind Development Corporation<br>c/o Joyce C.H. Tang<br>Civille and Tang, PLLC<br>330 Hernan Cortez Avenue<br>Suite 200<br>Hagatna, GU 96910-5081 | Marianas Properties, LLC<br>272E Harmon Industrial Park Road<br>Unit 201<br>Tamuning, GU 96913-4428 |
| Office of the Clerk<br>520 W. Soledad Ave.<br>4th Floor, U.S. Courthouse<br>Hagatna, GU 96910-4916 | Agoda Company PTE<br>1 Wallich Street<br>Singapore, 07888-1000 | Alik, Robert R.<br>PO Box 668<br>Dededo, GU 96929 |
| Arenas, Hermie Mendoza<br>188 Mil Flores Lane<br>Latte Heights<br>Mangilao, GU 96913-5730 | BANK OF GUAM<br>111 WEST CHALAN SANTO PAPA<br>HAGATNA, GU 96910-5198 | BANK OF GUAM - FICA<br>P.O. BOX BW<br>HAGATNA, GU 96932-7597 |
| Bank of Guam<br>C0 Arriola Law Firm LLC<br>259 W. Martyr Street, Ste. 201<br>Hagatna, Guam 96910-5200 | Camacho, Jack SA<br>House #236 Herman Deleon St.<br>Sinajana, GU 96910 | Chan, Hoi-Yin Jessica<br>1270 N. Marine Corps Drive, Ste. 10<br>Tamuning, GU 96913-4331 |
| De Leon Guerrero, Brian<br>P. O. BOX 11747<br>Yigo, GU 96929-0747 | Eliou, Techuo<br>P.O. Box 9981<br>Tamuning, GU 96931-5981 | Feng, Leland Ying Yi<br>PO BOX 10225<br>Tamuning, GU 96931-0225 |
| First Hawaiian Bank<br>C/O Blair Sterling Johnson and Martinez<br>1411 Pale San Vitores Road, Suite 303<br>Tamuning, GU 96913-4232 | First Hawaiian Bank<br>Hwy 400 8 400 Suite 101<br>Mongmong-Toto-Maite, GU 96910 | First Hawaiian Bank<br>c/o Blair Sterling Johnson & Martinez, P<br>1411 Pale San Vitores Rd Ste 303<br>Tamuning GU 96913-4232 |
| GOODWIND DEVELOPMENT CORPORATION<br>c/o Joyce C.H. Tang<br>Civille and Tang, PLLC<br>330 Hernan Cortez Avenue, Suite 200<br>Hagta, Guam 96910-5081 | Garcia, Ken Dumpit<br>P. O. Box 25729<br>Barrigada, GU 96921-5729 | Guam Attorney General Office<br>Attn: Douglas B. Moylan<br>590 S. Marine Corp Dr. Ste 901<br>Barrigada, GU 96913-3537 |
| Guam Power Authority<br>PO Box 2977<br>HAGATNA, GU 96932-2977 | Guam Shipyard<br>272 E. HARMON INDUSTRIAL PARK RD<br>STE. 201<br>TAMUNING, GU 96913-4428 | Guam Waterworks Authority<br>P.O. Box 3010<br>TAMUNING, GU 96913 |
| IT&E<br>PO Box 24881<br>BARRIGADA, GU 96921-4881 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Kettenacker Jr., Kenneth Fred<br>162 Western Boulevard Apt. 111<br>Tamuning, GU 96913-3172 |

| | | |
|---|---|---|
| Lorenzo, Rolando Domingo<br>225 CALLE JL BLAS<br>Dedeo, GU 96929-5125 | Mansanao, Eduardo Joya<br>P.O. BOX 24802<br>Barrigada, GU 96921-4802 | Mathews Pothen<br>272 E. Harmon Industrial Park Road<br>Unit 201<br>Tamuning, GU 96913-4428 |
| Mathews Pothen<br>CO Law Office of Louie J. Yanza<br>MVP Building<br>862 South Marine Corps Drive, Suite 203<br>Tamuning, GU 96913-3460 | Neil J. Verbrugge<br>DOJ-UST<br>300 Ala Moana Boulevard<br>Honolulu, HI 96850-0001 | Pacific Laundry & Textile<br>PO Box 24366<br>BARRIGADA, GU 96921-4366 |
| Palaganas, Erlindo Cerezo<br>PO Box 26903<br>Barrigada, GU 96921-6903 | Park, Kwang Woo<br>1270 North Marine Corps Drive<br>PMB-129,<br>Tamuning, GU 96913-4331 | Pothen, Ajay<br>P. O. BOX 13024<br>Santa Rita, GU 96915-3024 |
| Raymond F.A. Camacho<br>184 Whidbey Avenue<br>Oak Harbor, WA 98277-5630 | Reyes, Gus A<br>267 CHALAN SIBUKAO<br>Dededo, GU 96929-6082 | Roberto, Kayla Nicole<br>HCR 18088<br>Umatac, GU 96915 |
| Sangalang, Rodel Salalila<br>PO BOX 326331<br>Hagatna, GU 96932-6005 | Sevilla, Teodoric Malic<br>4219 AAFB<br>Yigo Beach, GU 96929 | Small Business Administration<br>409 3rd Street<br>Washington, DC 20416-0002 |
| Take Care Insurance Company, Inc.<br>PO Box 6578<br>TAMUNING, GU 96931-6578 | Teresita Norris<br>927 Rancher Drive<br>Fountain, CO 80817-4113 | The Estate of Mary Jane T. Guerrero<br>3169 Emerald Creek Drive<br>Las Vegas, NV 89156-3769 |
| Treasurer of Guam<br>PO BOX 230607<br>Barrigada, GU 96921 | (p)U S  SMALL BUSINESS ADMINISTRATION<br>312 N SPRING ST 5TH FLOOR<br>LOS ANGELES CA 90012-4701 | Andrew C. Helman<br>Dentons Bingham Greenebaum, LLP<br>1 City Center<br>Suite 11100<br>Portland, ME 04101-6420 |
| Curtis Ching<br>Office of the U.S. Trustee<br>300 Ala Moana Boulevard<br>Room 4108<br>Honolulu, HI 96850-4108 | David K Boydstun Jr<br>Dentons Bingham Greenebaum LLP<br>101 South Fifth Street<br>Ste 3500<br>Louisville, KY 40202-3140 | Kyle D Smith<br>Dentons Bingham Greenebaum<br>1 City Center<br>Suite 11100<br>Portland, ME 04101-6420 |
| Mathews Pothen<br>272E Harmon Industrial Park Rd.<br>Unit 201<br>Tamuning, GU 96913-4428 | Minakshi V. Hemlani<br>PO Box 6044<br>Tamuning, GU 96931-6044 | Neil Verbrugge<br>Office of the U.S. Trustee<br>300 Ala Moana Blvd.<br>Room 4108<br>Honolulu, HI 96850-4108 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

U.S. Small Business Administration
Office of General Counsel (SC)
312 North Spring Street, Floor 5
Los Angeles, CA 90012

End of Label Matrix
Mailable recipients   56
Bypassed recipients    0
Total                 56