**MINAKSHI V. HEMLANI**
**LAW OFFICES OF MINAKSHI V. HEMLANI, P.C.**
285 FARENHOLT AVE., SUITE C-312
TAMUNING, GUAM 96913
TELEPHONE: (671) 588-2030
EMAIL: mvhemlani@mvhlaw.net

**ANDREW C. HELMAN** (admitted *pro hac vice*)
**DENTONS BINGHAM GREENEBAUM LLP**
ONE CITY CENTER, SUITE 11100
PORTLAND, ME 04101
TELEPHONE: (207) 619-0919
EMAIL: andrew.helman@dentons.com

*Proposed Counsel for the Debtor*

### IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| In re | Case No. 24-00013 |
| MARIANAS PROPERTIES, LLC,[1] | Chapter 11 |
| Debtor. | **DEBTOR'S CERTIFICATE OF SERVICE REGARDING SOLICITATION PACKAGE** |

I, Andrew C. Helman, hereby certify that on October 22, 2025, pursuant to the *Order Granting the Motion for Entry of an Order (I) Conditionally Approving the Revised Disclosure Statement for the Revised Chapter 11 Plan of Liquidation; (II) Scheduling a Combined Hearing on the Revised Plan and Revised Disclosure Statement; (III) Approving Procedures for Solicitation and Voting, Including Dates, Deadlines , and Notices Related to Confirmation of the Revise Plan, and (IV) Granting Related Relief* [Docket No. 211] and Local Bankruptcy Rules 3018-1 and 3020-1, I caused a copy of the following documents to be served via first class U.S. Mail to the Debtor's mailing matrix in the Service List attached hereto as **<u>Exhibit A</u>**:

---

[1] The last four digits of the taxpayer identification number of Marians Properties, LLC, are 9263. The principal office of Marianas Properties, LLC, is located at 627B Pale San Vitores Road, Tumon, Guam 96913.

25183676.v1

- *Revised Disclosure Statement for Chapter 11 Plan of Liquidation of Marianas Properties, LLC Under Chapter 11 of the Bankruptcy Code* [Docket No. 209]

- *Revised Plan of Liquidation of Marianas Properties, LLC Under Chapter 11 of the Bankruptcy Code* [Docket No. 210]

- *Order Granting the Motion for Entry of an Order (I) Conditionally Approving the Revised Disclosure Statement for the Revised Chapter 11 Plan of Liquidation; (II) Scheduling a Combined Hearing on the Revised Plan and Revised Disclosure Statement; (III) Approving Procedures for Solicitation and Voting, Including Dates, Deadlines , and Notices Related to Confirmation of the Revise Plan, and (IV) Granting Related Relief* [Docket No. 211]

- *Notice of Combined Hearing and Related Deadlines Regarding the Plan of Liquidation of Marianas Properties, LLC Under Chapter 11 of the Bankruptcy Code* [Docket No. 212]

- *Notice of Non-Voting Status*

In addition to the foregoing, I caused a *Ballot for Accepting or Rejecting Revised Plan of Liquidation of Marianas Properties, LLC Under Chapter 11 of* the *Bankruptcy Code Dated October 16, 2025*, to be served on the Bank of Guam via first class U.S. Mail.

Dated: October 23, 2025          Respectfully submitted,

                                       **DENTONS BINGHAM GREENEBAUM LLP**

                                       */s/ Andrew C. Helman*
                                       **ANDREW C. HELMAN**

**SERVICE LIST**
**(VIA FIRST CLASS U.S. MAIL)**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0993-1<br>Case 24-00013<br>District Court of Guam<br>Hagatna<br>Tue Oct 21 05:06:07 ChST 2025 | Bank Of Guam<br>C/O P.O. Box X<br>Agana, GU 96910 | Eastern Contractors Corporation<br>c/o Law Offices of Jacques G. Bronze, PC<br>173 Aspinall Ave<br>Suite 206A<br>Hagatna, Gu 96910-5188 |
| First Hawaiian Bank<br>c/o Blair Sterling Johnson & Martinez PC<br>1411 Pale San Vitores Rd Ste 303<br>Tamuning, GU 96913-4232 | Goodwind Development Corporation<br>c/o Joyce C.H. Tang<br>Civille and Tang, PLLC<br>330 Hernan Cortez Avenue<br>Suite 200<br>Hagatna, GU 96910-5081 | Marianas Properties, LLC<br>272E Harmon Industrial Park Road<br>Unit 201<br>Tamuning, GU 96913-4428 |
| Office of the Clerk<br>520 W. Soledad Ave.<br>4th Floor, U.S. Courthouse<br>Hagatna, GU 96910-4916 | Agoda Company PTE<br>1 Wallich Street<br>Singapore, 07888-1000 | Alik, Robert R.<br>PO Box 668<br>Dededo, GU 96929 |
| Arenas, Hermie Mendoza<br>188 Mil Flores Lane<br>Latte Heights<br>Mangilao, GU 96913-5730 | BANK OF GUAM<br>111 WEST CHALAN SANTO PAPA<br>HAGATNA, GU 96910-5198 | BANK OF GUAM - FICA<br>P.O. BOX BW<br>HAGATNA, GU 96932-7597 |
| Bank of Guam<br>CO Arriola Law Firm LLC<br>259 W. Martyr Street, Ste. 201<br>Hagatna, Guam 96910-5200 | Camacho, Jack SA<br>House #236 Herman Deleon St.<br>Sinajana, GU 96910 | Chan, Hoi-Yin Jessica<br>1270 N. Marine Corps Drive, Ste. 10<br>Tamuning, GU 96913-4331 |
| De Leon Guerrero, Brian<br>P. O. BOX 11747<br>Yigo, GU 96929-0747 | Eliou, Techuo<br>P.O. Box 9981<br>Tamuning, GU 96931-5981 | Feng, Leland Ying Yi<br>PO BOX 10225<br>Tamuning, GU 96931-0225 |
| First Hawaiian Bank<br>C/O Blair Sterling Johnson and Martinez<br>1411 Pale San Vitores Road, Suite 303<br>Tamuning, GU 96913-4232 | First Hawaiian Bank<br>Hwy 400 8 400 Suite 101<br>Mongmong-Toto-Maite, GU 96910 | First Hawaiian Bank<br>c/o Blair Sterling Johnson & Martinez, P<br>1411 Pale San Vitores Rd Ste 303<br>Tamuning GU 96913-4232 |
| GOODWIND DEVELOPMENT CORPORATION<br>c/o Joyce C.H. Tang<br>Civille and Tang, PLLC<br>330 Hernan Cortez Avenue, Suite 200<br>Hagta, Guam 96910-5081 | Garcia, Ken Dumpit<br>P. O. Box 25729<br>Barrigada, GU 96921-5729 | Guam Attorney General Office<br>Attn: Douglas B. Moylan<br>590 S. Marine Corp Dr. Ste 901<br>Barrigada, GU 96913-3537 |
| Guam Power Authority<br>PO Box 2977<br>HAGATNA, GU 96932-2977 | Guam Shipyard<br>272 E. HARMON INDUSTRIAL PARK RD<br>STE. 201<br>TAMUNING, GU 96913-4428 | Guam Waterworks Authority<br>P.O. Box 3010<br>TAMUNING, GU 96913 |
| IT&E<br>PO Box 24881<br>BARRIGADA, GU 96921-4881 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Kettenacker Jr., Kenneth Fred<br>162 Western Boulevard Apt. 111<br>Tamuning, GU 96913-3172 |

| | | |
|---|---|---|
| Lorenzo, Rolando Domingo<br>225 CALLE JL BLAS<br>Dedeo, GU 96929-5125 | Mansanao, Eduardo Joya<br>P.O. BOX 24802<br>Barrigada, GU 96921-4802 | Mathews Pothen<br>272 E. Harmon Industrial Park Road<br>Unit 201<br>Tamuning, GU 96913-4428 |
| Mathews Pothen<br>CO Law Office of Louie J. Yanza<br>MVP Building<br>862 South Marine Corps Drive, Suite 203<br>Tamuning, GU 96913-3460 | Neil J. Verbrugge<br>DOJ-UST<br>300 Ala Moana Boulevard<br>Honolulu, HI 96850-0001 | Pacific Laundry & Textile<br>PO Box 24366<br>BARRIGADA, GU 96921-4366 |
| Palaganas, Erlindo Cerezo<br>PO Box 26903<br>Barrigada, GU 96921-6903 | Park, Kwang Woo<br>1270 North Marine Corps Drive<br>PMB-129,<br>Tamuning, GU 96913-4331 | Pothen, Ajay<br>P. O. BOX 13024<br>Santa Rita, GU 96915-3024 |
| Raymond F.A. Camacho<br>184 Whidbey Avenue<br>Oak Harbor, WA 98277-5630 | Reyes, Gus A<br>267 CHALAN SIBUKAO<br>Dededo, GU 96929-6082 | Roberto, Kayla Nicole<br>HCR 18088<br>Umatac, GU 96915 |
| Sangalang, Rodel Salalila<br>PO BOX 326331<br>Hagatna, GU 96932-6005 | Sevilla, Teodoric Malic<br>4219 AAFB<br>Yigo Beach, GU 96929 | Small Business Administration<br>409 3rd Street<br>Washington, DC 20416-0002 |
| Take Care Insurance Company, Inc.<br>PO Box 6578<br>TAMUNING, GU 96931-6578 | Teresita Norris<br>927 Rancher Drive<br>Fountain, CO 80817-4113 | The Estate of Mary Jane T. Guerrero<br>3169 Emerald Creek Drive<br>Las Vegas, NV 89156-3769 |
| Treasurer of Guam<br>PO BOX 230607<br>Barrigada, GU 96921 | (p)U S  SMALL BUSINESS ADMINISTRATION<br>312 N SPRING ST 5TH FLOOR<br>LOS ANGELES CA 90012-4701 | Andrew C. Helman<br>Dentons Bingham Greenebaum, LLP<br>1 City Center<br>Suite 11100<br>Portland, ME 04101-6420 |
| Curtis Ching<br>Office of the U.S. Trustee<br>300 Ala Moana Boulevard<br>Room 4108<br>Honolulu, HI 96850-4108 | David K Boydstun Jr<br>Dentons Bingham Greenebaum LLP<br>101 South Fifth Street<br>Ste 3500<br>Louisville, KY 40202-3140 | Kyle D Smith<br>Dentons Bingham Greenebaum<br>1 City Center<br>Suite 11100<br>Portland, ME 04101-6420 |
| Mathews Pothen<br>272E Harmon Industrial Park Rd.<br>Unit 201<br>Tamuning, GU 96913-4428 | Minakshi V. Hemlani<br>PO Box 6044<br>Tamuning, GU 96931-6044 | Neil Verbrugge<br>Office of the U.S. Trustee<br>300 Ala Moana Blvd.<br>Room 4108<br>Honolulu, HI 96850-4108 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
U.S. Small Business Administration        End of Label Matrix
Office of General Counsel (SC)            Mailable recipients    56
312 North Spring Street, Floor 5          Bypassed recipients     0
Los Angeles, CA 90012                     Total                  56
```