**MINAKSHI V. HEMLANI**
**LAW OFFICES OF MINAKSHI V. HEMLANI, P.C.**
285 FARENHOLT AVE., SUITE C-312
TAMUNING, GUAM 96913
TELEPHONE: (671) 588-2030
EMAIL: mvhemlani@mvhlaw.net

**ANDREW C. HELMAN** (admitted *pro hac vice*)
**DENTONS BINGHAM GREENEBAUM LLP**
ONE CITY CENTER, SUITE 11100
PORTLAND, ME 04101
TELEPHONE: (207) 619-0919
EMAIL: andrew.helman@dentons.com

*Counsel for the Debtor*

# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| In re<br><br>MARIANAS PROPERTIES, LLC,<br><br>    Debtor. | Case No. 24-00013<br><br>Chapter 11<br><br>**SUMMARY BALLOT REPORT AND CERTIFICATION** |

Marianas Properties, LLC, (the "Debtor") hereby summarizes, reports, and certifies to the Court the results of balloting on the *Revised Plan of Liquidation of Marianas Properties, LLC, Under Chapter 11 of the Bankruptcy Code* [Dkt. No. 210] (the "Plan"). In making such report, the Debtor states as follows:

## BALLOTS SERVED AND RECEIVED

1.  As reflected in the *Debtor's Certificate of Service Regarding Solicitation Package* filed on October 23, 2025, at Docket No. 213, the Debtor caused copies of (i) the *Revised Disclosure Statement for Chapter 11 Plan of Liquidation of Marianas Properties, LLC Under Chapter 11 of the Bankruptcy Code* [Dkt. No. 209]; (ii) the *Revised Plan of Liquidation of Marianas Properties, LLC Under Chapter 11 of the Bankruptcy Code* [Dkt. No. 210]; (iii) the *Order Granting the Motion for Entry of an Order (I) Conditionally Approving the Revised*

*Disclosure Statement for the Revised Chapter 11 Plan of Liquidation; (II) Scheduling a Combined Hearing on the Revised Plan and Revised Disclosure Statement; (III) Approving Procedures for Solicitation and Voting, Including Dates, Deadlines, and Notices Related to Confirmation of the Revise Plan, and (IV) Granting Related Relief* (the "Solicitation Order") [Dkt. No. 211]; (iv) the *Notice of Combined Hearing and Related Deadlines Regarding the Plan of Liquidation of Marianas Properties, LLC Under Chapter 11 of the Bankruptcy Code* [Dkt. No. 212]; (v) the *Notice of Non-Voting Status*; and (vi) a *Ballot for Accepting or Rejecting Revised Plan of Liquidation of Marianas Properties, LLC Under Chapter 11 of the Bankruptcy Code Dated October 16,* 2025, to be served on all parties required under the Solicitation Order.

    2.    The Debtor received one ballot from the Bank of Guam. The Bank of Guam voted to accept the Plan. Pursuant to Bankruptcy Local Rule 3018-1(c)(4), a copy the ballot received from Bank of Guam is attached hereto as **Exhibit A**.

**SUMMARY OF BALLOTING BY CLASSES ENTITLED TO VOTE ON THE PLAN**

| Class 1 | Ballots | Total Class Amount |
|---|---|---|
| Total in class | 1 | $32,503,544.87 |
| # Accepting | 1 (100% of total) | $32,503,544.87 (100% of total claims) |
| # Rejecting | 0 (0% of total) | $0.00 (0% of total claims) |
| | | Class 1 **ACCEPTS** the Plan |

    3.    The Holders of Interests in Classes 2, 3, 4, 5, 6, and 7 are unimpaired and not entitled to vote on the Plan pursuant to section 1126(f) of the Bankruptcy Code.

## **CERTIFICATION**

      I certify that Marianas Properties, LLC, retains the voted ballot and will, upon request of the Court or the U.S. Trustee, produce a copy of such ballot. I further certify that this summary report is an accurate summary of all classes, all allowed claims, and all ballots that voted.


Dated: November 20, 2025         /s/ Andrew C. Helman
                                          Andrew C. Helman
                                          DENTONS BINGHAM GREENEBAUM, LLP
                                          One City Center, Suite 11000
                                          Portland, Maine 04101
                                          (207) 619-0919
                                          andrew.helman@dentons.com

                                          *Counsel for the Debtor*

# EXHIBIT A
# BALLOTS RECEIVED

25250682.v1

# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| In re | Case No. 24-00013 |
| MARIANAS PROPERTIES, LLC,[1] | Chapter 11 |
| Debtor. | **BALLOT FOR ACCEPTING OR REJECTING REVISED PLAN OF LIQUIDATION OF MARIANAS PROPERTIES, LLC UNDER CHAPTER 11 OF THE BANKRUPTCY CODE DATED OCTOBER 16, 2025** |

**Submitted by (Name of Creditor)**: Bank of Guam

**Date**: November 17, 2025

    The *Revised Plan of Liquidation of Marianas Properties, LLC Under Chapter 11 of the Bankruptcy Code* [Dkt. No. 209] (the "Plan"), filed by Marianas Properties, LLC on October 16, 2025, shall be confirmed by the Bankruptcy Court and made binding on you under 11 U.S.C. § 1129 if it is accepted by the holders of two-thirds in the amount and more than one-half in number of claims in each impaired class voting on the Plan. If the requisite acceptances are not obtained, the Bankruptcy Court may nonetheless confirm the Plan if the Plan (a) provides fair and equitable treatment to, and does not discriminate unfairly against, the class(es) of claims or interests that rejected the Plan, in accordance with section 1129(b) of the Bankruptcy Code, and (b) otherwise satisfies the requirements of sections 1129(a) and 1129(b) of the Bankruptcy Code. **If you want your vote to count, you must complete and return this ballot by mail or email to:**

Andrew C. Helman
Dentons Bingham Greenebaum, LLP
One City Center, Suite 11100
Portland, ME 04101
andrew.helman@dentons.com

Minakshi V. Hemlani
Law Offices of Minakshi V. Hemlani, P.C.
285 Farenholt Ave., Suite C-312
Tamuning, Guam 96913
Email: mvhemlani@mvhlaw.net

**This ballot must be received no later than <u>November 19, 2025</u>, 11:59 p.m., prevailing Chamorro Time.**

---

[1] The last four digits of the taxpayer identification number of Marianas Properties, LLC, are 9263. The principal office of Marianas Properties, LLC, is located at 627b Pale San Vitores Road, Tumon, Guam 96913.

25227085.v1

**BALLOT**: The undersigned, a creditor of Marianas Properties, LLC, in the principal amount of $32,503,544.87,

[Check the Appropriate Box]

[✓] **Accepts the Plan**

[ ] **Rejects the Plan**

                                                CREDITOR: Bank of Guam

                                                BY: Keven F. Camacho

                                                TITLE: SVP/Chief Sales Officer

                                                ADDRESS: 111 West Chalan Santo Papa
                                                                       Hagatna, GU 96910

25227085.v1