**MINAKSHI V. HEMLANI**
**LAW OFFICES OF MINAKSHI V. HEMLANI, P.C.**
285 FARENHOLT AVE., SUITE C-312
TAMUNING, GUAM 96913
TELEPHONE: (671) 588-2030
EMAIL: mvhemlani@mvhlaw.net

**ANDREW C. HELMAN** (admitted *pro hac vice*)
**DENTONS BINGHAM GREENEBAUM LLP**
ONE CITY CENTER, SUITE 11100
PORTLAND, ME 04101
TELEPHONE: (207) 619-0919
EMAIL: andrew.helman@dentons.com

*Counsel for the Debtor*

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| In re<br><br>MARIANAS PROPERTIES, LLC, [1]<br><br>    Debtor. | Case No. 24-00013<br><br>Chapter 11<br><br>**CERTIFICATION PURSUANT TO BANKRUPTCY LOCAL RULE 2016-1(A)** |

The undersigned, as counsel to Marianas Properties, LLC (the "Debtor"), files this certification (the "Certification") pursuant to Bankruptcy Local Rule 2016-1(a)(4) and in connection with *First Interim Fee Application for Compensation and Reimbursement of Expenses of the Law Offices of Minakshi V. Hemlani, P.C. as Counsel to the Debtor for the Period of September 12, 2024, through June 30, 2025, and for Related Relief* (the "Fee Application").

I have reviewed the Fee Application. The compensation requested through the Fee Application is billed at rates no less favorable than those customarily employed by attorneys with Hemlani who worked on this matter and generally accepted by such attorneys' non-bankruptcy clients. To the best of my knowledge, information and belief, the Fee Application conforms to the

---

[1] The last four digits of the taxpayer identification number of Marianas Properties, LLC, are 9263. The principal office of Marianas Properties, LLC, is located at 627b Pale San Vitores Road, Tumon, Guam 96913.

1

requirements of Local Rule 2016-1 and the United States Trustee's *Appendix A – Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330* (the "Appendix A Guidelines"). However, because this case was filed with less than $50 million in assets and liabilities, I understand that the United States Trustee's *Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases* (the "Appendix B Guidelines") are inapplicable and as a result the Fee Application is not required to conform to all requirements of the Appendix B Guidelines.

Dated: November 21, 2025  Respectfully submitted,

**LAW OFFICES OF MINAKSHI V. HEMLANI, P.C.**

 */s/ Minakshi V. Hemlani*
 **MINAKSHI V. HEMLANI**

*Counsel to the Debtor Marianas Properties, LLC*

## CERTIFICATE OF SERVICE

This is to certify that I have on November 21, 2025, I caused a copy of the foregoing document to be filed with the electronic case filing system for the United States District Court for the Territory of Guam, Bankruptcy Division, thereby serving all parties in interest receiving service in this case through the Court's electronic filing system.

**LAW OFFICES OF MINAKSHI V. HEMLANI, P.C.**

*/s/ Minakshi V. Hemlani*
**MINAKSHI V. HEMLANI**