**MINAKSHI V. HEMLANI**
**LAW OFFICES OF MINAKSHI V. HEMLANI, P.C.**
285 FARENHOLT AVE., SUITE C-312
TAMUNING, GUAM 96913
TELEPHONE: (671) 588-2030
EMAIL: mvhemlani@mvhlaw.net

**ANDREW C. HELMAN** (admitted *pro hac vice*)
**DENTONS BINGHAM GREENEBAUM LLP**
ONE CITY CENTER, SUITE 11100
PORTLAND, ME 04101
TELEPHONE: (207) 619-0919
EMAIL: andrew.helman@dentons.com

*Counsel for the Debtor*

# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| In re<br><br>MARIANAS PROPERTIES, LLC,<br><br>   Debtor. | Case No. 24-00013<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON FEE APPLICATIONS OF THE DEBTOR'S PROFESSIONALS**<br><br>Date: December 12, 2025<br>Time: 8:30 a.m. (CHST) |

**TO CREDITORS AND OTHER PARTIES IN INTEREST:**

  **YOUR RIGHTS MAY BE AFFECTED.** **YOU SHOULD READ THE APPLICATION AND THE ACCOMPANYING PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY IF YOU HAVE ONE IN THIS BANKRUPTCY CASE OR PROCEEDING. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.)**

  NOTICE IS HEREBY GIVEN that Marianas Properties, LLC, (the "Debtor"), the debtor and debtor in possession in the above-captioned chapter 11 case, filed the following Fee Application (the "Application"):

- *Second Interim Fee Application for Compensation of Dentons, as Counsel to the Debtor for the Period of March 1, 2025, through October 31, 2025, and for Related Relief* [Dkt. No. 218] (the "Dentons Fee Application"): the Dentons Fee Application seeks an order authorizing the Debtor to pay Dentons on an interim basis, compensation for professional services rendered in the amount of **$279,131.00** and reimbursement of expenses incurred in the amount of **$932.39** for the period beginning on March 1, 2025, and ending on October 31, 2025.

- *First Interim Fee Application for Compensation of Law Offices of Minakshi V. Hemlani, P.C., as Counsel to the Debtor for the Period of September 12, 2024, through June 30, 2025, and for Related Relief* [Dkt. No. 219] (the "Hemlani Fee Application"): the Hemlani Fee Application seeks an order authorizing the Debtor to pay Hemlani on an interim basis, compensation for professional services rendered in the amount of **$32,256.50** and reimbursement of expenses incurred in the amount of **$1,754.20** for the period beginning on September 12, 2024, and ending on June 30, 2025.

A hearing is set for **December 12, 2025, at 8:30 a.m. (CHST)** at the District Court of Guam, 4th Floor, U.S. Courthouse 520 W Soledad Ave, Hagåtña, 96910, Guam.

If you do not want the court to grant the relief sought in the Applications, or if you want the court to consider your views on the Applications, then, pursuant to Local Rule 9013-1(c), you or your attorney must file a statement explaining your position not later than **November 28, 2025**.

Objections to the Applications must be filed with the Court at:

> District Court of Guam
> Bankruptcy Division
> 4th Floor, U.S. Courthouse
> 520 W. Soledad Ave.
> Hagåtña, GU 96910

If you mail your response to the Court, you must mail it early enough that the Court will receive it on or before the deadline stated above. The Court may disregard any response filed untimely.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or application and may enter an order granting that relief. If no objection to the relief being sought is filed by the deadline stated above, the court may grant the requested relief AND cancel the hearing (although certain types of motions will remain on the court's calendar).

**Due to their voluminous nature, the Application is not being served together with this notice. Please email samantha.hayes@dentons.com if you would like to receive a copy of the Application.**

Dated: November 21, 2025

Respectfully submitted,

**LAW OFFICES OF MINAKSHI V. HEMLANI, P.C.**

 */s/ Minakshi V. Hemlani*
**MINAKSHI V. HEMLANI**

**DENTONS BINGHAM GREENEBAUM LLP**

 */s/ Andrew C. Helman*
**ANDREW C. HELMAN**

*Counsel to the Debtor Marianas Properties, LLC*