**MINAKSHI V. HEMLANI**
**LAW OFFICES OF MINAKSHI V. HEMLANI, P.C.**
285 FARENHOLT AVE., SUITE C-312
TAMUNING, GUAM 96913
TELEPHONE: (671) 588-2030
EMAIL: mvhemlani@mvhlaw.net

**ANDREW C. HELMAN** (admitted *pro hac vice*)
**DENTONS BINGHAM GREENEBAUM LLP**
ONE CITY CENTER, SUITE 11100
PORTLAND, ME 04101
TELEPHONE: (207) 619-0919
EMAIL: andrew.helman@dentons.com

*Counsel for the Debtor*

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| In re<br><br>MARIANAS PROPERTIES, LLC,[1]<br><br>    Debtor. | Case No. 24-00013<br><br>Chapter 11<br><br>**DEBTOR'S CERTIFICATE OF SERVICE REGARDING NOTICE OF HEARING ON FEE APPLICATIONS OF THE DEBTOR'S PROFESSIONALS** |

I, Andrew C. Helman, hereby certify that on November 21, 2025, I caused a copy of the *Notice of Hearing on Fee Applications of the Debtor's Professionals* [Docket No. 220] to be served via first class U.S. Mail to the Debtor's mailing matrix in the Service List attached hereto as **Exhibit A**.

Dated: November 22, 2025         Respectfully submitted,

                                                **DENTONS BINGHAM GREENEBAUM LLP**

                                                 */s/ Andrew C. Helman*
                                                **ANDREW C. HELMAN**

---

[1] The last four digits of the taxpayer identification number of Marians Properties, LLC, are 9263. The principal office of Marianas Properties, LLC, is located at 627B Pale San Vitores Road, Tumon, Guam 96913.

25257530.v1

# SERVICE LIST
## (VIA FIRST CLASS U.S. MAIL)

```
Label Matrix for local noticing          Bank Of Guam                              Eastern Contractors Corporation
0993-1                                   C/O P.O. Box X                            c/o Law Offices of Jacques G. Bronze, PC
Case 24-00013                            Agana, GU 96910                           173 Aspinall Ave
District Court of Guam                                                             Suite 206A
Hagatna                                                                            Hagatna, Gu 96910-5188
Sat Nov 15 01:41:53 ChST 2025

First Hawaiian Bank                      Goodwind Development Corporation          Marianas Properties, LLC
c/o Blair Sterling Johnson & Martinez PC c/o Joyce C.H. Tang                       272E Harmon Industrial Park Road
1411 Pale San Vitores Rd Ste 303         Civille and Tang, PLLC                    Unit 201
Tamuning, GU 96913-4232                  330 Hernan Cortez Avenue                  Tamuning, GU 96913-4428
                                         Suite 200
                                         Hagatna, GU 96910-5081

Office of the Clerk                      Agoda Company PTE                         Alik, Robert R.
520 W. Soledad Ave.                      1 Wallich Street                          PO Box 668
4th Floor, U.S. Courthouse               Singapore, 07888-1000                     Dededo, GU 96929
Hagatna, GU 96910-4916


Arenas, Hermie Mendoza                   BANK OF GUAM                              BANK OF GUAM - FICA
188 Mil Flores Lane                      111 WEST CHALAN SANTO PAPA                P.O. BOX BW
Latte Heights                            HAGATNA, GU 96910-5198                    HAGATNA, GU 96932-7597
Mangilao, GU 96913-5730


Bank of Guam                             Camacho, Jack SA                          Chan, Hoi-Yin Jessica
CO Arriola Law Firm LLC                  House #236 Herman Deleon St.              1270 N. Marine Corps Drive, Ste. 10
259 W. Martyr Street, Ste. 201           Sinajana, GU 96910                        Tamuning, GU 96913-4331
Hagatna, Guam 96910-5200


De Leon Guerrero, Brian                  Eliou, Techuo                             Feng, Leland Ying Yi
P. O. BOX 11747                          P.O. Box 9981                             PO BOX 10225
Yigo, GU 96929-0747                      Tamuning, GU 96931-5981                   Tamuning, GU 96931-0225


First Hawaiian Bank                      First Hawaiian Bank                       First Hawaiian Bank
C/O Blair Sterling Johnson and Martinez  Hwy 400 8 400 Suite 101                   c/o Blair Sterling Johnson & Martinez, P
1411 Pale San Vitores Road, Suite 303    Mongmong-Toto-Maite, GU 96910             1411 Pale San Vitores Rd Ste 303
Tamuning, GU 96913-4232                                                            Tamuning GU 96913-4232


GOODWIND DEVELOPMENT CORPORATION         Garcia, Ken Dumpit                        Guam Attorney General Office
c/o Joyce C.H. Tang                      P. O. Box 25729                           Attn: Douglas B. Moylan
Civille and Tang, PLLC                   Barrigada, GU 96921-5729                  590 S. Marine Corp Dr. Ste 901
330 Hernan Cortez Avenue, Suite 200                                                Barrigada, GU 96913-3537
Hagta, Guam 96910-5081


Guam Power Authority                     Guam Shipyard                             Guam Waterworks Authority
PO Box 2977                              272 E. HARMON INDUSTRIAL PARK RD          P.O. Box 3010
HAGATNA, GU 96932-2977                   STE. 201                                  TAMUNING, GU 96913
                                         TAMUNING, GU 96913-4428


IT&E                                     Internal Revenue Service                  Kettenacker Jr., Kenneth Fred
PO Box 24881                             PO Box 7346                               162 Western Boulevard Apt. 111
BARRIGADA, GU 96921-4881                 Philadelphia, PA 19101-7346               Tamuning, GU 96913-3172
```

Lorenzo, Rolando Domingo
225 CALLE JL BLAS
Dedeo, GU 96929-5125

Mathews Pothen
CO Law Office of Louie J. Yanza
MVP Building
862 South Marine Corps Drive, Suite 203
Tamuning, GU 96913-3460

Palaganas, Erlindo Cerezo
PO Box 26903
Barrigada, GU 96921-6903

Raymond F.A. Camacho
184 Whidbey Avenue
Oak Harbor, WA 98277-5630

Sangalang, Rodel Salalila
PO BOX 326331
Hagatna, GU 96932-6005

Take Care Insurance Company, Inc.
PO Box 6578
TAMUNING, GU 96931-6578

Treasurer of Guam
PO BOX 230607
Barrigada, GU 96921

Curtis Ching
Office of the U.S. Trustee
300 Ala Moana Boulevard
Room 4108
Honolulu, HI 96850-4108

Mathews Pothen
272E Harmon Industrial Park Rd.
Unit 201
Tamuning, GU 96913-4428

Mansanao, Eduardo Joya
P.O. BOX 24802
Barrigada, GU 96921-4802

Neil J. Verbrugge
DOJ-UST
300 Ala Moana Boulevard
Honolulu, HI 96850-0001

Park, Kwang Woo
1270 North Marine Corps Drive
PMB-129,
Tamuning, GU 96913-4331

Reyes, Gus A
267 CHALAN SIBUKAO
Dededo, GU 96929-6082

Sevilla, Teodoric Malic
4219 AAFB
Yigo Beach, GU 96929

Teresita Norris
927 Rancher Drive
Fountain, CO 80817-4113

(p)U S  SMALL BUSINESS ADMINISTRATION
312 N SPRING ST 5TH FLOOR
LOS ANGELES CA 90012-4701

David K Boydstun Jr
Dentons Bingham Greenebaum LLP
101 South Fifth Street
Ste 3500
Louisville, KY 40202-3140

Minakshi V. Hemlani
PO Box 6044
Tamuning, GU 96931-6044

Mathews Pothen
272 E. Harmon Industrial Park Road
Unit 201
Tamuning, GU 96913-4428

Pacific Laundry & Textile
PO Box 24366
BARRIGADA, GU 96921-4366

Pothen, Ajay
P. O. BOX 13024
Santa Rita, GU 96915-3024

Roberto, Kayla Nicole
HCR 18088
Umatac, GU 96915

Small Business Administration
409 3rd Street
Washington, DC 20416-0002

The Estate of Mary Jane T. Guerrero
3169 Emerald Creek Drive
Las Vegas, NV 89156-3769

Andrew C. Helman
Dentons Bingham Greenebaum, LLP
1 City Center
Suite 11100
Portland, ME 04101-6420

Kyle D Smith
Dentons Bingham Greenebaum
1 City Center
Suite 11100
Portland, ME 04101-6420

Neil Verbrugge
Office of the U.S. Trustee
300 Ala Moana Blvd.
Room 4108
Honolulu, HI 96850-4108

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

U.S. Small Business Administration
Office of General Counsel (SC)
312 North Spring Street, Floor 5
Los Angeles, CA 90012

End of Label Matrix
Mailable recipients    56
Bypassed recipients     0
Total                  56