**MINAKSHI V. HEMLANI**
**LAW OFFICES OF MINAKSHI V. HEMLANI, P.C.**
285 FARENHOLT AVE., SUITE C-312
TAMUNING, GUAM 96913
TELEPHONE: (671) 588-2030
EMAIL: mvhemlani@mvhlaw.net

**ANDREW C. HELMAN** (admitted *pro hac vice*)
**DENTONS BINGHAM GREENEBAUM LLP**
ONE CITY CENTER, SUITE 11100
PORTLAND, ME 04101
TELEPHONE: (207) 619-0919
EMAIL: andrew.helman@dentons.com

*Counsel for the Debtor*

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| In re | Case No. 24-00013 |
| MARIANAS PROPERTIES, LLC,[1] | Chapter 11 |
| Debtor. | **DEBTOR'S AMENDED CERTIFICATE OF SERVICE REGARDING NOTICE OF HEARING ON FEE APPLICATIONS OF THE DEBTOR'S PROFESSIONALS** |

I, Andrew C. Helman, hereby certify that this *Debtor's Amended Certificate of Service Regarding Notice of Hearing on Fee Applications of the Debtors Professionals* (the "Amended Certificate") is filed to amend the Certificate of Service filed at Docket No. 221. Attached to this Amended Certificate as **Exhibit A** is a revised Service List, replacing the list filed with the previous Certificate of Service at Docket No. 221. This Amended Certificate and revised Service List is filed to correct an inadvertent mistake contained within the Service List at Docket No. 221, and accurately reflects the individuals served a copy of the *Notice of Hearing on Fee Applications of the Debtor's Professionals* [Docket No. 220] via first class U.S. Mail.

---

[1] The last four digits of the taxpayer identification number of Marians Properties, LLC, are 9263. The principal office of Marianas Properties, LLC, is located at 627B Pale San Vitores Road, Tumon, Guam 96913.

25258227.v1

Dated: November 26, 2025　　　　　　　Respectfully submitted,

**DENTONS BINGHAM GREENEBAUM LLP**

*/s/ Andrew C. Helman*
　**ANDREW C. HELMAN**

**SERVICE LIST**
**(VIA FIRST CLASS U.S. MAIL)**

First Hawaiian Bank
c/o Blair Sterling Johnson & Martinez PC
1411 Pale San Vitores Rd Ste 303
Tamuning, GU 96913-4232

Goodwind Development Corporation
c/o Joyce C.H. Tang Civille and Tang, PLLC
330 Hernan Cortez Avenue Suite 200
Hagatna, GU 96910-5081

Agoda Company PTE
1 Wallich Street
Singapore, 07888-1000

Bank of Guam
111 West Chalan Santo Papa
Hagatna, GU 96910-5198

Camacho, Jack
SA House #236 Herman Deleon
Sinajana, GU 96910

Eliou, Techuo
P.O. Box 9981
Tamuning, GU 96931-5981

First Hawaiian Bank
Hwy 400 8 400 Suite 101
Mongmong-Toto-Maite, GU 96910

Guam Power Authority
P.O. Box 2977
Hagatna, GU 96932-2977

IT&E
P.O. Box 24881
Barrigada, GU 96921-4881

Bank Of Guam
C/O P.O. Box X
Agana, GU 96910

Marianas Properties, LLC
272E Harmon Industrial Park Road
Unit 201
Tamuning, GU 96913-4428

25267064.v1

Case 24-00013    Document 223    Filed 11/26/25    Page 4 of 9

Alik, Robert R.
PO Box 668
Dededo, GU 96929

Bank of Guam – FICA
P.O. Box BW
Hagatna, GU 96932-7597

Chan, Hoi-Yin Jessica
1270 N. Marine Corps Drive, Ste. 10
Tamuning, GU 96913-4331

Feng, Leland Ying Yi
P.O. Box 10225
Tamuning, GU 96931-0225

Garcia, Ken Dumpit
P. O. Box 25729
Barrigada, GU 96921-5729

Guam Shipyard
272 E. Harmon Industrial Park
Ste. 201 Rd
Tamung, GU 96913-4428

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Eastern Contractors Corporation
c/o Law Offices of Jacques G. Bronze, PC
173 Aspinall Ave
Suite 206A
Hagatna, Gu 96910-5188

Office of the Clerk
520 W. Soledad Ave. 4th Floor,
U.S. Courthouse
Hagatna, GU 96910-4916

Arenas, Hermie Mendoza
188 Mil Flores Lane Latte Heights
Mangilao, GU 96913-5730

Bank of Guam
CO Arriola Law Firm LLC
259 W. Martyr Street, Ste.
Hagatna, GU 96910-5200

De Leon Guerrero, Brian
P. O. Box 11747
Yigo, GU 96929-0747

First Hawaiian Bank
C/O Blair Sterling Johnson and Martinez
1411 Pale San Vitores Road,
Suite 303
Tamuning, GU 96913-4232

Guam Attorney General Office
Attn: Douglas B. Moylan
590 S. Marine Corp Dr. Ste 901
Barrigada, GU 96913-3537

Guam Waterworks Authority
P.O. Box 3010
Tamuning, GU 96913

Kettenacker Jr., Kenneth Fred
162 Western Boulevard Apt. 111
Tamuning, GU 96913-3172

Lorenzo, Rolando Domingo
225 Calle JL Blas
Dedeo, GU 96929-5125

Mathews Pothen
CO Law Office of Louie J. Yanza
MVP Building
862 South Marine Corps Drive, Suite 203
Tamuning, GU 96913-3460

Palaganas, Erlindo Cerezo
P.O. Box 26903
Barrigada, GU 96921-6903

Raymond F.A. Camacho
184 Whidbey Avenue
Oak Harbor, WA 98277-5630

25267064.v1

Case 24-00013    Document 223    Filed 11/26/25    Page 6 of 9

Sangalang, Rodel Salalila
P.O. Box 326331
Hagatna, GU 96932-6005

Take Care Insurance Company, Inc.
P.O. Box 6578
Tamuning, GU 96931-6578

Treasurer of Guam
P.O. Box 230607
Barrigada, GU 96921

Curtis Ching
Office of the U.S. Trustee
300 Ala Moana Boulevard Rm 4108
Honolulu, HI 96850-4108

Mathews Pothen
272E Harmon Industrial Park Rd. Unit 201
Tamuning, GU 96913-4428

Mansanao, Eduardo Joya
P.O. Box 24802
Barrigada, GU 96921-4802

Neil J. Verbrugge DOJ-UST
300 Ala Moana Boulevard
Honolulu, HI 96850-0001

Park, Kwang Woo
1270 North Marine Corps Drive
PMB-129,
Tamuning, GU 96913-4331

Reyes, Gus A
267 Chalan Sibukao
Dededo, GU 96929-6082

Sevilla, Teodoric Malic
4219 AAFB
Yigo Beach, GU 96929

Teresita Norris
927 Rancher Drive
Fountain, CO 80817-4113

U S Small Business Administration
312 N Spring St. 5th Floor
Los Angelese, CA 90012-4701

David K Boydstun Jr
Dentons Bingham Greenebaum LLP
101 South Fifth Street Ste 3500
Louisville, KY 40202-3140

Minakshi V. Hemlani
P.O. Box 6044
Tamuning, GU 96931-6044

Mathews Pothen
272 E. Harmon Industrial Park Road
Unit 201
Tamuning, GU 96913-4428

Pacific Laundry & Textile
P.O. Box 24366
Barrigada, GU 96921-4366

Pothen, Ajay
P.O. Box 13024
Santa Rita, GU 96915-3024

Roberto, Kayla Nicole
HCR 18088
Umatac, GU 96915

Small Business Administration
409 3rd Street
Washington, DC 20416-0002

The Estate of Mary Jane T. Guerrero
3169 Emerald Creek Drive
Las Vegas, NV 89156-3769

Andrew C. Helman
Dentons Bingham Greenebaum, LLP
1 City Center
Suite 11100
Portland, ME 04101-6420

Kyle D Smith
Dentons Bingham Greenebaum, LLP
1 City Center
Suite 11100
Portland, ME 04101-6420

25267064.v1