**MINAKSHI V. HEMLANI**
**LAW OFFICES OF MINAKSHI V. HEMLANI, P.C.**
285 FARENHOLT AVE., SUITE C-312
TAMUNING, GUAM 96913
TELEPHONE: (671) 588-2030
EMAIL: mvhemlani@mvhlaw.net

**ANDREW C. HELMAN** (*pro hac vice*)
**DENTONS BINGHAM GREENEBAUM LLP**
ONE CITY CENTER, SUITE 11100
PORTLAND, ME 04101
TELEPHONE: (207) 619-0919
EMAIL: andrew.helman@dentons.com

*Counsel for the Debtor*

# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| In re: | Case No. 24-00013 |
| MARIANAS PROPERTIES, LLC,[1] | Chapter 11 |
| Debtor. | **STIPULATION TO EXTEND DEADLINE FOR THE UNITED STATES TRUSTEE TO FILE AN OBJECTION TO THE REVISED PLAN OF LIQUIDATION OF MARIANAS PROPERTIES, LLC UNDER CHAPTER 11 OF THE BANKRUPTCY CODE** |

Marianas Properties, LLC, the debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor") and the United States Trustee (the "UST") hereby stipulate as follows with respect to the extension of the deadline for the UST to file and serve a written objection to confirmation of the *Revised Plan of Liquidation of Marianas Properties, LLC Under Chapter 11 of the Bankruptcy Code* [Dkt. No. 210] (the "Plan").

On October 16, 2025, the Court entered the *Order Granting the Debtor's Motion for an Order (I) Conditionally Approving the Revised Disclosure Statement for the Revised Chapter*

---

[1] The last four digits of the taxpayer identification number of Marianas Properties, LLC, are 9263. The principal office of Marianas Properties, LLC, is located at 627b Pale San Vitores Road, Tumon, Guam 96913.

*11 Plan of Liquidation; (II) Scheduling a Combined Hearing on the Revised Plan and Revised Disclosure Statement; and (III) Approving Procedures for Solicitation and Voting, Including Dates, Deadlines, and Notices Related to Confirmation of the Revised Plan; and (IV) Granting Related Relief* [Docket No. 211] (the "Conditional Approval Order").

Among other things, the Conditional Approval Order fixed certain dates and deadlines in connection with confirmation of the Plan. Pursuant to the Conditional Approval Order, the deadline for parties in interest to file and serve written objections to confirmation of the Plan is November 26, 2025 (the "Objection Deadline"). A hearing on confirmation of the Plan will be held on December 12, 2023 at 8:00 a.m. (CHST) (the "Confirmation Hearing").

The Debtor and the UST are working cooperatively to narrow and resolve issues related to the Plan prior to the Confirmation Hearing. To that end, the Debtor intends to file a further revised version of the Plan to address issues raised by the UST. The Debtor will file this version of the Plan after the Objection Deadline passes. Further, the Debtor has agreed to extend the deadline for the UST to otherwise file an objection to the Plan to December 5, 2025. The Debtor believes that this extension will reduce the need for judicial determination of issues and conserve estate resources.

**AGREEMENT AND STIPULATION**

In consideration of the foregoing recitals, the Debtor and the UST hereby stipulate and agree to entry of an order as follows:

1. The foregoing recitals are hereby fully incorporated into and made an express part of this stipulation.

2. The deadline for the UST to file and serve written objections to confirmation of the Plan shall be extended until **December 5, 2025**.

3. For the avoidance of doubt, the Objection Deadline for all other parties shall not be extended unless otherwise ordered by the Court; and

4. Prior to the Confirmation Hearing, the Debtor shall filed a revised Plan, in both clean and redline formats, incorporating modifications of the Plan agreed to with the UST.

**AGREED TO BY:**

| **MARIANAS PROPERTIES, LLC** | **TIFFANY L. CARROLL, ACTING UNITED STATES TRUSTEE** |
|---|---|
| */s/ Kyle D. Smith* _____ | */s/ Neil Verbrugge* |
| Andrew C. Helman (admitted *pro hac vice*) | Neil Verbrugge, Trial Attorney |
| Kyle D. Smith (admitted *pro hac vice*) | 300 Ala Moana Boulevard |
| DENTONS BINGHAM GREENEBAUM LLP | Room 4108 |
| One City Center, Suite 11000 | Honolulu, HI 96850 |
| Portland, Maine 04101 | 808-522-8155 |
| Telephone: (207) 619-0919 | Email: neil.verbrugge@usdoj.gov |
| andrew.helman@dentons.com | |
| kyle.d.smith@dentons.com | |