1
2
3
4                    IN THE DISTRICT COURT OF GUAM
5                         BANKRUPTCY DIVISION
6
7    IN RE:                                    BANKRUPTCY CASE NO. 24-00013
8
9                                              **NOTICE OF HEARING**
     MARIANAS PROPERTIES, LLC,
10
11                                             **Hearing Date:    December 19, 2025**
                                               **Hearing Time:    10:00 a.m. (ChST)**
12                    Debtor.
13          **NOTICE IS HEREBY GIVEN** that the hearings re (1) Confirmation of Chapter 11 Plan;
14
15   (2) Final Approval of Disclosure Statement; (3) Second Interim Fee Application for
16   Compensation Of Gibbins Advisors, LLC as Financial Advisor For The Debtor For The Period
17   Of March 1, 2025, Through July 31, 2025, and For Related Relief; (4) Second Interim
18   Fee Application for Compensation and Reimbursement of Expenses of Dentons as Counsel
19
20   to the Debtor for the Period of March 1, 2025, through October 31, 2025, and for Related
21   Relief; and (5) First Interim Fee Application for Compensation and Reimbursement of Expenses
22   of Law Offices of Minakshi V. Hemlani, P.C. as Local Counsel to the Debtor for the Period of
23   September 12, 2024, through June 30, 2025, and for Related Relief, scheduled to be heard on
24   December 12, 2025 are hereby rescheduled to December 19, 2025 at 10:00 a.m.
25                                             JEANNE G. QUINATA, Clerk of Court
26
27                                             By:    /s/ Holly P. Gumataotao
                                                    _____
28                                                   HOLLY P. GUMATAOTAO
                                                     Deputy Clerk