**MINAKSHI V. HEMLANI**
**LAW OFFICES OF MINAKSHI V. HEMLANI, P.C.**
285 FARENHOLT AVE., SUITE C-312
TAMUNING, GUAM 96913
TELEPHONE: (671) 588-2030
EMAIL: mvhemlani@mvhlaw.net

**ANDREW C. HELMAN** (admitted *pro hac vice*)
**DENTONS BINGHAM GREENEBAUM LLP**
ONE CITY CENTER, SUITE 11100
PORTLAND, ME 04101
TELEPHONE: (207) 619-0919
EMAIL: andrew.helman@dentons.com

*Counsel for the Debtor*

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| In re<br><br>MARIANAS PROPERTIES, LLC,<br><br>    Debtor. | Bankruptcy Case No. 24-00013<br>Chapter 11<br><br>**ORDER GRANTING SECOND INTERIM FEE APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF DENTONS AS COUNSEL TO THE DEBTOR FOR THE PERIOD OF MARCH 1, 2025, THROUGH OCTOBER 31, 2025, AND FOR RELATED RELIEF** |

This matter having come before this court on the *Second Interim Fee Application for Compensation and Reimbursement of Expenses of Dentons as Counsel to the Debtor for the Period of March 1, 2025, through October 31, 2025, and for Related Relief* [ECF No. 218] (the "Fee Application"),[1] and after sufficient notice having been provided, and with this court having independently reviewed the Fee Application, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.    The Fee Application is granted as set forth herein.

2.    In relation to the Compensation Period and pursuant to section 331 of the

---

[1]    Capitalized terms used herein but not otherwise defined shall have the meanings given to them in the Fee Application.

25080951.v1

Bankruptcy Code, Dentons is allowed compensation for services to the Debtor in the aggregate amount of **$280,063.39**, comprised of professional fees in the amount of **$279,131.00** and reimbursement of expenses in the amount of **$932.39**, as set forth in more detail in the Fee Application and Billing Detail.

3. The fees and expenses for the Compensation Period are hereby allowed on an interim basis only in accordance with applicable sections of the Bankruptcy Code, the Bankruptcy Rules, and this Court's Local Rules.

4. The Debtor, acting as debtor in possession, is authorized and directed to pay Dentons the fees allowed herein within seven (7) days after this Order becomes final.

5. The Debtor is authorized and directed to pay the fees approved under this Order from funds contained in any or all debtor-in-possession bank accounts.

6. This court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**SO ORDERED.**

/s/ **Frances M. Tydingco-Gatewood**
  **Chief Judge**
**Dated: Dec 19, 2025**

25080951.v1