**MINAKSHI V. HEMLANI**
**LAW OFFICES OF MINAKSHI V. HEMLANI, P.C.**
285 FARENHOLT AVE., SUITE C-312
TAMUNING, GUAM 96913
TELEPHONE: (671) 588-2030
EMAIL: mvhemlani@mvhlaw.net

**ANDREW C. HELMAN** (admitted *pro hac vice*)
**DENTONS BINGHAM GREENEBAUM LLP**
ONE CITY CENTER, SUITE 11100
PORTLAND, ME 04101
TELEPHONE: (207) 619-0919
EMAIL: andrew.helman@dentons.com

*Counsel for the Debtor*

## THE DISTRICT COURT OF GUAM

| | |
|---|---|
| In re<br><br>MARIANAS PROPERTIES, LLC, [1]<br><br>    Debtor. | Case No. 24-00013<br><br>Chapter 11<br><br>**NOTICE OF EFFECTIVE DATE OF THE SECOND REVISED PLAN OF LIQUIDATION OF MARIANAS PROPERTIES, LLC UNDER CHAPTER 11 OF THE BANKRUPTCY CODE** |

      **PLEASE TAKE NOTICE** that on September 25, 2025, Marianas Properties, LLC, (the "Debtor") filed the *Plan of Liquidation of Marianas Properties, LLC Under Chapter 11 of the Bankruptcy Code* [Docket No. 198], and on December 3, 2025, the Debtor filed the *Second Revised Plan of Liquidation of Marianas Properties, LLC Under Chapter 11 of the Bankruptcy Code* [Docket No. 225-1] (the "Plan").

      **PLEASE TAKE FURTHER NOTICE** that on December 19, 2025, the United States District Court for the District of Guam – Bankruptcy Division (the "Bankruptcy Court") held a hearing to consider confirmation of the Plan. On December 23, 2025, the Bankruptcy Court entered the *Order (I) Approving Disclosure Statement on a Final Basis and (II) Confirming the Second Revised Plan of Liquidation of Marianas Properties, LLC Under Chapter 11 of the Bankruptcy Code* [Docket No. 245] (the "Confirmation Order") by which the Bankruptcy Court confirmed the Plan.

---

[1]     The last four digits of the taxpayer identification number of Marianas Properties, LLC ("Marianas Properties"), are 9263. The principal office of Marianas Properties, LLC, is located at 272 E. Harmon Industrial Park Road, Unit 201, Tamuning, GU 96913.

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan occurred on Wednesday January 7, 2026. All conditions to the occurrence of the Effective Date set forth in the Plan and the Confirmation Order were satisfied or waived in accordance therewith.

Dated: January 7, 2026

Respectfully submitted,

**LAW OFFICES OF MINAKSHI V. HEMLANI, P.C.**

*/s/ Minakshi V. Hemlani*
**MINAKSHI V. HEMLANI**

**DENTONS BINGHAM GREENEBAUM LLP**

*/s/ Andrew C. Helman*
**ANDREW C. HELMAN**

*Counsel for the Debtor*