**MINAKSHI V. HEMLANI**
**LAW OFFICES OF MINAKSHI V. HEMLANI, P.C.**
285 FARENHOLT AVE., SUITE C-312
TAMUNING, GUAM 96913
TELEPHONE: (671) 588-2030
EMAIL: mvhemlani@mvhlaw.net

**ANDREW C. HELMAN** (admitted *pro hac vice*)
**DENTONS BINGHAM GREENEBAUM LLP**
ONE CITY CENTER, SUITE 11100
PORTLAND, ME 04101
TELEPHONE: (207) 619-0919
EMAIL: andrew.helman@dentons.com

*Counsel for the Debtor*

## THE DISTRICT COURT OF GUAM

| | |
|---|---|
| In re<br><br>MARIANAS PROPERTIES, LLC, [1]<br><br>    Debtor. | Bankruptcy Case No. 24-00013<br>Chapter 11<br><br>**ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF AN ORDER EXTENDING ITS DEADLINE TO FILE OBJECTION TO CLASS THREE CLAIM OF INTERNAL REVENUE SERVICE** |

Upon the motion (the "Motion")[2] of the above-captioned debtor and debtor in possession (the "Debtor") for entry of an order (this "Order"), extending its deadline to file an objection to the Priority Tax Claim pursuant to section 502 of the Bankruptcy Code; this court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this court having found that the relief requested in the Motion is in the best interests of the Debtor's

---

[1] The last four digits of the taxpayer identification number of Marianas Properties, LLC, are 9263. The principal office of Marianas Properties, LLC, is located at 272 E. Harmon Industrial Park Road, Unit 201, Tamuning, GU 96913.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings given to them in the Motion.

25440273.v1

estate, its creditors, and other parties in interest; and this court having found that the Debtor's notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this court having reviewed the Motion; and this court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Debtor's deadline to object to the Priority Tax Claim is hereby extended through and including **March 25, 2026**.

3. The entry of this Order shall be without prejudice to the right of the Debtor to request and receive further extensions of the Objection Deadline.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The court shall retain jurisdiction to hear and consider all disputes arising out of the interpretation or implementation of this Order.

**SO ORDERED.**

/s/ **Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Feb 23, 2026**